AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 26-cv- 580

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Srijani Chatterjee
was received by me on *(date)* 02/03/2026 .

☒ I personally served the summons on the individual at *(place)* 214 Atlantic Avenue, 2B Brooklyn, NY 11201 on *(date)* 02/03/2026 at 6:20 P.M.; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 500.00 for services, for a total of $ 500.00 .

I declare under penalty of perjury that this information is true.

Date: 02/05/2026

*Samuel Lee*
Server's signature

Samuel Lee
Printed name and title

326 Bay Ridge Ave.
Brooklyn, NY 11220
Server's address

Additional information regarding attempted service, etc:
I delivered the documents, Summons, Complaint, Coversheet, to Srijani Chatterjee by hand delivering her a copy of the documents.

Print   Save As...   Reset
Doc ID: f2876d3226f6747b81849255b95800073d63da68