UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

|  |  |
|---|---|
| Plaintiff(s), | JOINT PROPOSED CIVIL CASE MANAGEMENT PLAN |
| -against- |  |
|  | Civ.     (   )  (VMS) |
| Defendant(s). |  |

-------------------------------------------------------------- x

**Counsel and the Parties must confer at least 10 days prior to the conference and file this proposal at least 7 days prior to the conference.**

**\*\*IF YOUR CASE DOES NOT REQUIRE DISCOVERY, COMPLETE "PART B"ONLY\*\***

The parties/counsel who conferred in drafting this joint proposed case management plan:

For Plaintiff(s):
For Defendant(s):

A. Do the parties request referral to the Court's ADR program? Yes: ☐  No: ☐   (Leave blank if not applicable to your case.)

B. Do the parties consent to proceed before a Magistrate Judge pursuant to 28 U.S.C. § 636(c)?

   Yes: ☐   If yes, fill out and jointly file Consent to Magistrate Judge Form on Page 2.

   No: ☐   If no, check this box.
           Do not indicate which party or parties decline(s) consent.

C. Plaintiff(s) will serve a settlement demand by            ; Defendant(s) will respond by           .

D. Defendant(s) will answer or otherwise respond to complaint by            , if not yet done.

   The parties will serve Rule 26(a)(1) initial disclosures by           .

   The parties will serve initial document requests and interrogatories on or before           .

   Any joinder and/or amendments of the pleadings must be made by           ; after this date, good cause must be shown.

   The parties will complete fact discovery by           .

   If the parties perform expert discovery, they will serve initial disclosures by           ; initial expert reports by           ; and rebuttal expert reports on or before           .

   All discovery, including expert depositions, will be completed by           , and the parties will file a joint letter certifying the close of all discovery by this same date.

   Other considerations the parties wish to bring to the Court's attention, such as the need for electronic discovery or confidentiality order:

# UNITED STATES DISTRICT COURT
for the

_____  )
*Plaintiff*  )
v.  )  Civil Action No.
_____  )
*Defendant*  )

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

*District Judge's signature*

_____

*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

Print  |  Save As...  |  Reset