Cali P. Madia, Esq.
Daniel S. Szalkiewicz, Esq.
VERIDIAN LEGAL P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEVEN SANON and SIMRAN HOTCHANDANI,<br><br>Plaintiffs,<br><br>v.<br><br>SRIJANI CHATTERJEE, JOHN DOES 1-10, and JANE DOES 1-10,<br><br>Defendants. | **DECLARATION OF SERVICE**<br><br>Case Action No. 26-cv-00580 |

**DANIEL S. SZALKIEWICZ**, of full age, hereby certifies and states:

On February 17, 2026, I served a copy of the court's February 9, 2026 Scheduling Order and Joint Proposed Case Management Plan (CMP) on the defendant, SRIJANI CHATTERJEE, to her last known email addresses (thetck@yahoo.com, legaldues@icloud.com, and srijani@thetck.com) and a copy of the public docket, including the summons, civil cover sheet, complaint, scheduling order, summons return executed, and joint proposed case management plan, on the defendant, SRIJANI CHATTERJEE, by UPS One Day Ground to defendant's last known address:

UPS 1 Day Ground: 1ZA420K10336749812
SRIJANI CHATTERJEE
214 Atlantic Avenue, 2B
Brooklyn, NY 11201

Executed on:   February 17, 2026
                New York, NY

/s/<i>Daniel Szalkiewicz, Esq.</i>
Daniel S. Szalkiewicz

1



Daniel Szalkiewicz <daniel@lawdss.com>

## 26-cv-00580-AMD-VMS Sanon et al v. Chatterjee et al Scheduling Order
1 message

**Daniel Szalkiewicz** <daniel@veridianlegal.com>  Tue, Feb 17, 2026 at 8:23 AM
To: thetck@yahoo.com, legaldues@icloud.com, srijani@thetck.com

Good morning,

Pursuant to the court's order, attached please find the court's scheduling order.   The same is being sent by mail to your home address.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Veridian Legal P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033

**2 attachments**

- **Joint Proposed Civil Management Plan.pdf**
  939K
- **26-cv-00580-AMD-VMS Sanon et al v. Chatterjee et al Scheduling Order.pdf**
  59K