**AFFIRMATION OF SERVICE**

I, Srijani Chatterjee, declare under penalty of perjury that I have served a copy of the attached hereby certify that on, I personally electronically mailed this Motion for an Extension of Time to File an Answer; Exhibit A; Proposed Order to Plaintiff's Counsel at: daniel@veridianlegal.com. I also sent via USPS First Class Mail this motion to him at: Daniel S. Szalkiewicz, Esq., Veridian Legal P.C., 23 West 73rd Street, Suite 102, New York, NY 10023.

Dated: February 23, 2026

Brooklyn, New York

                                              Respectfully submitted,

                                              _____
                                              Srijani Chatterjee,
                                              Brooklyn, NY 11201
                                              e-mail: srijanic91@gmail.com