Srijani Chatterjee on X: "Every time a lawyer amplifies a vexatious litigant, somewhere a sanctions order drafts itself." / X

Case 1:26-cv-00580-AMD-VMS    Document 11-2    Filed 02/27/26    Page 1 of 1 PageID #: 135

2/27/26, 9:11 AM

