Srijani Chatterjee on X: "A lawyer who cares more about their client (tha... add merit to a lost case. It just adds maximisation to the loss." / X

Case 1:26-cv-00580-AMD-VMS    Document 11-3    Filed 02/27/26    Page 1 of 1 PageID #: 136

2/27/26, 9:15 AM

