Cali P. Madia, Esq.
Daniel S. Szalkiewicz, Esq.
VERIDIAN LEGAL P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEVEN SANON and SIMRAN HOTCHANDANI, <br><br> Plaintiffs, <br><br> v. <br><br> SRIJANI CHATTERJEE, JOHN DOES 1-10, and JANE DOES 1-10, <br><br> Defendants. | **DECLARATION OF SERVICE** <br><br> Case Action No. 26-cv-00580 |

**DANIEL S. SZALKIEWICZ**, of full age, hereby certifies and states:

On March 2, 2026, I served a copy of MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT SRIJANI CHATTERJEE'S MOTION FOR A PROTECTIVE ORDER, TO PROCEED PSEUDONYMOUSLY, AND TO SEAL and supporting papers, by USPS Priority Mail to defendant's last known address:

USPS: 9405 5111 0549 5871 9305 39
SRIJANI CHATTERJEE
214 Atlantic Avenue, 2B
Brooklyn, NY 11201

Executed on:   March 2, 2026
              New York, NY

/s/*Daniel Szalkiewicz, Esq.*
Daniel S. Szalkiewicz

1