**VERIDIAN LEGAL**

23 West 73rd Street  
Suite 102  
New York, NY 10023  

T: (212) 706-1007  
F: (646) 849-0033  
www.veridianlegal.com

March 4, 2026

<u>**Via ECF and Fax (718 613-2305)**</u>  
Chief Magistrate Judge Vera M. Scanlon  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East, 1214 South  
Courtroom: 13A—South Wing  
Brooklyn, New York 11201

    *Re:*    *Sanon et ano v. Chatterjee et al.,*  
            *Docket No.: 26-cv-00580*

Dear Judge Scanlon,

    We present plaintiffs Deven Sanon and Simran Hotchandani ("Plaintiffs"), in the above-captioned case. I write to bring an issue to the Court's attention.

    On Monday, March 2, 2026, I received a message from an editor at ALM/Law.com. The editor informed me that Defendant Srijani Chatterjee ("Defendant") had contacted their organization on multiple occasions requesting removal of content related to this case. According to the editor, Defendant represented that "the case is concluded" and that the Court had issued an order sealing certain records in the matter. During a subsequent telephone conversation, the editor further advised that Ms. Chatterjee provided the organization with what she represented to be a court order signed by Your Honor directing that the matter be sealed.

    As of the date of this letter, March 4, 2026, Defendant's motion has not been decided and the case remains pending. Plaintiffs are unaware of any order issued by the Court sealing the matter or otherwise concluding the case.

    Plaintiffs believe this issue may also influence the pending motion to seal, particularly in light of the factors identified in <u>Sealed Plaintiff v. Sealed Defendant #1</u>, 537 F.3d 185 (2d Cir. 2008), including the public's interest in the proceedings. Plaintiffs ask that this Court consider Defendant's attempts to mislead and stifle the press when making its decision.

    We respectfully bring this matter to the Court's attention and request the Court's consideration of the information when making its decision on Defendant's motion to seal.

                                              Respectfully submitted,

                                              VERIDIAN LEGAL P.C.  
                                              /s/*Daniel Szalkiewicz*  
                                              By: Daniel S. Szalkiewicz, Esq.

cc: Srijani Chatterjee (via Email srijanic91@gmail.com and Overnight Mail)

Veridian Legal P.C.