*** Filed *** 02:51 AM, 09 Mar, 2026 U.S.D.C., Eastern District of New York

Srijani Chatterjee
srijanic91@gmail.com

March 9, 2026

**VIA EMAIL TO CHAMBERS**

The Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Sanon et al. v. Chatterjee et al., Civil Action No. 1:26-cv-580 (AMD)(VMS)
Request to Appear Remotely at April 7, 2026 Status Conference**

Dear Judge Scanlon:

Defendant Srijani Chatterjee respectfully writes regarding the Court's Scheduling Order setting an in-person status conference for April 7, 2026. Defendant respectfully requests that the conference instead be conducted by telephone or video conference.

**Safety considerations relating to Defendant's status as a VAWA victim.**
Defendant is a certified victim of domestic violence under the Violence Against Women Act (VAWA), as previously described in Defendant's March 4, 2026 submission to the Court. The Plaintiffs are the family members of Defendant's abuser. Requiring Defendant to appear in person in the same courtroom as those parties presents serious emotional and safety concerns. Federal courts regularly permit remote appearances where domestic violence considerations are present, and Defendant respectfully requests that this matter proceed in that manner here.

**Defendant's current residence abroad.**
Defendant is currently residing primarily in Doha, Qatar. Due to the ongoing regional security situation and travel disruptions associated with present war conditions, Defendant is not presently able to travel to the United States to attend an in-person conference.

**Pending admission of Defendant's counsel.**
Defendant's prospective counsel is located outside New York and is presently in the process of seeking admission *pro hac vice*. Remote participation would allow counsel to appear efficiently once admitted and would avoid unnecessary logistical complications in the interim.

Defendant previously indicated in her March 4, 2026 letter that she would be available for a telephone or video conference at the Court's convenience and respectfully reiterates that request.

Defendant therefore respectfully asks that the Court permit the April 7, 2026 conference to proceed by telephone or video conference.

Defendant thanks the Court for its consideration of this request.


Respectfully submitted,

_____

Srijani Chatterjee

Defendant, Pro Se


cc:
Daniel S. Szalkiewicz, Esq., Veridian Legal P.C., Attorneys for Plaintiffs
Marc Pelta, Esq., Prospective Counsel for Defendant