Cali P. Madia, Esq.
Daniel S. Szalkiewicz, Esq.
VERIDIAN LEGAL P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEVEN SANON and SIMRAN HOTCHANDANI, <br><br> Plaintiffs, <br><br> v. <br><br> SRIJANI CHATTERJEE, JOHN DOES 1-10, and JANE DOES 1-10, <br><br> Defendants. | **DECLARATION OF SERVICE** <br><br> Case Action No. 26-cv-00580 |

**DANIEL S. SZALKIEWICZ**, of full age, hereby certifies and states:

On March 9, 2026, I served a copy of Plaintiff's Letter in Opposition (DE 15), by USPS First Class Mail to defendant's last known address:

SRIJANI CHATTERJEE
214 Atlantic Avenue, 2B
Brooklyn, NY 11201

Executed on:   March 9, 2026
               New York, NY

/s/*Daniel Szalkiewicz, Esq.*
Daniel S. Szalkiewicz

1