**VERIDIAN LEGAL**

23 West 73rd Street  T: (212) 706-1007
Suite 102  F: (646) 849-0033
New York, NY 10023  www.veridianlegal.com

March 9, 2026

<u>**Via ECF**</u>
Chief Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Courtroom: 13A—South Wing
Brooklyn, New York 11201

*Re:   Sanon et al v. Chatterjee et al*
*United States District Court for the Eastern District of New York*
*Case No.: 1:26-cv-00580-AMD-VMS*

Dear Judge Scanlon,

We represent plaintiffs in the above-captioned case, Deven Sanon and Simran Hotchandani ("Plaintiffs"). I submit this letter in opposition to the motion of defendant Srijani Chatterjee ("Defendant") in which she seeks to appear either by telephone or video conference.

Plaintiffs vehemently oppose the unsubstantiated assertion that Defendant is the victim of domestic violence or qualifies for any protections under Violence Against Women Act (VAWA). Likewise, Defendant's residence is not Doha, Qatar, but rather Brooklyn, New York. As discussed previously, despite making a similar representation to a New York State Supreme Court on February 2, 2026, Defendant was personally served at her Brooklyn residence on February 3, 2025. Defendant has served documents from Brooklyn (DE 9-1, dated February 23, 2026); apparently appeared in person at the Courthouse; and sworn, as of February 24, 2026, that she was in Brooklyn (DE-10, pg. 5). In fact, Defendant's current address is a .6 mile (13 minute) walk to the Eastern District Courthouse and a six-minute car ride.

This entire lawsuit is about a person using anonymity to avoid accountability for bad acts. In order to further this matter, Plaintiffs request that the court hold the conference in person.

I thank this Court for its attention to this matter.

Respectfully submitted,

VERIDIAN LEGAL P.C.

/s/*Daniel Szalkiewicz*

By: Daniel S. Szalkiewicz, Esq.
**daniel@veridianlegal.com**

Veridian Legal P.C.