Cali P. Madia, Esq.
Daniel S.  Szalkiewicz, Esq.
VERIDIAN LEGAL P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DEVEN SANON and SIMRAN HOTCHANDANI, | **DECLARATION OF SERVICE** |
| Plaintiffs, | |
| v. | Case Action No. 26-cv-00580 |
| SRIJANI CHATTERJEE, JOHN DOES 1-10, and JANE DOES 1-10, | |
| Defendants. | |

**DANIEL S. SZALKIEWICZ**, of full age, hereby certifies and states:

On March 9, 2026, I served a copy of Plaintiff's Letter in Opposition (DE 18), by USPS First Class Mail to defendant's last known address:

SRIJANI CHATTERJEE
214 Atlantic Avenue, 2B
Brooklyn, NY 11201

Executed on:    March 9, 2026
                New York, NY

                            */s/Daniel Szalkiewicz, Esq.*
                            Daniel S. Szalkiewicz

1