Srijani Chatterjee
srijanic91@gmail.com

March 11, 2026

**VIA EMAIL TO CHAMBERS**

The Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Sanon et al. v. Chatterjee et al., Civil Action No. 1:26-cv-580 (AMD)(VMS)**
**Request to Appear Remotely at April 7, 2026 Status Conference**

Dear Judge Scanlon:

Pursuant to the Court's March 11, 2026 Order, Defendant respectfully informs the Court that she is not currently located in the United States.

In light of this circumstance, Defendant respectfully requests that any required appearances be permitted remotely, should the Court deem her participation necessary.

Defendant thanks the Court for its consideration.

Respectfully submitted,

_____

Srijani Chatterjee

Defendant, Pro Se

cc:
Daniel S. Szalkiewicz, Esq., Veridian Legal P.C., Attorneys for Plaintiffs
Marc Pelta, Esq., Prospective Counsel for Defendant