*** Filed ***
12:22 PM, 26 Mar, 2026
U.S.D.C., Eastern District of New York

Srijani Chatterjee
srijanic91@gmail.com


March 26, 2026


**VIA EMAIL TO CHAMBERS**

The Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


**Re: Sanon et al. v. Chatterjee et al., Civil Action No. 1:26-cv-580 (AMD)(VMS)
Improper Service and Request for Protective Relief**


Dear Judge Scanlon:

Defendant Srijani Chatterjee respectfully writes to address Plaintiffs' continued use of an improper method of service that is neither effective nor compliant with governing procedural standards.


**Defendant is not a permanent New York resident and is not presently located in the United States.**

Defendant is not a permanent resident of New York and Defendant is presently not located in the United States. Any New York address previously referenced is temporary in nature and is not an authorized address for service of litigation materials.


**Knowing use of an unreliable address.**

Notwithstanding this, Plaintiffs' counsel continues to direct hard copy correspondence to that temporary address. Counsel is on notice that Defendant is not permanently resident there, such that delivery to that location is inherently unreliable. Continued use of that address under these circumstances cannot be said to be reasonably calculated to effectuate service.

**Non-compliance with Rule 5 and resulting prejudice.**

Rule 5 of the Federal Rules of Civil Procedure requires service in a manner reasonably calculated to ensure receipt. The continued transmission of litigation materials to a transient address accessible by unrelated third parties falls short of that standard.

This conduct has already caused disruption to third-party residents and creates a substantial risk that confidential or sensitive litigation materials may be accessed by individuals with no connection to this matter. Such a risk is not hypothetical and implicates the integrity of these proceedings.

**Request for protective relief and directive.**

Accordingly, Defendant respectfully requests that the Court:

1.  Direct Plaintiffs' counsel to immediately cease sending any hard copy correspondence to any temporary New York address associated with Defendant;

2.  Order that service on Defendant be effected exclusively through reliable means, including electronic service via email, which has been consistently used and is effective, and

3.  Deem any future attempt to serve Defendant at the temporary address ineffective for purposes of compliance with Rule 5.

**Reservation of rights.**

In light of counsel's continued conduct, Defendant further reserves all rights to seek appropriate relief, including under Rules 11 and 37 of the Federal Rules of Civil Procedure, should this conduct persist or result in prejudice.

Defendant remains available to accept service electronically and will promptly acknowledge receipt. Defendant thanks the Court for its consideration of this request.

Respectfully submitted,



Srijani  Chatterjee

Defendant, Pro Se

cc:
Daniel S. Szalkiewicz, Esq., Veridian Legal P.C., Attorneys for Plaintiffs
Marc Pelta, Esq., Prospective Counsel for Defendant