

EXHIBIT A

Case 1:26-cv-00580-AMD-VMS    Document 24-1    Filed 03/31/26    Page 2 of 52 PageID #: 280

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

Deven Sanon and Simran Hotchandani,

                            Petitioners,

         against  -

Meta Platforms, Inc., Namecheap, Inc., and Change.org, PBC,

                          Respondents.

**VERIFIED PETITION**

Index No.:

Petitioners DEVEN SANON and SIMRAN HOTCHANDANI ("Petitioners") by and through their attorneys, VERIDIAN LEGAL P.C., as and for their Verified Petition (the "Petition") in this proceeding seeking pre-action disclosure pursuant to Civil Practice Law and Rules ("C.P.L.R.") § 3102(c) hereby alleges as follows:

1.      Petitioners are two private individuals - a married couple - and at all times relevant, residents of the State of New York.

2.      Venue is brought pursuant to C.P.L.R §308 and the parties' transaction of business in Bronx County, New York.

3.      Starting in 2023, Petitioners and their family became the victims of a calculated campaign of harassment designed to defame them and inflict severe emotional distress. More specifically, an anonymous user (the "Anonymous User") has created over 500 Facebook posts accusing Petitioners of committing numerous crimes, including, but not limited to IRS Tax Evasion and Tax Fraud; USCIS Immigration Fraud; IRCC Immigration Fraud; USA Customs Fraud; Canada Customs Fraud; Belize Customs Fraud; and Embezzlement. The posts refer to

Case 1:26-cv-00550-AMD-VMS    Document 24-1    Filed 03/31/26    Page 3 of 52 PageID
#: 281
INDEX NO. 818359/2025E
RECEIVED NYSCEF: 08/28/2025

## VERIFICATION

**Deven Sanon,** being duly sworn, deposes and says:

That deponent is the Petitioner in the within action: that she has read the foregoing Verified Petitioner and knows the contents thereof; that the same is true to deponent's own knowledge except those matters therein stated to be alleged upon information and belief, and that as to those matters, she believes them to be true.

I affim1 this 28th day of August, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.



**Deven Sanon**

**Simran HotchandanL** being duly sworn, deposes and says:

That deponent is the Petitioner in the within action; that she has read the foregoing Verified Petitioner and knows the contents thereof; that the same is true to deponent's own knowledge except those matters therein stated to be alleged upon information and belief, and that as to those matters, she believes them to be true.

I affirm this 28th day of August, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

□OocuSigned by:

L1□2B

**Simran Hotchandani**



Case 1:26-cv-00580-AMD-VMS    Document 24-1    Filed 03/31/26    Page 4 of 52 PageID #: 282

Cali P. Madia, Esq.
Daniel S. Szalkiewicz, Esq.
VERIDIAN LEGAL P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEVEN SANON and SIMRAN HOTCHANDANI,<br><br>Plaintiffs,<br><br>v.<br><br>SRIJANI CHATTERJEE, JOHN DOES 1-10, and JANE DOES 1-10,<br><br>Defendants. | **COMPLAINT**<br><br>Case Action No. 26-cv- 580 |

Plaintiffs Deven Sanon ("Deven") and Simran Hotchandani ("Simran" and, together with Deven, "Plaintiffs"), by their attorneys VERIDIAN LEGAL P.C., as and for their Complaint hereby allege, upon information and belief, as follows:

## PRELIMINARY STATEMENT

I.    Following a contentious marriage and divorce, defendant Srijani Chatterjee ("Chatterjee" or "Defendant") initiated a complex and anonymous online harassment campaign against her former in-laws which, unfortunately, has included Plaintiffs, who are Chatterjee's former brother-in-law and sister-in-law: individuals she has met only a handful of times.

2.    Chatterjee's harassment has been as widespread as it is false. She has created or caused the creation of countless articles, websites, social media posts, and online petitions calling

early-dismissal application. Plaintiffs allege facts demonstrating knowing falsity, malice, and resulting damages.

## JURISDICTION AND VENUE

**Subject Matter Jurisdiction**

11. This Court has subject-matter jurisdiction under 28 U.S.C. § 1332(a) because the matter in controversy exceeds $75,000, exclusive of interest and costs, and there is complete diversity of citizenship between the parties.

12. Plaintiff Deven Sanon is domiciled in the Commonwealth of Massachusetts.

13. Plaintiff Simran Hotchandani is a citizen of Belize and is domiciled in the Commonwealth of Massachusetts.

14. Upon information and belief, Defendant is a citizen and domiciled in Brooklyn, New York. Complete diversity of citizenship existed at the time this action was commenced, which is the relevant jurisdictional inquiry under 28 U.S.C. § 1332.

**Personal Jurisdiction**

15. This Court has personal jurisdiction over Defendant pursuant to New York's long-arm statute, N.Y. C.P.L.R. § 302(a), because Defendant knowingly and intentionally directed tortious conduct into New York, including the publication and dissemination of defamatory statements to recipients located in New York, causing reputational and other injury to Plaintiffs in New York, where the brunt of the harm was suffered.

16. At the time Defendant began publishing and disseminating the defamatory statements alleged herein, including throughout 2024 and 2025, Plaintiffs were domiciled in and residing in New York.

4

WHEREFORE, Plaintiffs pray that the Court enter judgment in their favor and against

Defendant, containing the following relief:

A.      Injunctive and equitable relief to the extent permitted by law, including:
   I.   Post-adjudication injunctive and equitable relief, tailored to prevent Defendant from engaging in further harassment, impersonation, doxxing, or the publication or republication of statements adjudicated in this action to be false and defamatory
   2.   An order requiring Defendant to remove or cause the removal of statements adjudicated to be false and defamatory from platforms under her control; and
   3.   Such additional equitable relief as necessary to prevent continued harassment or intimidation, consistent with the First Amendment and applicable law;
B.      Compensatory damages in an amount to be determined at jury trial, including damages for reputational injury, emotional distress, and economic loss;
C.      Punitive damages to the extent permitted by law;
D.      Pre-judgment and post-judgment interest as permitted by law;
E.      Reasonable attorneys' fees and costs to the extent permitted by law, including under New York Civil Rights Law § 79-n (4), and taxable costs under Fed. R. Civ. P. 54(d); and
F.      Such other and further relief as the Court deems just and proper.

Dated: New York, New York
         February 2, 2026

                         Respectfully submitted,

                         **Veridian Legal P.C.**

                         *Isl Daniel Szalkiewicz*
                         By:    Daniel S. Szalkiewicz, Esq.
                                Cali P. Madia, Esq.
                         23 West 73rd Street, Suite 102
                         New York, NY 10023
                         Telephone: (212) 706-1007
                         Facsimile: (646) 849-0033
                         daniel@veridianlegal.com
                         *Attorneys for Plaintiffs*

44



EXHIBIT C

**JS 44** (Rev. 09/19)  **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the mfunnation contamod☐rein neither Rplace nor S°i,2.o, die filingand servic.- of pleadings or oth.-r papers as required by law. .-xcep1as pww!ed by local rules of coutt. Th,s fonn, approved by the Judu:sal Conference of the Uruted Staies in September 1974, is required for1he use of the Clerk of Cour1 for the purpo☐ of iruhatmg tl1e civ11 docket sheet. *(SEE INSTRUCIJONS ON NEXT PAGE OF THJS FORJ.I)*

### I. (11) PLAJNTIFFS

DEVEN SANON and SIMRAN HOTCHANDANI

**(b)** County of Residence of First Listed Plaintiff  **Massachusetts**
*(FXCEPT IN US. PLAJJ.,7JFF CASES)*

**(C)** Attorneys *(Firm Noma, Adduss, and [q]gphon<,Nwnbu)*

Veridian Legal P.C., 23 West 73rd Street, Suite 102, NY, NY 10023 (212) 706-1007

### DEFENDANTS

SRIJANI CHATTERJEE, JOHN DOES 1-10, and JANE OOFS 1-10

County or Residence ofFu-st Listed Defendant    ...Kwin☐g'"s..
*(IN US. PLAINTlflF CtlSES ONLY)*
NOTE:   IN LA.lIID CONDEMNATION CASES, USE1HE LOCA11ON OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

### II. BASIS OF JURISDICTION *tPlocean "X"mOneBoxONlyJ*

O 1  U.S. Govcnmcrt PW11ti!l'
03  Fcd=J Question *(U.S Govmnnmt Not a Porty)*

O2  U.S. Government DcfradaDt
☐4  Diversiry *{Indicate Cilr:smship of Pomes in JtomJIJ)*

### Ill. CITIZENSHIP OF PRINCIPAL PARTIES *(Placean ".X" mOne&»:for PlainJlff and **Ont**, Box/or l)efO!!danl)*
*(For Dmrslty Cases Only)*

| | PIT | DEF | | PIT | DEF |
|---|---|---|---|---|---|
| Ciliza> of This State | O 1 | ☐ | !ncorpor2ted *or* Prillripal Pbce of Business InThis State | O 4 | O4 |
| Citizen of Another Stale | ☐ 2 | D 2 | Incorpor.,tedond Principal Place of Busintss In Anolbc!State | O 5 | O 5 |
| Citizen or Subject of a Foreign Country | O 3 | O 3 | Foreign Nation | ☐ 6 | 06 |

### IV. NATURE OF SUIT *(Place on "X" In OneBox Onlyl*
Click here for: Nature of Suit CO<k Descri tions.

| CONTRACT | TORTS | fOJt:fDTOIWP£NAL1Y | 1"NDIJP'ICY | OTBEKSTATUIES |
|---|---|---|---|---|
| 110.Insurance IWMarim, 130Miller Acr 140 Negotiilble Instrument ☐ 1SORrco,☐of 0\"11)3yniem & Enforcement of Judgment 8 151Medicare Act 1S2Rrcovcry ofDefaulted Studenil.o2nS (Excludes Veterans) ☐ 1SJ R=>very of 0\-e,payn,r:nt, of Veter.Ill'$ Benefits § 160 Srock:holdcrs' Swts 190 Olbcr Contract § 195Conlr.>ct Product Liability 196Franchi:;., | **YE'RSONAL INJURY** ☐ 310 Ai,plane ☐ 31S Ai,planc Product Liability ☐ '320 Assault. Llbcl & Slander ☐ 330 Fe&,r.!Employers' wbility ☐ 340Manne ☐ 345 M☐ Product wbility ☐ JS0 Motor Vehicle ☐ 355 Motor Vchidc Product Liability X 3600tbct- Persoiul Injury ☐ 362 Personal lnJUIY - Medical Malprxru:c | **PERSONAL INJURY** O 365 Person.I TnJury - Product Lubtlty O 367 Health☐ Phannaceutical Product Liability O 368Asbestos Pesonal InjwyProduct Liabibly **PERSONAL PROPERIY** ☐☐☐☐☐,;:J☐,;;,☐?☐☐=☐==☐☐ B 370 OtherFraud 371 Trntb m l.alding 380Otherl'ctsonal Property Damage O 385 Property Damage Pro<luci Liability | 625 Drug Related Seizutt of Property 21 USC 881 690Otht:r | 422Appcal 28 USE158 423 Withdrawal 28 USC 1 S7 **PIIDPER1YRIGBTS** 830P2tent 8 835 Patcnt Copl Abbreviated----- New Drug Application 8 0Tr.idcuw11; ☐ 880 DefendTrade Secrets Actof20l6 | 375False C1.mns Act 376Qui T= (31 USC 3729(a)) 400Slllk R,,;ippo,tiomncn1 410Antitrust 430Ilanka od Banking 470Bank- ln!luenced and Comlpt Organiutioos 480Coosumcr Credit (ISUSC 1681or 1692) 485 Tdepboue Consum,.r Protection Act 490Cable'Sat1V |
| **REAL PROPERTY** ☐ 210 Land Condemnation ☐ 220For☐ ☐230Rent Lea☐& Ej☐ 240Tortstound '245Too Product Liability O 290 All Other Re-1 Property | **CIVIL RIGHTS** ☐ 440Otha CivilR.tghts ☐ 441 Votmg ☐ 442 Employml'tll 443 Housing/ Accommodahons 445 A.mer. w/Disabilities- Employmcrt ☐ 446 A.mer. w/Disabilities- Otlu!t 448 Education | **lbbea.,Corpus:** 463 Alim Detlintt 510 Motions ID Vac.;itc S<:ntencc 530Geoet-al 535 Death Pm.illy **Other:** S40 Mandamus *&* Other 465 Other Immigration Actions 550 Civil Rights 555 Prison Condition 560Civi1Ddaioce- Condilions of Coofmement 462 NaturalizationApplication | 710 FairLabor Staod.1rc!s Act 720 Labor/Maiugemcu lWatioos 740 R.ilw;iy Labor Act 751 Family andMcdiQJ Lc2vc Act 790 O!her Labor Litiganon 791 Employee Rdumlcnl Income Security Ad 870'.faxes (U.S. Plaintiff or Defendant) 871 IRS-Third Party 26 USC760'J | t:;☐☐☐☐☐SECUJmY☐;☐☐;j☐[::i: ,r 861 HIA (1395ft) 862 Bbck Lung (923) 863 DIWCIDIWW (40S(g)) 864 SSIDTitle XVI 865 .RSl (40S(g)) | 850SecwiticsiCommoditicsi Exchange 890Other Statwo,y Actions 891 Agricultur.11 Acts 893Enviromcnt1I Matters 895Freedom ofln.fom:i.amon Act 896Aroilr.ltion 899 Administrative Procedun, A☐ew or Appeal of Agcacy Decision 950 Coostltuiionality of Stale Stltll!cs |

### V. ORIGIN *(PIDc☐an "X"lnOnaBo:r011/y)*

IXI 1 Original Proceeding  D 2 ☐ovcd from State Cowt  03 Rrmandedfrom Appellate Court  O 4 Reuistatcd or Reopened  S Transfened from Another District *(spscifJ1*  D 6 Multidistric1 Litigation- Transfet-  O 8 Multidistnct Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under wluc.h you are filing *(Do 11ot die jllrisdictu,11al slll/JIJQ a11less divumy):*
t:;—:—:—:—:—:—————:—:—:———:——————————————————————
Brief description of cause:
Defama!IOO

### VII. REQUESTED IN COMPLAINT:
O CHECK IF TIIISIS A Cl.ASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND$
CHECK YES only if demanded in complaint:
JURYDL"dAND:   ☐Ye,;   0No

### VIll. RELATED CASE(S) IF **AA-Y**
*(Su ins/nJCtimu):*
JUDGE
DOCKET NUMBER

DATE
SIGNATURE OF ATTOKNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT#
AMOUNT
APPLYING IFP
JUDGE
MAG.JUOOE

## CERTIFICATION OF **ARBITRATION** ELIGIBILITY

Local Arbitration Rule 83.7 provides that with certain exceptions, actions seeking money damages only in an amount not in excess of $150,000, exclusive of interest and costs, are eligible for compulsory arbitration. The amount of damages is presumed to be below the threshold amount unless a certification to the contrary is filed.

Case is Eligible for Arbitration ☐

I, Daniel Szalkiewicz, counsel for Plaintiff, do hereby certify that the above captioned civil action is ineligible for compulsory arbitration for the following reason(s):

☒ monetary damages sought are in excess of $150,000.00 exclusive of interest and costs,

☐ the complaint seeks injunctive relief, or

☐ the matter is otherwise ineligible for the following reason:

## DISCLOSURE STATEMENT - FEDERAL RULES CIVIL PROCEDURE 7.1

Identify any parent corporation and any publicly held corporation that owns 10% or more or its stocks. Add an additional page if needed.

None

## RELATED CASE STATEMENT (Section VIII on the Front of this Form)

Please list all cases that are arguably related pursuant to Division of Business Rule 3 in Section VIII on the front of this form. Rule 3(a) provides that "A civil case is "related" to another civil case for purposes of this guideline when, because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning both cases to the same judge and magistrate judge." Rule 3(a) provides that "A civil case shall not be deemed "related" to another civil case merely because the civil case involves identical legal issues, or the same parties." Rule 3 further provides that "Presumptively, and subject to the power of a judge to determine otherwise pursuant to paragraph (b), civil cases shall not be deemed to be "related" unless both cases are still pending before the court."

None

## NEW YORK EASTERN DISTRICT DIVISION OF BUSINESS RULE 1(d)(3)

*If you answer "Yes" to any of the questions below, this case will be designated as a Central Islip case and you must select Office Code 2.*

1. Is the action being removed from a state court that is located in Nassau or Suffolk County? ☐ Yes ☒ No
2. Is the action-not involving real property-being brought against United States, its officers or its employees AND the majority of the plaintiffs reside in Nassau or Suffolk County? ☐ Yes ☒ No
3. If you answered "No" to all parts of Questions 1 and 2:
   a. Did a substantial part of the events or omissions giving rise to claim or claims occur in Nassau or Suffolk County? ☐ Yes ☒ No
   b. Do the majority of defendants reside in Nassau or Suffolk County? ☐ Yes ☒ No
   c. Is a substantial amount of any property at issue located in Nassau or Suffolk County? ☐ Yes ☒ No
4. If this is a Fair Debt Collection Practice Act case, was the offending communication received in either Nassau or Suffolk County? ☐ Yes ☒ No

*(Note, a natural person is considered to reside in the county in which that person is domiciled; an entity is considered a resident of the county that is either its principal place of business or headquarters, of if there is no such county in the Eastern District, the county within the District with which it has the most significant contacts).*

## BAR ADMISSION

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.
☒ Yes  ☐ No

Are you currently the subject of any disciplinary action (s) in this or any other state or federal court?
☐ Yes (If yes, please explain) ☒ No

I certify the accuracy ☐ ided

**Signature:** _____

Revised 02.13.2025; Effective 02.17.2025



Case 1:26-cv-00580-AMD-VMS   Document 24-1   Filed 03/31/26   Page 12 of 52 PageID #: 290

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF BRONX**

Deven Sanon and Sirman Hotchandani,

                Petitioners,

    against -

Meta Platforms, Inc., Namecheap, Inc., and Change.erg, PBC,

                Respondents.

**VERIFIED AMENDED PETITION**

Index No.: 818359/2025E

Petitioners DEVEN SANON and SIMRAN HOTCHANDANI ("Petitioners") by and through their attorneys, VERIDIAN LEGAL P.C., as and for their Verified Petition (the "Petition") in this proceeding seeking pre-action disclosure pursuant to Civil Practice Law and Rules ("C.P.L.R.") § 3102(c) hereby alleges as follows.

1.      Petitioners bring this Verified Petition pursuant to CPLR 3102(c). Courts have recognized that pre-action disclosure is appropriate where, as here, the identity of an anonymous tortfeasor is unknown but necessary to frame a complaint. *See Cahill v. Doe,* 879 N.E.2d 425 (N.Y. 2007) (recognizing the right to unmask anonymous defendants when a prima facie case of defamation exists).

2.      Petitioners are two private individuals - a married couple - and at all times relevant, residents of the State of New York.

3.      Venue is proper in Bronx County pursuant to C.P.L.R §308, as Petitioners reside here and substantial injury from the defamatory conduct occurred in in this County.

4.      Starting in 2023, Petitioners and their family became the victims of a calculated campaign of harassment designed to defame them and inflict severe emotional distress. More

accurate registration information pursuant to the Internet Corporation for Assigned Names and

Numbers (lCANN)'s rules and regulations.

Together with such other and further relief as this Court may deem just and proper.

Dated:          October 3, 2025
                New York, New York

Deven Sanon

Silman Hotchandani

Daniel S. Szalkiewicz, Esq.

Of Counsel:
Kaivalya Harsukh Rawal, Esq.
(Admitted in Minnesota and Illinois)

28

Case 1:26-cv-00580-AMD-VMS    Document 24-1    Filed 05/31/26    Page 14 of 52 PageID #: 292

## Table of Contents

Table of Authorities.................................................................................................3

PRELIMINARY STATEMENT ...............................................................................4

ARGUMENT.............................................................................................................6

STANDARD FOR PRE-ACTION DISCOVERY PURSUANT TO CPLR §3102........................6

POINT I
PETITIONERS HAVE A MERITORIOUS CAUSE OF ACTION..............................................7

   A.   DEFAMATION.........................................................................................7

      a)   The Statements Are False and Tend to Expose Petitioners to Public Contempt, Hatred, Ridicule, Aversion, or Disgrace.................................................................8

      b)   The Statements *Are* Published Without Privilege to a Third Party.................................9

      c)   The Statements Are Published with Actual Malice .......................................1O

      d)   The Statements Are Defamatory Per Se........................................................ 11

   B.   INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS................................... 12

   C.   CIVIL RIGHTS LAW §72-n................................................................. 13

POINT II
THE INFORMATION SOUGHT IS MATERIAL AND NECESSARY ................................. 14

2

EXHIBITE

Case 1:26-cv-00580-AMD-VMS    Document 24-1    Filed 03/31/26    Page 15 of 52 PageID #: 293

IMG_2909.png    t  Download    √  Full screen    [§J  Print        GI  Show email    d'    X

☐    Outlook

Pie 5

From  Marc Pelta <marc@peltalaw.com>

Date  Mon 2026-02-23 23:47

To      Marc Pelta <marc@peltalaw.com>



**Keeping** up w/ the **Sanons**

d,nerent weekend mateh                    00:03 ✓✓

SimranHotchandani

l<onriie Sanon
Or at li!a1>t looay I dc;,1't hi'Jve a c.e,ar !lrieot
s,ght to be ab!o to Sir/ior sur☐•,1..e can m,:,'l:e
lhat work

That's fair I get that!

Simran Hotchandani

You
Yeah doosn'l work w,th needing *ic* be al lhlt
oflt<'e. any othl?r w☐kend garne?

Let me check the schedule to see
whi:o's the next home game

Simran Hotchandani

Yoo
·\,Simran Hotchand,mi how are :,won
r!Y!>r1':gratiori C:Ott11n9 ,o from **Cill'llldtii** now"
l:i'ISK!t Or Sloil lh@ same Stich?  ._____

Yep! Better now for sure - They're
opening land borders next month so
will be way easier to drive across for
us now too

You can't sen<i messages to ttw:.g1oup because
you're *no* tonger a member.

☐    Outlook

---

Pie 2

---

From Marc Pelta <marc@peltalaw.com>

Date  Mon 2026-02-23 23:45

To     Marc Pelta <marc@peltalaw.com>



<

Nahnever

Haha

No but maybe once or twice



let  me ask sissy and mom

Iheyll know

Ofc sen☐na is  on the *lease*

1020 Rue de 81eury
Montreal, QC, canada H2Z 089



Thanks Boz

**Marc Pelta, Attorney-at-Law**
**PELTAILAW**
**SF Bay Area Location:**
**1390 Market Street, Suite 200**
**San Francisco, CA 94102**

t5!t
Outlook

---

Pie

---

From Marc Pelta <marc@peltalaw.com>

Date  Mon 2026-02-23 23:44

To    Marc Pelta <marc@peltalaw.com>

📶 📶 🔋

< ·· Keeping up w/ th.e Sanons
\'t)U

over on Wedtl",4☐,…☐ "'e would
40ec 2021
l1ave gone with n1mbut ne just said
no when we asked if we were going
over.

He's gone to **Montreai** tho for one of
the dental classes or something so
the girls are with their grandparents.

I just wouldn't even contact him till
hegets over it andlnfttates contact
*20·1a .//*

No one deserves this·
*2-0<29..t/*

Ronnie Sanon

SImran Hot<:t1andani
YiJPlol Neat WI'3$ stipposild 10$.() *(M?(* Ol't
wccnesdi&y so we woulcJhave gone with him
but*mi* J11☐t saldno whi:n WII asked it *we* we…

Wait wtt he's in Montreal? Where
you live?

ftS

Oe☐nSanon

Yeah he had a 'course'  ₂₁ г.,
v

Yov ciID't send messages to this group beCttu!>☐
you're no longer a member.

---

**Marc Pelta, Attorney-at-Law**
**PELTAILAW**
**SF Bay Area Location:**
**1390 Market Street, Suite 200**
**San Francisco, CA 94102**



C

cSUPREME COURT OF THE STATE OF NEW YORK COIJNTY OF BRONX, PART: IAS 22-

---------------------- --·-------------- X,

SANON, DEVEN et OI,

Plointiff(s)/Petitioner{s).

-agqlnst-

META PLATFORMS. INC. et al.

Defendant(s} /Respondent(s).

I dex No. 8 J 83 591205 E

Hon.   MARISSA SOTO

Justice Supreme court

- --------------- ------

The following papers NYSCEF Doc. No, 33. Read on this motlon, {Seq No ....J Noticed on          and duly submitted Os NYSCEF Doc No       .>·

| Papers | N.YSCEF Doc. No. |
|---|---|
| Notice of Motion - Order to Show Cquse - Exhibits and Affidavits An_nexed | G3-34 |
| Answering Affidavit and Exhibits | |
| Replying·Affidavit and Exhjbits | |
| .Other: Stipulatiqn/Letjer | |

A virtuc;il compliance-conferencewas held on January 1_4 2026 at 10:00 AM. Appearonces.were maqe. by Petitioners, Responde_nts META PLATFORMS. INC., GOOGLE LIC, and STARRY, JNC. Uponreview of the do.ck.et, the Court notes.that a P      es-   e·nt roceeding pseudonymou      NED   •intervened by filing a Motion to Quash Pre-Action Discovery Subpoenas (N      oc, No.33:& 34). It is also noted by-the Court thtit.. at the timebf the conference, NYSCE.FDoc. No 33 &.34 hove not b.een given a·tootioh·sequence on NYSCEF. It is.h¢ret:ly

**ORDERED** that P.etitipners, Respond n_tsMETA.P ATFORMs, INC., GQOGLI: I_LC. and STARRY. INC. are to fiJe fhe[r opposition to NYSCEF Doc. No. 3.3 & 34 by January 23₁ 2026; dnd it is further

**ORDERED** that JANE DOE *is* to.file their reply to any opposition-by January 30; 2026; and it is further

**ORDERED** that o hybridhearing is scheduled for February 2, 2026.at 9.:30 AM EST/ 5:30 PM A$T, either in C<w'rtroorri 709 or via Microsqft Tea"ms; and it is further

**ORDERED** that Respondents META PLATFORMS, INC.. GOOGLE LIC, and STARRY, INC. are to serve their opposition, a copy of this.Order. and_the Microsoft:Te_ms linkfor the hybrid h adng on JANE DOE*vib*·oll of JANE DOE's_email aqdresses inclqding the email._    :   _·     . :   _·        .MS, INC., GOOGLE LLC. an          . the Motion to Sguo h Pre.-Action Dis<::overy;_a.nd it is further

**ORDERED** thara copy of this Order be served on.JANEDOE within 1wo (2):ddys hereof:

This-constitutes the order of the Court.

Dated: 1/15/2026

Hon. _MARISSA SOTO, J.S.C._

Motion is Respectfully Referred to Justice:
Dated:

I.CHECk ONE.....-......,..........,.,..-.....

2. MOTION IS........................-...........

3. CHECK IFAPPROPRIATE..........

☐ CASE 0ISP.OSEDIN ITS.ENTIRETY    k(CASESTILL ACTIVE

☐ GRANTED   o DENIED   ☐ GRANTED1N PART   ☐ OTHER

o SETTLE ORDER   o SUBMIT ORD R   oSCHEDULE APPEARANCE

o FIDUCfARY APPOINTMENT   ☐ REFEREE APPOINTMENT

☐ NEX1 APPEARANCE DATE: _____

EXHIBIT G

Case 1:26-cv-00580-AMD-VMS Document 24-1 Filed 03/31/26 Page 22 of 52 PageID #: 300

SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF BRONX,
PART: iAS.:22

DEVEN SANON ef at

Plaintiff(s)/Petitioner(s),

-against-

METAPLAtFORMS, INC-. etol,

Defendant(s) /Respond$nt(s).

**Index No.** al **8359/2025E**

Hon. **MAlmAD_Q** _____

Justice Supreme CoLJrt

The following papers NYSCEF Doc; No, 33. Read ori ttj is mo1ion; (Seq No._)

Noticed on ___ and duly submittJ d asNYSCEi=Doc No >

| -Papers | NYSCEF D0.c. No. |
|---|---|
| Notice of Motion- Order to Show Cause - Exhibits arjd Afidavits Annexed | 3.3-34 |
| Answering Affidavit.and Exhi_bits | |
| Replying Affidav!fand_Exhibits | |
| Other: Stipulation/Letter | |

A hybrid oral argument was held on February 2; 2026 at 9:30 AM. Appearances were made by Petitioners, Responc;::lents META PLATFORMS, INC, GOOGLE LLC., ☐TARRY, INC., and Non-Party JANE DOE. It is hereby

.**ORDERED** that the instant matter is stgy eq until Febru☐ry 18.2026; and i_t is further

**PRDEREP** :thc;it the pqrties-are toJile a stipulation ofdi☐continuance in accordonce· with the Court's direc.tive_s: and it is further

**ORDERED** that the hybrid ordl argument is adjourned to February 18, 2026 Qt 9:30 AM EST/ 5: 30 PM AST; eitheriri Cou_rlroom.709 or via M_icros oft T_eams ; and it is furthet

**ORDER☐D** t_hat if the stipulqtion of discontinuance is st,Jbmitted prior to the adjourned .conferenc_e, then no appearance is necessary; and it is further

**OR0EREQ th_dt** Respondent META PLATFORMS. INC .. GbOGLE LLC, and ST.ARRY. INC.dr☐, to ☐☐his Order, and th1_: Microsoft Teams lihk for the hybrid hElar111g on. JANEDOE v-· _•- JANE DOE s e.mail addresses-including the email address(es) vse o serve espon e FORMS, INC.. GOOGLE LLC. and STARRY. INC. the Motion to·Squash Pre:.Actfoo Discovery; and]t is further

**ORDERED** that a copy of this Order be served on JANi:_DOE Within fwo (2) days hereof.

This constitutes the orde"r of the Court.

Dated: ___2/2/2026___

Hon._____
MARISSA SOTO, J.S.C.

I.CHECK ONE .........................._.
2.MOTION -1_,S.. ...-. ...................-.. .....
3☐CHECK IFAPPROPRIATE.,...,.....

ci CASE DISPOSED IN ITS ENTIRErY    o CASE STILL ACTIVE

☐ GRANTED  I_tl DENIED  ☐.GRANTED IN PART  ☐ OTHER

O SETTLE ORDER    o SUBMIT ORDER    o SCHEDULE APPEARANCE

o RDUCIA RY A_PPO.INT MENT    ☐REFEREE APPOINTMENT

p NEXT APPEA☐ANCE DATE: _____

Motion is Respectfully Referred to Justice:
Dated:



EXHIBIT H

FILED: BRONX COUNTY CLERK 02/19/2026 02:21 PM
NYSCEF DOC. NO. 47
FILED: BRONX COUNTY CLERK 02/04/2026 09:27 AM
NYSCEF DOC. NO. 47
INDEX NO. 818359/2025E
RECEIVED NYSCEF: 4/2026

C

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF BRONX**

Deven Sanon and Simran Hotchandani,

.Petitioners,

- against -

Meta Platforms, Inc,, Namecheap, Inc., and Change.org,
Pac,

Resp()Ildents.

**NOTICE OF VOLYN:[ARY**
**DISCONTINUANCE**

Index.No-.: 818359/2025E

PLEASE TAKE NOTICE.that putsuantto <u>N.Y. G.PL.R. 3217(a:)(1)</u> ij:ie attoiney (or the, Petitioner he.reby discontinues the above-entitled action, without prejudi☐and withQut·costs fo either party as4gainsfthe other, to respondents Namecheap, Inc,, Change.oig; PBC, Co1J1casf Cable Conmnn:ricatiqns,.LL,C.☐PayPalHoldix:Igs, Inc;☐ A.pp1e!_Inc., and Stripe, Inc. only.

DATED:       Fe☐ruaty 4, 2026
             New·York, New York

By:Datti☐1S. Szalkiewicz, &q.
Vei;idiari.Legal, P.C.
*Attor71:eysfor Petitioners.*
23 West 73r☐Suite 102
New York. New·York 10023
_T(ilephqµ☐: (2:12) 706-1007
F☐:(64.6) 849--0033
**daniel@.veridiaalegal.com**

1

1 ot 1



EXHIBIT I

Case 1:26-cv-00580-AMD-VMS    Document 24-1    Filed 03/31/26    Page 26 of 52 PageID #: 304

SUPREME COURT Of THE STATE Of NE\'i' YORK C0U☐TY Or BKONX,

PART:!AS-22

_____ ┌ - - - -X

Deven Saxon et al

Plaintiff (s)/Petitioner(s).

-against-

Metaplatform,inc. et al

Defendonl(s)/Respontjeni(s),

Index No. __818359/2025E__

Hon. ☐A;Q!Q _____
Justice Supreme Couri

C

The fo1iowing pope,s NYSCeF Doc No. _____ .R☐od on this mo;lon. ·seq No. __ )

Noticed on _____ end du!y Su•·bm1'rj ea • as NYSCEF ιL...,cc. :r-io. >

| Papers | NYSCEF Doc. No. |
|---|---|
| Nolice of Motion - Order to Show Cause - Exhibirs d,nd Affidavits Annexed | |
| Answering Affidovit and Exhibits | |
| Replying Affidavit and Exhibits | |
| Other: | |

Upon the foregoing papers, it is ordered thot this action is hereby withdrown in accordance with the or,,.•.-.• !\O"\Cf:::. of discontinuance. /\

cl¾ o!. \0 ☐☐

No.. ☐\'(\c... ☐.()'☐f'8C,

w::,vnc☐☐          Co•,w,w,.>Y"<'☐·t\CY"5., U..C,.

Y""-\☐\ t"cl.al.":)!:>. \..-.C... f\y';;>t,e,.h'C,, """d,

stripe,inc.

Dated: _2/1?/2026_

Hon. _____ MARISSA SOTO, J.S.C.

!. CHECK ONE ................................

2. MOIION IS.....................................

3. CHECK IF APPROPRIATE..........

(i(__CASE DISPOSED IN ITS ENTIRETY          o CASE STILL ACTIVE

o GRANTED      ☐ DENIED      o GRANTED IN PART      o OTHER

o SETTLE ORDER      a SUBMIT ORDER      o SCHEDULE APPEt,f-?/-_☐i•

o FIDUCIARY APPOINTMENT      o REFEREE APPOINTMENT

o NEXT APPEARANCE DATE: _____



*{I}* Outlook

---

Re: Federal Case No. 26-cv-580

---

From Daniel Szalkiewicz <daniel@veridianlegal.com>

Date Mon 2026-02-23 19:51

To    Marc Pelta <marc@peltalaw.com>

Cc    ███████████████████████████

Hi Marc,

I conferred with my clients, and if your client needs, we will consent to a 3 week adjournment fo r her to file her answer.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

Veridian Legal P.C.
23 West 73rd Street, Suite 102
New York, New York 10023
Tel: (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033

On Mon, Feb 23, 2026 at 10:16PM Marc Pelta <rnarc@peltalaw.com> wrote:

Hi Daniel,

‚Judge Scanlon has a ·webpage on Her Honor's instructions via PDF.

Please see attached for your revie,-v. Please read all of it. The info I refer it I believe is on the last page.

I disagree with you about Rule 4.2.

1. The Rule has an exception if I give you permission to communicate \-vith ██████.
2. I provide that permission to you despite the fact I do not represent _____ in this Federal case yet.
3. The Rule does not state as you claim that it does not matter what juris iction I am licensed in. I think you are h1terpreting it that way.
4. It is illegal at this point for me to represent Srijani in this case, as you well know **until a motion for PHV is granted by the Court.** I am surprised you stated otherwise.
5. Therefore, I do not know hmv you can rely on Rule 2-4 when in fact I do not represent her in this case vet.
6. I called all 3 of your numbers earl1er today and could not reach you. I left you a voiccmail on one of them because the other t\<vo directed me to e-mail you or leave another voicemail. You can call me 24/7, as I stated in my voicemail left for you.
7. If you can please respond to her question that was sent only to comply vvitb the Court's requirement on proposing dates then that would be great.
8. You did not even state if you opposed her request for the extension. We are only seeking to comply with the Judge's rules, as explain in the PDF attached.

As the deadline for filing is tomorrow, it is unfortunate it has come to this point.

My hope is that I will get admitted PHV in this Federal case, but as you know, I do not have the letters of standing yet to attach to my PHV motion.

Respectfully,

**Marc Pelta, Attorney-at-Law**
**PELTAJLAW**
<u>**SF BaY- Area Location:**</u>
<u>**1390 Market Street, Suite 200**</u>
<u>**San Francisco, CA 94102**</u>
**Tel. 415-963-1152/323-430-9155**
**website: <u>www.P-eltalaw.com</u>**


# [11]**Representing Clients Across California**[11]

DISCLAIMER: This e-mail may contain confidential or privileged information intended only for the use of the individual to whom it is being sent from this e-mail account. It may contain information belonging to the sender protected by the Electronic Communications Privacy Act. If you are not the intended recipient, any dissemination, distribution, copying or other use of this communication is not allowed. If you have received this by mistake, please notify us immediately by e-mail or telephone at 415.963.1152 and destroy this e-mail message.


On Feb 23, 2026, at 3:28 PM, Daniel Szalkiewicz <u><daniel@veridianlegal.com></u> wrote:


Marc,

Once a party informs me that they have counsel, irrespective of which jurisdiction they are licensed to practice in, I cannot communicate with the party without that attorney's consent (Rule 4.2).

I am not certain what you referring to concerning a conflict Judge Scanlon's rules.


Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Veridian Legal P.C.**
<u>23 West 73rd Street, Suite 102</u>
<u>New York. New York 10023</u>
Tel: (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735

On Mon, Feb 23, 2026 at 5:42 PM Marc Pelta <marc@geltalaw.com> wrote:

Hi Daniel,

My client clearly stated that I am not licensed in New York and that a PHV motion has not been filed and why that is the case.

Therefore, your response conflicts with what Judge Scanlon requires of you since you are admitted in EDNY. I'll try and call you shortly but I still need your compliance with the Judge's standing orders so to speak as the Court requires a substantive response from you on the two emails my client sent me.

To repeat: my client is not represented by counsel and I am not admitted yet in the EDNY therefore I am not representing her in this case until the Court permits me to do so.

Sincerely,

**Marc Pelta, Attorney-at-Law**
**PELTAILAW**
**SF BaY- Area Location:**
**1390 Market Street, Suite 200**
**San Francisco, CA 94102**
**Tel.    415-963-1152/323-430-9155**
**website: www.P-eltalaw.com**

# [11]**Representing Clients Across California**[11]

DISCLAIMER: This e-mail may contain confidential or privileged information intended only for the use of the individual to whom it is being sent from this e-mail account. It may contain information belonging to the sender protected by the Electronic Communications Privacy Act. If you are not the intended recipient, any dissemination, distribution, copying or other use of this communication is not allowed. If you have received this by mistake, please notify us immediately by e-mail or telephone at 415.963.1152 and destroy this e-mail message.

On Feb 23, 2026, at 6:07 AM, Daniel Szalkiewicz <daniel@veridianlegal.com> wrote:

Good morning,

You indicate that you have retained counsel in connection with this matter. If

that is the case, please have your attorney contact me directly. As you are aware, if you are represented by counsel, I am not permitted to communicate with you directly.

I look forward to hearing from your attorney.

*Very* Truly Yours,


Daniel S. Szalkiewicz, Esq.


Veridian Legal P.C.
23 West 73rd Street, Suite 102
New York, New York 10023
Tel: (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033



Very Truly Yours,


Daniel S. Szalkiewicz, Esq.


**Veridian Legal P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel: (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033



On Mon, Feb 23, 2026 at 9:02 AM ██████████████████████████ wrote:

Dear Mr. Szalkiewicz,

Further to my previous email, please suggest at least three adjournment dates that suit Plaintiffs.

Sincerely,
███████████████



On Feb 22, 2026, at 21:57, ████████████ ██████████████████ wrote:


Dear Mr. Szalkiewicz,

I am v.rriting to meet and confer with you about extending the deadline for me to file an Answer to the Complaint you filed in the District Court for the Eastern District of NY in this case.

My California-licensed attorney, Marc Pelta, has been diligent in trying to obtain the required letters of standing for his Pro Hae Vice application to be admitted PHV in the EDNY for this case.

However, he has not received those letters yet for the PHV application so that he can file the Answer for me.

Because of the filing deadline of February 24, 2026, please respond to me no later than tomorrow whether you will agree to the extension.


Sincerely,

███████████████

# EXHIBIT K

March 12, 2025



**U.S. Department of Homeland Security**
U.S. Citizenshipand Immigration Seivices
38 River Road
Essex Junction, VT05479-000I

**U.S.Citizenship and Immigration Services**



RE : ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
I-360, Petition for Amerasian, Widow(er), or Special Immigrant

## PRIMA FACIE DETERMINATION

**Receipt Date:** April 17, 2023

The request for an extension of a prima facie case for classification under the self-petitioning provisions of the Violence Against Women Act has been reviewed and granted.

THIS NOTICE MAY BE USED TO ASSIST YOU IN RECEIVING PUBLIC BENEFITS.

**TIDS PRIMA FACIE DETERMINATION IS VALID FOR A PERIOD OF 180 DAYS FROM THE NOTICE DATE SHOWN ABOVE, AND EXPIRES ON THE DATE INDICATED BELOW.**

We will send you a written notice as soon as we make a decision on this case. It is not expected that a final decision will be made in this case before the end of 180 days. If this period is coming to a close and a decision has not been made on your case, you will automatically receive an extension within 60 days of the ending date.

**PLEASE NOTE: ESTABLISHING A PRIMA FACIE CASE FOR CLASSIFICATION UNDER THE SELF-PETITIONING PROVISIONS OF THE VIOLENCE AGAINST WOMEN ACT DOES NOT NECESSARIl,Y MEAN TBAT YOUR PETITION WILL BE APPROVED.**

**EXPIRATION DATE: September 8, 2025**

# **EXHIBIT L**

**MCGILL UNIVERSITY EMAILS REGARDING ACADEMIC FRAUD BY SIMRAN HOTCHANDANI**

19:50

2 Messages

**<O**   **Academic Fraud: Simra...**   **A**   **V**

**From:** ███████████████████

**Sent:** March 27, 2024 12:59 PM

**To:** Undergrad Dentistry <undergrad.dentist[Y.@mcgill.ca>

**Subject:** Academic Fraud: Simran Hotchandani & Serena Sanon

Hi,

I had two offers from McGill for my undergrad and though I chose University of Edinburgh in the end, I have high regard for McGill.

Please review the following article and I hope you act in the best interest of McGill's reputation and ranking because it is extremely unfair to other international students like myself, who would have and did pay international fees, that such fraud has been allowed to go under the radar:

**https://www.msn.com/en-us/news/other/mcgill-university-swindled-by-**

□                          [2f

19:50

2 Messages

**Academic Fraud: Simra...**   A   V

**[httP-s:/f.www.msn.comt.en-us/news/other/megill=university-swindled-by-simran-hotchandani-sanon--serena-sanon/ar-BB1jBbOc](#)**

It is absolutely unacceptable to the rest of us obtaining higher education and I would expect action to be taken against both individuals involved in the interest of academic justice.

I hope to hear from you soon. For your reference, in 2010 when I had applied and received my McGill offers, my applicant email was ██████████████

Best Regards,

███

19:50

On Jun 7, 2024, at 15:32, Undergrad Dentistry <underqrad.dentistry_@mcqill.ca> wrote:


Hi-

Thank you for your email.

We take cases on Academic Fraud very seriously. It's unfortunate that such a situation managed to pass through, but rest assured that we're taking every measure to prevent such cases to happen in the future.

Sincerely,
**Admissions Office** I Admissions and Recruitment Office *I* Office d'admission et de recrutement Faculty of Dental Medicine and Oral Health Sciences / Faculte de medecine dentaire et des sciences de la sante orale I **Universite McGill University**
2001, McGill College, #500 I Montreal (Quebec) Canada H3A 1G1
**underqrad.dentistrv.@mcqill**.ca

**From:** ████████████████████████
**Sent:** March 27, 2024 12:59 PM
**To:** Undergrad Dentistry <underqrad.dentistry@mcgill.ca>
**Subject:** Academic Fraud: Simran Hotchandani & Serena Sanon

## EXHIBIT M

**WHATSAPP MESSAGES FROM JOY SURJ-MINOCHA REGARDING IMMIGRATION MARRIAGE FRAUD**

**Joy Suri-Minocha**

I'm confused as to why bits of our private conversation being posted in this group chat, dad?
And is your profile picture on WhatsApp a photo of Ronnie and-? Why did you change it to that?
You should add shobha to this group since she is being mentioned.  She should know the things you are saying and asking for.  Doesn't she have the wedding photo you are asking for?  You know, I found out YEARS later that you married her for the purpose of getting her a green card.  According to what I was told, the agreement  was always to get divorced once the green card came thru.  You always said you were doing this strictly to help her out.  Now you say you want to remarry her and I'm confused as to what the point of that could be considering she doesn't want to live in Rochester.  You always said she shops all the time, spends money frivolously and always wants to eat out.

3 things you don't do.  Are you just wanting someone to take care of you?

0

1a:12

## EXHIBIT  N

Riva Ganguly Das, being duly sworn, deposes and says:

I am the Secretary in the Ministry of External Affairs for the Government of India, I am the former Indian Consul-General to the State of New York, I am the former Indian Ambassador to Romania, and I am the former Indian Ambassador to Albania and Moldova.

I am the Godmother of ▬▬▬▬▬ the Petitioner in this domestic violence hearing, and am personally familiar with all the facts and circumstances set forth herein.

I submit this affidavit in support of ████████████ (the Petitioner's) application for an Order of Protection against Micky Suri (the Defendant):

1. I reside at 61 W 62nd St, New York, NY, 10023.

2. I have known ████████████ since 1993.

3. The parties have known each other since 2021.

4. Micky Suri is ████████████ mother-in-law.

5. Due to the positions, I have held in my political career for the Indian government, I know of Arun Hotchandani, the father of the Petitioner's sister-in-law, Sirman Hotchandani. Arun Hotchandani currently serves as the Honorary Consul of India to Belize.

6. Including but not limited to: Arun Hotchandani, the father of the Petitioner's sister-in-law; Bindu Hotchandani, the mother of the Petitioner's sister-in-law; and Simran Hotchandani, the Petitioner's sister-in-law, are under investigation by the Indian government and the US government agencies for customs fraud, immigration fraud, cash embezzlement, and black money dealings since 2010.

7. Numerous complaints from institutions and individuals at federal, state, and national level for customs fraud, immigration fraud, cash embezzlement, and black money dealings have been received by the Indian government and US government agencies against: Arnn Hotchandani; Bindu Hotchandani; and Sirnran Hotchandani since 2010.

8. Upon information and belief, Micky Suri and her family members: Deven Sanon and Manish Sanon have been accomplice in aiding and abetting multiple instances of complaints and subsequent charges made against Simran Hotchandani and her family.

9. In April 2022, upon learning of ████████████ marriage to Micky Suri's son, Ronick Sanon, I personally cautioned ████████████ to maintain a distance from and stay alert of her sister-

in-law, Suman Hotchandani and the Hotchandani family under criminal investigation for customs fraud, immigration fraud, cash embezzlement, and black money dealings since 2010.

10. In April 2022, upon learning of Srijani ehatterjee's marriage to Micky Suri's son, Ronick Sanon, I informed          that her legal career could be in jeopardy for association with her sister-in-law, Simran Hotchandani and the Hotchandani family under criminal investigation for customs fraud, immigration fraud, cash embezzlement, and black money dealings since 2010.

11. As a senior member of the foreign dignitary of the Indian government who oversees verified complaints and investigations, I confirm that ▇▇▇▇▇▇▇ has not had and continues to have no involvement in neither the complaints against and nor the criminal investigation of members of the Hotchandani family by the Indian government and US government agencies since 2010.

12. ▇▇▇▇▇▇▇ qualifies as a vulnerable witness due to the knowledge she possesses about the unlawful conduct of her soon to be ex-marital family.

13. On 8th February 2023, my own colleagues within USeIS contacted me and informed me that Micky Suri and her family members: Ronick Sanon, Deven Sanon, Simran Hotchandani, and Manish Sanon, continue to harass users with baseless accusations and unmeritorious lies against        in an attempt to deport the Petitioner from the US.

14. On 5th May 2023, my own colleagues within users contacted me and informed me that Micky Suri and her family members: Ronick Sanon, Deven Sanon, Simran Hotchandani, and Manish Sanon, continue to harass USeIS with baseless accusations and unmeritorious lies against--        in an attempt to deport the Petitioner from the US.

15. On 11th September 2023, my own colleagues within USeIS contacted me and informed me that Micky Suri and her family members: Ronick Sanon, Deven Sanon, Simran Hotchandani, and Manish Sanon, continue to harass USeIS with baseless accusations and unmeritorious lies against ▇▇▇▇▇▇▇ in an attempt to depo1t the Petitioner from the US.

16. Including but not limited to the most recent incident of deportation threats and pursuit of deportation threats by Micky Suri, on 11th September 2023, multiple USeIS representatives in State of New York that I personally work with have infonned me directly that Micky Suri has placed several calls from Micky Suri's personal number - +1-585-750-7161 - and sent two emails from Micky Suri's personal email ID - <u>san</u>     •     - to character assassinate and defame ▇▇▇▇▇▇▇ demanding to have       deported from the US.

17. The calls and emails placed and sent by Micky Suri from her personal number and email address to the users amount to serious harassment, deportation threats, and pursuit of deportation threats by Micky Suri against ▇▇▇▇▇▇▇

18. Micky Suri is a deranged, devious, and dangerous woman who is both relentless and unyielding in her threat to deport and pursuit of her threat to deport ███████████ from the US.

19. ███████████ is in immediate danger from Micky Suri and her family members: Ronick Sanon, Deven Sanon, Simran Hotchandani, and Manish Sanon.

20. Micky Suri is a notoriously cruel, cunning, deceitful, and dangerous woman with a relentless vendetta against the Petitioner's life and future.

21. Micky Suri and her family members: Ronick Sanon, Deven Sanon, Simran Hotchandani, and Manish Sanon, continue to defame and spread baseless lies about the Petitioner's conduct and character to members of society as well as to judicial and government officials in the US.

22. Micky Suri's behavior has been flagged and cautioned, and her baseless claims and accusations against ███████████ have been rejected by judicial and government officials in the US.

23. Micky Suri has been and warned by government officials not to abuse the system and to cease from her immaterial lies and substance-lacking accusations against ███████████

24. ███████████ is now a single immigrant woman in the US due to her abusive marriage, the threats of deportation, and the pursuit of deportation by Micky Suri and her family members: Ronick Sanon, Deven Sanon, Sirman Hotchandani, and Manish Sanon.

25. ███████████ has qualified with notable merit in the law of the United Kingdom and has been a law-abiding citizen of immaculate character and a non-existent criminal record across several countries and continents in her 31 years.

26. ███████████ has been awarded the 0-1 visa by the US government in 2016 for her exceptional achievements in law academia from the prestigious University of Edinburgh, where she graduated at the top of her class from Edinburgh School of Law.

27. ███████████ has had meritorious right to remain and reside in the United States by virtue of her 0-1 visa that was granted in 2016, long before the marriage and acquaintance of-—with Micky Suri's son, Ronick Sanon in 2021.

28. I attest to the honorable character, nobility, and justice of ███████████. ███████████ has and continues to be an inspiration to her peers in academia, and she has always held her duty to justice as first and foremost.

29. Upon information and belief, Micky Suri has inflicted severe elder abuse on her own 87-year-old father, Darshan Suri, in manipulating false declarations against his health to obtain his power of attorney against his will.

30. Upon information and belief, Micky Suri has abandoned and neglected her own 87-year-old father, Darshan Suri for months on end while purporting to be his legal guardian.

31. Upon information and belief, Micky Suri and her family members: Deven Sanon, Simran Hotchandani, Serena Sanon, and Neal Sanon broke into Micky Suri's 87-year-old father, Darshan Suri's residence and proceeded to steal, hack, and tamper with his personal devices of communication while the elderly gentleman was suffering from COVID-19.

32. Darshan Suri is an 87-year-old senior citizen and Micky Suri's own father, yet Micky Suri's cruelty towards even the elderly she is related to by blood is unbound.

33. ███████████ is a qualified British lawyer who performed her duty to the law and justice in helping Darshan Suri against the elderly abuse inflicted upon him by Micky Suri As a result, ██████████ is now the directed target of abuse by Micky Suri.

34. Upon information and belief, Micky Suri has directly abused ██████████ safety and well-being through life threats of poison.

35. Micky Suri is the cruel mother-in-law who knows that her daughter-in-law is alone in the US with her own family continents away, and the Defendant has only ever tried to leverage the distance to commit atrocious acts of abuse against the Petitioner.

36. Micky Suri is the cruel mother-in-law who has abandoned her daughter-in-law when she was suffering an ectopic pregnancy and was undergoing the surgical removal of a life-threatening pregnancy on her own in February 2023.

37. Micky Suri's denial of ██████████ ectopic pregnancy does not absolve its truthful occurrence as Micky Suri was neither party to the marriage and consequent marital life as shared between ██████████ and her son, Ronick Son, and nor is Micky Suri adequately educated and trained as a medical professional.

38. Micky Suri is a woman of despicable, dishonest, and criminal character to undermine and diminish ██████████ s traumatic medical experience with a life-threatening ectopic preganncy and its removal on 6th February 2023.

39. Upon information and belief, Micky Suri forbade her son, ██████████ husband, to be there for ██████████ as she underwent surgery for a life-threatening ectopic pregnancy on her own on 6th February 2023.

40. Micky Suri's cruelty towards ██████████, a young woman old enough to be her own child, is unbound.

41. Contrary to any and all maliciously false claims against                    by Micky Suri, - — i s highly skilled immigrant to the US who has been in receipt of the 0-1 visa from the US government for extraordinary ability and achievement.            is of honest, meritorious, and highly capable character.

42. ▮▮▮▮▮▮▮▮ urgently and immediately requires the support and protection of the US legal system of justice to ensure her continued safety as a resident of the US.

43. I fear for ▮▮▮▮▮▮▮▮▮ life and safety due to the threats of poison and deportation, as well as the pursuit of threats of deportation made against the Petitioner by Micky Suri and her family members: Ronick Sanon, Deven Sanon, Simran Hotchandani, and Manish Sanon.

WHEREFORE, I respectfully urge the Court to award                    an Order of Protection against Micky Suri in this pending domestic violence hearing. Urging that the Court award - —relief as the Court may deem just and proper.

RIVA GANGULY DAS

Sworn to before me this day

12th day of September 2023

VASHUPATEL
**NOTARY** PUBLIC, STATEOF **NEW YORK**
Regisw:•ion No.0IPA6334587
Ql.?aiiftcd in Kings County
Commil>Sion Expires 12/2Jn023

Notary Public

**<u>EXHIBIT O</u>**

File#: 129846(0-09381-23)                                                    GF-15 (8/2010)                    Pagel ofl

At a term of the Family Court of the State of New York, held in and for the County of Monroe at Monroe County Family Comt, Hall of Justice, 99 Exchange Blvd, Rochester, NY 14614-2187, on October 30,2024

**PRESENT:** Darius K. Lind, Court Attorney Referee

In the Matter of **an Article 8 Family Offense** Proceeding

**Madhu Suri** (Petitioner)

████████████ (Respondent)

| | |
|---|---|
| **File#:** | 129846 |
| **Docket#:** | 0-09381-23 (Motion 1) |

**ORDER ON MOTION**

A motion was filed with this Court by Lawrence J. Krieger on March 21, 2024, requesting an order on a Motion to Dismiss.

████████████ did not appear.

Madhu Suri did not appear.

After examining the motion papers and supporting affidavit(s), the court finds that there is no longer subject matter jurisdiction.

**NOW,** therefore, it is hereby:

> **ORDERED** that the motion of Lawrence **J.** Krieger is granted in the following respects(s): Petitions are dismissed with prejudice.

**IT IS FURTHER ORDERED** that any temporary order of protection issued under Docket #0-09381-23 is vacated.

Dated: **October 30, 2024**

20241030112539DLIND0342368BE4DA4B89AD2806EF4F4F2549

**Darius K. Lind**

**Check applicable box:**
o  Order mailed on 10/30/24 to parties. RK
o  Order received in court on [specify date(s) and to whom given]: _____

CC:    Charu Narang, Attorney
       Lawrence J. Krieger, Attorney
       Madhu Suri
       ████████████

**<u>EXHIBIT P</u>**



SOCIAL MEDIA    LIFE    TECH & SCIENCE    WORLD    BUSINESS    SPORTS

# Deven Sanon: A Rising Force in Canadian Business Leadership and Innovation

PRESS RELEASE

Published May 20, 2025

**IndNewsWire**

*Montreal, QC - May 14, 2025-* It's important to focus the spotlight on the impressive achievements of **Deven Sanon.** a name synonymous with academic excellence. leadership. and global business acumen.

A proud graduate of McGill University's prestigious Desautels Faculty of Management. Deven Sanon has consistently demonstrated a sharp strategic mind and a commitment to excellence throughout his academic and early professional career. As a core member of the winning team at the **2016 University of Auckland**

More from IndNewsWire

1. **A Warm Encounter - Building a Bridge of Friendship at the Shanghai Xiaodianxing Flagship Store**

2. **China-Thailand economic and trade cooperation is upgraded, and Thai specialty products are entering China at an accelerated pace**

**Champions Trophy,** Sanon showcased not only his ability to analyze and resolve complex business problems, but also his skills in collaboration and cross-cultural communication--qualities that remain vital in today's interconnected world.

That same year, Sanon further solidified his reputation by contributing to another victory: **first place in the National Investment Banking Competition (NIBC),** one of the most competitive undergraduate finance contests in North America. Competing against top-tier business schools, Sanon's team brought home the gold, reflecting both his financial expertise and ability to thrive under pressure.

In addition to his competitive accomplishments, Deven Sanon has been a strong voice in thought leadership. His contributions to discussions on **the future of education and international business** have been published through McGill's official channels. In particular, his work exploring the benefits of Canadian education for U.S. students during the volatile 2016 political climate highlighted his insight into economic trends and global academic mobility.

While public narratives can be shaped by speculation, Deven Sanon's record tells a story of discipline, intelligence, and impact. With a background rich in experience and achievement, Sanon continues to represent the best of Canadian business education on the international stage.

**About Deven Sanon**
Deven Sanon is a McGill University alumnus known for his leadership, academic excellence, and strategic thinking. With victories in global case competitions and

3. **Portable Drone Detection for Patrol Officers: Why the ADS DroneTracker Is a Must-Have in 2025**

4. **LED Pros WorldWide Shines a Light on Industrial Safety with Explosion Proof and Hazardous Location Lighting Solutions**

5. **Bryan Smeltzer to Release 'The Visionary Leader'--A Deep Dive Into Visionary Leadership**

6. **Haus of Brilliance Redefines Fine Jewelry Shopping with Affordable Luxury and Ethical Elegance**

7. **Food Regulatory Consulting Services in India**

8. **Evita Cabinets Opens New Factory in Guadalajara, Doubling Capacity**

published insights on international education, he exemplifies the next generation of business leaders making a meaningful impact in finance, consulting, and cross-border economic development.

**Contact name:** Deven Sanon

**Website:** https://www.mcgi11.ca/     channels/tag/Deven%20Sanon/channel_news

☐ comtex tracking

COMTEX_465651668/2909/2025-05-20T10:35:06

# IndNewsWire

9.  **Navigating the Evolving Culinary Landscape in the UK**

10. **Mastering TRX Bicep Training: The Ultimate Guide to Building Arms Without Weights**

More from Digital Journal

1.  **Let's waltz! Vienna ball season back in full swing**

2.  **'Avatar 2' success proves cinema in post-pandemic 'resurgence': Cameron**

3.  **North of Soledar, Ukrainians yearn for peace**

4.  **Carlo Marks talks about his new Hallmark movie 'The Wedding Veil Inspiration'**