

Case No. 1:26-cv-00580 (AMD) (VMS)

## EXHIBIT INDEX

Annexed to Defendant's Motion to Quash Third-Party Subpoenas,

Strike Interrogatories and Requests for Production, and for Protective Order

| Exhibit | Description |
|---|---|
| A | Notice of Subpoena to Starry Inc. (April 10, 2026) |
| B | Notice of Subpoena to Meta Platforms, Inc. (April 10, 2026) |
| C | Notice of Subpoena to Google LLC (April 10, 2026) |
| D | Notice of Subpoena to Stripe, Inc. (April 13, 2026) |
| E | Notice of Subpoena to Allison Viverette (April 13, 2026) |
| F | Court Order dated February 9, 2026 (Scheduling Order) |
| G | Court Order dated April 10, 2026 (Discovery Limitations) |
| H | Affirmation of Counsel for Google LLC (State Court, January 23, 2026) |
| I | Affirmation of Counsel for Meta Platforms, Inc. (State Court, January 23, 2026) |
| J | Affirmation of Counsel for Starry Inc. (State Court, January 23, 2026) |
| K | Order, Supreme Court of New York, County of Bronx (February 2, 2026) |
| L | Stipulation of Discontinuance -- Google (State Court) |
| M | Stipulations of Discontinuance -- Meta Platforms, Inc. and Starry Inc. (State Court) |

| N | Plaintiffs' First Set of Interrogatories to Defendant (Jurisdictional Discovery) |
|---|---|
| O | Plaintiffs' First Set of Requests for Production to Defendant (Jurisdictional Discovery) |
| P | USCIS Prima Facie Determination of VAWA Petition |
| Q | Affidavit of Abuse in Support of VAWA Petition |
| R | Meet-and-Confer Correspondence (April 13-14, 2026) |

# EXHIBIT A

Notice of Subpoena to Starry Inc. (April 10, 2026)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DEVEN SANON and SIMRAN HOTCHANDANI,

                   Plaintiffs,

        -against-

SRIJANI CHATTERJEE, JOHN DOES 1-10, and
JANE DOES 1-10,

                  Defendants.

Case No.: 1:26-cv-00580-AMD-VMS

**PLAINTIFFS' NOTICE OF SUBPOENA TO**
**NOTICE OF SUBPOENA TO STARRY INC.**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45(a)(4) of the Federal Rules of Civil

Procedure, Plaintiffs Deven Sanon and Simran Hotchandani by and through their attorneys,

Veridian Legal P.C., intend to serve STARRY INC., 5 Penn Plaza, Suite 1908 New York, NY

10001, with a subpoena requesting the production of documents and electronically stored

information. A copy of the subpoena to be served is attached.

Dated: April 13, 2026

By: */s/ Daniel S. Szalkiewicz*
VERIDIAN LEGAL P.C.
23 West 73rd Street, Suite 102
New York, New York 10023
Telephone: (212) 706-1007
Facsimile: (914) 500-2315
Email: Daniel@VeridianLegal.Com
      Cali@VeridianLegal.Com
*Attorneys for Plaintiffs Deven Sanon and Simran*
*Hotchandani*

1

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

## for the

Eastern District of New York

| | |
|---|---|
| DEVEN SANON and SIMRAN HOTCHANDANI | ) |
| *Plaintiff* | ) |
| v. | ) |
| SRIJANI CHATTERJEE, JOHN DOES 1-10, and JANE DOES 1-10 | ) |
| *Defendant* | ) |

Civil Action No.  26-cv-00580-AMD-VMS

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  STARRY INC., 5 Penn Plaza, Suite 1908 New York, NY 10001

_____
*(Name of person to whom this subpoena is directed)*

❒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See ATTACHMENT A

| Place: Veridian Legal, P.C., 23 West 73rd Street, Suite 102, New York, NY 10023. Production can be made by email to daniel@veridianlegal.com | Date and Time: within 14 days of service |
|---|---|

❒ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  4/13/2026

| *CLERK OF COURT* | OR | |
|---|---|---|
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____ DEVEN SANON and SIMRAN HOTCHANDANI , who issues or requests this subpoena, are:
Daniel Szalkiewcz, 23 W. 73rd Street, Suite 102, New York, NY 10023, daniel@veridianlegal.com 212 760 1007

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## SCHEDULE A

## DOCUMENTS AND INFORMATION TO BE PRODUCED

You are commanded to produce the following documents, electronically stored information, and tangible things in your possession, custody, or control:

All subscriber records and information sufficient to identify the user data and account holder associated with IP address **38.15.239.148** on **December 14, 2024 at 6:26:31 PM (EST)**, including but not limited to:

1. The account holder's full legal name;

2. The account holder's address, including street address, city, state, and zip code;

3. The account holder's telephone number(s);

4. The status of the account (active, suspended, terminated, or otherwise);

5. Detailed billing logs associated with the account;

6. The date the account was opened and, if applicable, the date the account was closed;

7. The method of payment on file and detailed billing records, including credit card type, last four digits, and billing address;

8. All registration information provided at the time the account was created, including name, address, email, and telephone number;

9. Complete Internet Protocol (IP) addresses for each log-in and log-off session associated with the account;

10. The Media Access Control (MAC) address of the device(s) utilizing IP address 38.15.239.148 on the date and time specified above;

11. Whether the IP address 38.15.239.148 is static or dynamic;

12. The entire period of time during which IP address 38.15.239.148 was assigned or issued to the account holder to whom such IP address was assigned on the date and time specified herein; and

13. The email address of the person(s) who created the account, and any recovery email accounts associated with the account.

## INSTRUCTIONS

A. **Time Period.** Unless otherwise specified, the time period covered by this subpoena is from January 1, 2020 to the present.

1

B. **Format of Production.** Documents shall be produced in their native electronic format or, if not available in electronic format, as legible copies. All metadata shall be preserved and produced.

C. **Privilege Log.** If any document responsive to this subpoena is withheld on the basis of any privilege or protection, you shall provide a privilege log identifying each such document with sufficient detail to permit assessment of the claim of privilege, including the date, author, recipient(s), subject matter, and the specific privilege or protection asserted, in accordance with Fed. R. Civ. P. 45(e)(2)(A).

D. **Continuing Obligation.** If, after producing documents in response to this subpoena, you become aware of additional responsive documents, you are requested to produce such documents promptly.

E. **Definitions.** As used herein, "records" and "documents" include all writings, communications, electronically stored information, data, files, logs, databases, and any other tangible or intangible thing containing information, in whatever form or medium.

F. **Manner of Production.** Documents may be produced by delivering them to the address above, or by transmitting them electronically to daniel@veridianlegal.com, or by secure file transfer to a location designated by Plaintiffs' counsel.

G. **Objections.** Pursuant to Fed. R. Civ. P. 45(d)(2)(B), any objection to this subpoena must be served on Plaintiffs' counsel before the earlier of the time specified for compliance or 14 days after the subpoena is served.

H. **Cost of Production.** Plaintiffs will bear the reasonable cost of production, if any, upon submission of an invoice.

## NOTICE PURSUANT TO FED. R. CIV. P. 45

The provisions of Fed. R. Civ. P. 45(d) and (e) relating to your obligations in responding to this subpoena and the potential consequences of not doing so are as follows:

**Duty to Respond.** A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. Fed. R. Civ. P. 45(d)(2)(B).

**Protection of Persons Subject to Subpoenas.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction, which may include lost earnings and reasonable attorney's fees, on a party or attorney who fails to comply. Fed. R. Civ. P. 45(d)(1).

**Contempt.** The court for the district where compliance is required may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it. Fed. R. Civ. P. 45(g).

2

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 26-cv-00580-AMD-VMS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

 **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

 **(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

 **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

 **(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

 **(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

 **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
 **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

 Gmail

## Activity in Case 1:26-cv-00580-AMD-VMS Sanon et al v. Chatterjee et al Set Motion and R&R Deadlines/Hearings

1 message

**ecf_bounces@nyed.uscourts.gov** <ecf_bounces@nyed.uscourts.gov>                Fri, Apr 10, 2026 at 8:39 AM
To: nobody@nyed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 4/10/2026 at 8:39 AM EDT and filed on 4/10/2026
**Case Name:**            Sanon et al v. Chatterjee et al
**Case Number:**      1:26-cv-00580-AMD-VMS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER. As discussed during the 4/7/2026 conference, Defendant's address for service of filings is 214 Atlantic Avenue, Apartment # 2, Brooklyn, NY 11201; if and when counsel appears on her behalf, counsel will receive service of the filings. The Court notes that Defendant raised her counsel's impending appearance in this action as early as 2/24/2026. See ECF No. [9] at 3 (SEALED).**

**Defendant is to submit a reply in further support of her motion for entry of a protective order by 4/10/2026.**

**In consultation with the District Judge's chambers, by 5/8/2026, Plaintiffs are to file their opposition to Defendant's motion to dismiss, and, by 5/22/2026, Defendant is to file her reply in further support of the motion to dismiss.**

**At this time, discovery as to two categories of items will proceed: first, non-party discovery from social media entities and internet service providers and, second, jurisdictional discovery, both pertaining to service of process and diversity jurisdiction. All other discovery is currently stayed.**

**Defendant is reminded of the need to comply with the Federal Rules of Civil Procedure, the Local Civil Rules, the Individual Rules of the District Judge and the undersigned's Individual Practice Rules, all of which are publicly available on the Court's website. The**

**Court notes that a manual for pro se litigants is also publicly available on the Courts website: https://www.nyed.uscourts.gov/index.php/representing-yourself.**

**The Court will mail a copy of this Order to Srijani Chatterjee at 214 Atlantic Avenue, Apartment # 2, Brooklyn, NY 11201. Ordered by Chief Mag. Judge Vera M. Scanlon on 4/10/2026. (SH)**

**1:26-cv-00580-AMD-VMS Notice has been electronically mailed to:**

Daniel Szalkiewicz      daniel@veridianlegal.com, cali@lawdss.com, lawdss@recap.email

Srijani Chatterjee      srijanic91@gmail.com

**1:26-cv-00580-AMD-VMS Notice will not be electronically mailed to:**

## CERTIFICATE OF SERVICE

I, DANIEL SZALKIEWICZ, HEREBY CERTIFY that on April 13, 2026, I served PLAINTIFFS' NOTICE OF SUBPOENA STARRY INC. via electronic mail and USPS First Class Mail on the individual listed below:

Srijani Chatterjee
214 Atlantic Avenue, 2
Brooklyn, New York
Email: srijanic91@gmail.com

Dated: April 13, 2026

By: */s/ Daniel S. Szalkiewicz*

2

# EXHIBIT B

Notice of Subpoena to Meta Platforms, Inc. (April 10, 2026)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEVEN SANON and SIMRAN HOTCHANDANI, | |
| Plaintiffs, | Case No.: 1:26-cv-00580-AMD-VMS |
| -against- | |
| SRIJANI CHATTERJEE, JOHN DOES 1-10, and JANE DOES 1-10, | |
| Defendants. | |

**PLAINTIFFS' NOTICE OF SUBPOENA TO**
**NOTICE OF SUBPOENA TO META PLATFORMS, INC.**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45(a)(4) of the Federal Rules of Civil

Procedure, Plaintiffs Deven Sanon and Simran Hotchandani by and through their attorneys,

Veridian Legal P.C., intend to serve Meta Platforms, Inc., Corporation Service Company at 80

State Street Albany, NY 12207, with a subpoena requesting the production of documents and

electronically stored information. A copy of the subpoena to be served is attached.

Dated: April 10, 2026

By: */s/ Daniel S. Szalkiewicz*
VERIDIAN LEGAL P.C.
23 West 73rd Street, Suite 102
New York, New York 10023
Telephone: (212) 706-1007
Facsimile: (914) 500-2315
Email: Daniel@VeridianLegal.Com
        Cali@VeridianLegal.Com
*Attorneys for Plaintiffs Deven Sanon and Simran*
*Hotchandani*

1

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
Eastern District of New York

DEVEN SANON and SIMRAN HOTCHANDANI

*Plaintiff*

v.

SRIJANI CHATTERJEE, JOHN DOES 1-10, and JANE DOES 1-10

*Defendant*

)
)
)
)
)
)
)

Civil Action No. 26-cv-00580-AMD-VMS

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Meta Platforms, Inc., Corporation Service Company at 80 State Street Albany, NY 12207

*(Name of person to whom this subpoena is directed)*

☐ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See ATTACHMENT A

| Place: Veridian Legal, P.C., 23 West 73rd Street, Suite 102, New York, NY 10023. Production can be made by email to daniel@veridianlegal.com | Date and Time: within 14 days of service |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 4/10/2026

CLERK OF COURT

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____

DEVEN SANON and SIMRAN HOTCHANDANI , who issues or requests this subpoena, are:

Daniel Szalkiewcz, 23 W. 73rd Street, Suite 102, New York, NY 10023, daniel@veridianlegal.com 212 760 1007

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## ATTACHMENT A

## DEFINITIONS

The following definitions shall apply to each of the requests set forth below:

A. "Account" or "Accounts" means any Facebook account, Instagram account, Messenger account, WhatsApp account, Threads account, or any other account maintained, hosted, or administered by Meta Platforms, Inc. or any of its subsidiaries that is associated with, linked to, or accessible through any of the Subject Accounts and Posts, including but not limited to accounts identified as recovery accounts, alternate accounts, linked accounts, or related accounts.

B. "Basic Subscriber Information" or "BSI" means all information provided by or collected from the account holder at the time of account creation or at any time thereafter, including but not limited to: the account holder's name, all names or aliases used on the platform, date of birth, physical address, telephone number(s), email address(es), alternate or recovery email addresses, security questions and answers, method of payment, billing address, profile photograph(s), and any other registration or profile information.

C. "Communication" and "Correspondence" mean any transmittal of information, by and to whomever made and by any means whatsoever, including but not limited to oral, written, electronic, or otherwise, and all documents reflecting such communication.

D. "Document" or "Documents" shall have the broadest meaning permitted under Rule 34(a) of the Federal Rules of Civil Procedure and includes, but is not limited to, writings, drawings, printed material, facsimiles, graphs, charts, drafts, photographs, phonorecords or other sound recordings, computer data, electronic mail, metadata, log files, database records, and other data compilations of whatever kind from which information can be obtained, translated, if necessary, through detection devices into reasonably usable form.

E. "ESI" means electronically stored information as that term is used in the Federal Rules of Civil Procedure, including data stored on servers, cloud-based storage, backup systems, and archival systems.

F. "Facebook Posts" means the posts identified by URL in Schedule 1 annexed hereto, each of which was published within a Facebook group.

G. "Instagram Accounts" means the Instagram accounts identified by handle in Schedule 2 annexed hereto.

H. "Meta" or "You" or "Your" means Meta Platforms, Inc. (formerly Facebook, Inc.), its subsidiaries (including but not limited to Instagram, LLC and WhatsApp LLC), affiliates, divisions, predecessors, successors, and assigns, and all persons acting or purporting to act on its behalf, including its officers, directors, employees, agents, representatives, contractors, and attorneys.

I. "Identify" with respect to a natural person means to state, to the extent known, the person's full name, present or last known address, present or last known telephone number, and

1

email address. With respect to a business entity or other organization, "identify" means to provide its name, last known address, and telephone number.

J. "Including" shall be construed to mean including, but not limited to, and shall be construed as a term of inclusion, not exclusion.

K. "IP Address" means Internet Protocol address, including both IPv4 and IPv6 addresses.

L. "MAC Address" means Media Access Control address.

M. "Report" or "Reported" means any complaint, flag, report, or notification submitted by any user or automated system to Meta concerning any of the Subject Accounts and Posts, including reports made through Meta's reporting tools, community standards enforcement mechanisms, or any other reporting or flagging system.

N. "Subject Accounts and Posts" means, collectively, the Facebook group posts identified by URL in Schedule 1 and the Instagram accounts identified by handle in Schedule 2.

O. "Subject Time Period" means January 1, 2020 through and including the date of the final judgment or order in this action, or, if no final judgment or order has been entered, through and including the date of production.

P. The past tense of a verb includes the present tense and vice versa. The masculine shall include the feminine and neuter, and the plural shall include the singular, and vice versa.

Q. "Concerning," "relating to," "related to," "referring to," and "regarding" mean, in whole or in part, alluding to, responding to, concerning, connected with, involving, commenting on, in respect of, about, associated with, discussing, evidencing, showing, describing, reflecting, analyzing, summarizing, memorializing, consisting of, constituting, identifying, stating, or in any way pertaining to the subject at issue.

## INSTRUCTIONS

A. You shall produce all Documents and ESI requested that are in Your possession, custody, or control, or that You have the legal right or practical ability to obtain, whether stored on local servers, cloud-based systems, backup or archival systems, or any other storage medium, anywhere in the world.

B. Documents and ESI shall be produced in a manner that identifies which particular documents are responsive to each specific request. To the extent a document is responsive to more than one request, it need only be produced once, with a notation indicating all requests to which it is responsive.

C. Unless otherwise specified, all requests cover the Subject Time Period.

D. Production shall be made in accordance with Rule 34(b)(2)(E) of the Federal Rules of Civil Procedure. Documents shall be produced as they are kept in the usual course of business or organized and labeled to correspond to the categories in each request. ESI shall be produced in a form in which it is ordinarily maintained or in a reasonably usable form. To the extent data is

2

maintained in structured or database format (e.g., log files, access records), it should be produced in its native format or in a delimited text format (e.g., CSV) that preserves all fields and metadata.

E. In the event that any Document or ESI called for by these requests is withheld on any basis, including but not limited to a claim of privilege, provide a privilege log in accordance with Rule 45(e)(2)(A) of the Federal Rules of Civil Procedure, identifying: (i) the nature of the document; (ii) the date of the document; (iii) the author and all recipients; (iv) the subject matter; and (v) the specific basis for withholding.

F. If You maintain that any Document or ESI responsive to these requests has been destroyed, deleted, overwritten, or is no longer in Your possession, custody, or control, state: (i) the nature and content of such Document or ESI; (ii) the date of destruction, deletion, or disposition; (iii) the reason for such destruction, deletion, or disposition; (iv) the identity of any person who ordered, authorized, or participated in such destruction, deletion, or disposition; and (v) whether any backup, archival, or cached copy exists.

G. If there are no Documents or ESI responsive to a particular request, You shall so state in writing.

H. Each request shall be construed independently and no request shall limit the scope of any other request.

I. For each Facebook Post identified in Schedule 1, Your response shall identify the specific URL to which the responsive information pertains, so that the production can be correlated to the individual posts at issue.

J. These requests are subject to the duty of supplementation under Rule 26(e) of the Federal Rules of Civil Procedure. If, after making Your initial production, You obtain or become aware of any further Documents or ESI responsive to these requests, You shall promptly produce such additional Documents or ESI.

## SCHEDULE OF DOCUMENTS AND INFORMATION TO BE PRODUCED

For each of the Subject Accounts and Posts, and for the entirety of the Subject Time Period, You are commanded to produce the following:

### I. Account Registration and Basic Subscriber Information

1. All Basic Subscriber Information for the Facebook account(s) that created or published each of the Facebook Posts identified in Schedule 1, and for each of the Instagram Accounts identified in Schedule 2, including but not limited to: the account holder's full name, all names or aliases associated with the account, date of birth, physical address, telephone number(s), email address(es), alternate or recovery email address(es), security questions and

3

answers, profile photograph(s), and any other information provided at the time of account creation or subsequently updated.

2.　　The Facebook User ID and/or Instagram User ID associated with each account that created or published the Subject Accounts and Posts.

3.　　The date each such account was created (opened) and, if applicable, the date each such account was closed, deactivated, suspended, disabled, or terminated, together with the reason for any such closure, deactivation, suspension, disabling, or termination.

4.　　The current status of each such account (e.g., active, inactive, suspended, disabled, deleted, memorialized).

## II. Billing and Payment Information

5.　　All billing and payment records for each account identified in response to Requests No. 1 and No. 2, including but not limited to: the method of payment (e.g., credit card, debit card, bank account, PayPal, Meta Pay), the name on the payment instrument, the billing address, the last four digits of any payment card or account number, and all detailed billing logs reflecting charges, credits, refunds, and payment history, including payments for Facebook or Instagram advertising, boosted posts, marketplace transactions, or any other paid features.

## III. IP Address and Connection Logs

6.　　All IP Addresses used to access, log into, or log out of each account identified in response to Requests No. 1 and No. 2 during the Subject Time Period, together with the date and time (including time zone) of each such access, and a detailed explanation of the event or reason each IP Address was recorded (e.g., account login, account logout, password change, password reset, security alert, access from a new device, access from a new location, account recovery

4

attempt, account settings change, post creation, post editing, or any other event triggering an IP Address log entry).

7.    All internet connection logs for each such account during the Subject Time Period, including session duration, connection type, and any associated network identifiers.

### IV. Device Information

8.    All records identifying devices used to access each account identified in response to Requests No. 1 and No. 2 during the Subject Time Period, including but not limited to: device type, device make and model, device name, operating system and version, browser type and version, unique device identifiers (e.g., IMEI, MEID, serial number, advertising ID), and MAC Addresses.

9.    All logs reflecting when each device identified in response to Request No. 8 accessed each such account, including the date, time, and IP Address of each such access.

### V. Location Data

10.    All location data stored, collected, or derived by Meta in connection with each account identified in response to Requests No. 1 and No. 2 during the Subject Time Period, including but not limited to: GPS coordinates, Wi-Fi access point data, cell tower data, Bluetooth beacon data, check-in data, tagged locations, and any location history, together with the date and time of each location data point.

11.    All location data associated with or derived from the IP Addresses identified in response to Request No. 6, including geolocation information, city, state, country, and ISP or network provider associated with each IP Address.

5

## VI. Related and Linked Accounts

12.     All recovery email addresses, recovery telephone numbers, and alternate email addresses associated with each account identified in response to Requests No. 1 and No. 2.

13.     All Meta accounts (including Facebook, Instagram, Messenger, WhatsApp, and Threads accounts) linked to, associated with, or related to each such account, including but not limited to accounts sharing the same recovery information, payment method, device, IP Address, phone number, email address, Accounts Center linkage, or other common identifiers.

14.     For any related or linked account identified in response to Requests No. 12 and No. 13 that is also hosted, maintained, or administered by Meta Platforms, Inc. or any of its subsidiaries, all of the information described in Requests No. 1 through No. 13 for each such account.

## VII. Post-Specific Information

15.     For each Facebook Post identified by URL in Schedule 1: the full content of the post (including text, images, videos, links, and attachments), the date and time the post was created, the date and time of any edits or modifications, the IP Address from which the post was created and from which any edits were made, the device used to create the post and to make any edits, and the identity of the account that created the post.

16.     For each Instagram Account identified in Schedule 2: the full content of all posts, stories, reels, and other content published by the account during the Subject Time Period (including text, images, videos, links, and captions), the date and time each item was created, the date and time of any edits or modifications, the IP Address from which each item was created and from which any edits were made, and the device used to create each item.

**VIII. Reports, Complaints, and Enforcement Actions**

17.     All records of any and every instance in which any of the Subject Accounts and Posts, or any account identified in response to Requests No. 1 and No. 2, was Reported, flagged, or the subject of a complaint by any user or automated system, including but not limited to: the date and time of each Report; the identity of the reporting user (to the extent permitted by law); the reason stated for the Report; the category or type of violation alleged; the specific content or account that was the subject of the Report; and any internal notes, classifications, or assessments generated in connection with the Report.

18.     All records of any action taken by Meta in response to each Report identified in Request No. 17, including but not limited to: content removal, content restriction, account warning, account suspension, account disabling, account termination, shadow banning, reduced distribution, fact-check labeling, or any other enforcement action; the date and time of each such action; the basis or reason for each such action; and any internal review, appeal, or reversal of each such action.

19.     All records of any Community Standards or Terms of Service violation determination made by Meta with respect to any of the Subject Accounts and Posts, or any account identified in response to Requests No. 1 and No. 2, whether or not initiated by a user Report, including automated detection and enforcement actions.

**IX. Additional Records**

20.     Any and all other records, logs, or data in Your possession, custody, or control that identify or tend to identify the individual(s

7

## Schedule 1

https://www.facebook.com/groups/1041205992620167?multi_permalinks=25443120678668692&hoisted_section_header_type=recently_seen
https://www.facebook.com/groups/222993801243805/posts/2379627368913760/
https://www.facebook.com/groups/217031482885600/posts/1103930637529009/
https://www.facebook.com/groups/edmindfullyNY/posts/2701658963341489/
https://www.facebook.com/groups/aupisa/posts/7220830788007078/
https://www.facebook.com/groups/110370535666056/posts/7237985552904483/
https://www.facebook.com/groups/749590971728725/posts/7708088159212270/
https://www.facebook.com/groups/uo.isa/posts/10161540785042783/
https://www.facebook.com/groups/RutgersWIB/posts/7607300962655269/
https://www.facebook.com/groups/372831546785489/posts/1618597662208865/
https://www.facebook.com/groups/ISAfiu/posts/8871591806190254/
https://www.facebook.com/groups/1628162870794236/posts/3690317244578778/
https://www.facebook.com/groups/nationalsfa/posts/24941256772185650/
https://www.facebook.com/groups/245108819645527/posts/1574931306663265/
https://www.facebook.com/groups/2029247980684337/posts/3686387984970320/
https://www.facebook.com/groups/420415507978122/posts/7696272993725634/
https://www.facebook.com/groups/823066882031007/posts/1148536452817380/
https://www.facebook.com/groups/edmindfullyNY/posts/2701658963341489/
https://www.facebook.com/groups/210860357451862/posts/897291955475362/
https://www.facebook.com/groups/2200446100/posts/10161318526531101/
https://www.facebook.com/groups/268555793425/posts/10161230800873426/
https://www.facebook.com/groups/2222159465/posts/10163955292399466/
https://www.facebook.com/groups/internationalsmc/posts/7319372644806200/
https://www.facebook.com/groups/desisinsiliconvalley/posts/2090722907953389/
https://www.facebook.com/groups/690118391385278/posts/1971960446534393/
https://www.facebook.com/groups/984941111896753/posts/2348439942213523/
https://www.facebook.com/groups/333630900079555/posts/7116663065109604/
https://www.facebook.com/groups/batteryparkcitymoms/posts/1770779827060396/
https://www.facebook.com/groups/483544141722340/posts/7531154096961274/
https://www.facebook.com/groups/409789729857239/posts/1579815942854606/
https://www.facebook.com/groups/674405482572884/posts/8080321025314589/
https://www.facebook.com/groups/bayareadesiwomen/posts/1160708048259614/
https://www.facebook.com/groups/2383851110/posts/10161530662706111/
https://www.facebook.com/groups/1487254611604718/posts/3652680631728761/
https://www.facebook.com/groups/McGillJazzArea/posts/7365300573528082/
https://www.facebook.com/groups/2201524085/posts/10160482948084086/
https://www.facebook.com/groups/296434499549/posts/10161304647854550/
https://www.facebook.com/groups/1659297930994352/posts/3787003018223822/
https://www.facebook.com/groups/MISA1/posts/10159853659886875/

https://www.facebook.com/groups/1620833691518711/posts/3806937842908274/
https://www.facebook.com/groups/341831271887/posts/10160827751021888/
https://www.facebook.com/groups/502232443291439/posts/2835164089998251/
https://www.facebook.com/groups/2667553703481394/posts/3697185667184854/
https://www.facebook.com/groups/832761620403793/posts/2341676109512329/
https://www.facebook.com/groups/832761620403793/posts/2344183665928240/
https://www.facebook.com/groups/436952686510603/posts/2399281956944323/
https://www.facebook.com/groups/1302124636593412/posts/3735750976564087/
https://www.facebook.com/groups/261761540603851/posts/7522737927839473/
https://www.facebook.com/groups/sinpupdatesbypis/posts/1348947702478821/
https://www.facebook.com/groups/2461865924032522/posts/3961468584072241/
https://www.facebook.com/groups/206253816641142/posts/1548280315771812/
https://www.facebook.com/groups/Chicagoindians/posts/2175270992832718/
https://www.facebook.com/groups/Chicagoindians/posts/2174838842875933/
https://www.facebook.com/groups/virginiaindians/posts/3565480967002061/
https://www.facebook.com/groups/210860357451862/posts/900875878450303/
https://www.facebook.com/groups/117888761642763/posts/7803087623122800/
https://www.facebook.com/groups/1186179924748547/posts/8556422691057530/
https://www.facebook.com/groups/1213958348621333/posts/8856028331080925/
https://www.facebook.com/groups/2340242616223928/posts/3804659179782257/
https://www.facebook.com/groups/127591893930818/posts/8321700277853231/
https://www.facebook.com/groups/1190224158100238/posts/1998006613988651/
https://www.facebook.com/groups/1190224158100238/posts/1997548344034478/
https://www.facebook.com/groups/1190780177732443/posts/3216801111796996/
https://www.facebook.com/groups/1500319660327499/posts/2219805498378908/
https://www.facebook.com/groups/312880775440076/posts/7555840064477408/
https://www.facebook.com/groups/353354516630052/posts/900506158581549/
https://www.facebook.com/groups/964043766953588/posts/8369405279750696/
https://www.facebook.com/groups/3761768807205660/posts/7925896434126189/
https://www.facebook.com/groups/644962065549020/posts/8397235156988300/
https://www.facebook.com/groups/947452285954168/posts/1445030362863022/
https://www.facebook.com/groups/858994978512075/posts/1147246003020303/
https://www.facebook.com/groups/746477535755072/posts/2003727110030102/
https://www.facebook.com/groups/indiansandsouthasianexpatriates/posts/7455294637861200/
https://www.facebook.com/groups/258808817640688/posts/2493645347490346/
https://www.facebook.com/groups/456531991561272/posts/1498464117368049/
https://www.facebook.com/groups/277546534710/posts/10161449502079711/
https://www.facebook.com/groups/BayAreaDesiGroup/posts/3850905745050855/
https://www.facebook.com/groups/941181566371490/posts/1734353287054310/
https://www.facebook.com/groups/810721483447243/posts/1233561507829903/

2

https://www.facebook.com/groups/prepare4college/posts/1353477521948653/
https://www.facebook.com/groups/aupisa/posts/7220830788007078/
https://www.facebook.com/groups/197996309948950/posts/323255804089666/
https://www.facebook.com/groups/IndiansInVenlo/posts/3332256930414601/
https://www.facebook.com/groups/internationalsmc/posts/8053078334768957/
https://www.facebook.com/groups/internationalsmc/posts/8064159656994158/
https://www.facebook.com/groups/1808556619294536/posts/2972812869535566/
https://www.facebook.com/groups/batteryparkcitymoms/posts/1768655460606166/
https://www.facebook.com/groups/327690165548133/posts/950236259960184/
https://www.facebook.com/groups/2332023182/posts/10161025875133183/
https://www.facebook.com/groups/ParkSlopeFriends/posts/2637058776498041/
https://www.facebook.com/groups/128197133978001/posts/3232675353530148/
https://www.facebook.com/groups/expatsclubistanbul/posts/3813186445673246/
https://www.facebook.com/groups/911333962248736/posts/7820972097951520/
https://www.facebook.com/groups/expatsclubistanbul/posts/3812386669086557/
https://www.facebook.com/groups/1788881687910562/posts/3259587500839966/
https://www.facebook.com/groups/610945724029474/posts/1019957286461647/
https://www.facebook.com/groups/814317323353277/posts/1213948690056803/
https://www.facebook.com/groups/1829049877213123/posts/7268610289923694/
https://www.facebook.com/groups/480141867141367/posts/936830678139148/
https://www.facebook.com/groups/552335328536411/posts/1961078997662030/
https://www.facebook.com/groups/177207417828395/posts/813537060862091/
https://www.facebook.com/groups/457533672368013/posts/1173237397464300/
https://www.facebook.com/groups/286967191441771/posts/2937368953068235/
https://www.facebook.com/groups/221426487902074/posts/8417911408253500/
https://www.facebook.com/groups/193740185852825/posts/937909268102576/
https://www.facebook.com/groups/internationalstudentsgeorgia/posts/1117118619712833/
https://www.facebook.com/groups/internationalstudentsgeorgia/posts/1209664350458259/
https://www.facebook.com/groups/internationalstudentsgeorgia/posts/1118154059609289/
https://www.facebook.com/groups/ve2un/posts/1831864653921739/
https://www.facebook.com/groups/indianinamsterdam/posts/1906009013230578/
https://www.facebook.com/groups/hvnhn/posts/8135956363164653/
https://www.facebook.com/groups/730223264860768/posts/1094029421813482/
https://www.facebook.com/groups/IndiansInVenlo/posts/3330461197260841/
https://www.facebook.com/groups/ParkSlopeFriends/posts/2634446720092580/
https://www.facebook.com/groups/182612782231333/posts/1761780844314511/
https://www.facebook.com/groups/182612782231333/posts/1762453787580550/
https://www.facebook.com/groups/552335328536411/posts/1962394930863770/
https://www.facebook.com/groups/1190780177732443/posts/3348057952004644/
https://www.facebook.com/groups/206253816641142/posts/1548649369068240/

3

https://www.facebook.com/groups/446288515551922/posts/2557477454433007/
https://www.facebook.com/groups/356920068124636/posts/1866851863798108/
https://www.facebook.com/groups/1676274106004803/posts/3342729566025907/
https://www.facebook.com/groups/115224378568412/posts/7415210071903103/
https://www.facebook.com/groups/indiansinvirginia/posts/2425824587627785/
https://www.facebook.com/groups/185373375538212/posts/1616773165731552/
https://www.facebook.com/groups/buy.sell.exchange.kids.stuff/posts/3997865097116101/
https://www.facebook.com/groups/4961189932/posts/10160837137999933/
https://www.facebook.com/groups/MISA1/posts/10159584713246875/
https://www.facebook.com/groups/LatinosyDominicanosNY/posts/1445581939485926/
https://www.facebook.com/groups/2095634454016367/posts/3844735545772907/
https://www.facebook.com/groups/montreal.lgbtq/posts/2314506015556418/
https://www.facebook.com/groups/livinghealthyinRoc/posts/7230232130413380/
https://www.facebook.com/groups/646042838871941/posts/2914851348657734/
https://www.facebook.com/groups/106783829365700/posts/7634303953280279/
https://www.facebook.com/groups/buffalogrovedesi/posts/1411236439509474/
https://www.facebook.com/groups/206872921186968/posts/986618703212382/
https://www.facebook.com/groups/1398086710442337/posts/3529848543932799/
https://www.facebook.com/groups/188500308178062/posts/2139817299713010/
https://www.facebook.com/groups/desiinchicago/posts/1515845692322829/
https://www.facebook.com/groups/desiinchicago/posts/1522059115034820/
https://www.facebook.com/groups/5912660871/posts/10160320523855872/
https://www.facebook.com/groups/327345728831007/posts/937310327834541/
https://www.facebook.com/groups/dentists.brazil/posts/842313950902341/
https://www.facebook.com/groups/allbengalisinuk/posts/10161613903268392/
https://www.facebook.com/groups/523675837970705/posts/2299272960410975/
https://www.facebook.com/groups/2204749292/posts/10161712229724293/
https://www.facebook.com/groups/107595446255514/posts/2168167830198255/
https://www.facebook.com/groups/290204132718662/posts/848508626888207/
https://www.facebook.com/groups/londonsu/posts/10160822595004892/
https://www.facebook.com/groups/742898600509195/posts/957115272420859/
https://www.facebook.com/groups/3737537746302376/posts/7271219086267540/
https://www.facebook.com/groups/1690729687844242/posts/3478960795687780/
https://www.facebook.com/groups/363776390642423/posts/2105785326441512/
https://www.facebook.com/groups/CSULB.AAAS/posts/6951966414870047/
https://www.facebook.com/groups/UCLA.AASundergrad/posts/10159465777425918/
https://www.facebook.com/groups/29922960432/posts/10168053239135433/
https://www.facebook.com/groups/2295577919/posts/10161152348337920/
https://www.facebook.com/groups/893455798702237/posts/1092294772151671/
https://www.facebook.com/groups/696632787433719/posts/1824237008006619/

4

https://www.facebook.com/groups/2201524085/posts/10160327920674086/
https://www.facebook.com/groups/518275015607865/posts/1513869359381754/
https://www.facebook.com/groups/2768905260016565/posts/3559144307659319/
https://www.facebook.com/groups/498289671275419/posts/990372748733773/
https://www.facebook.com/groups/du.matrimiony/posts/7595549090474684/
https://www.facebook.com/groups/AlbanyAAA/posts/10160828090510255/
https://www.facebook.com/groups/148086213506152/posts/902814931366606/
https://www.facebook.com/groups/IFAABoston/posts/2862219010594257/
https://www.facebook.com/groups/ISAfiu/posts/9042442525771847/
https://www.facebook.com/groups/newyorkcityhousinggroup/permalink/8055602297872380/
https://www.facebook.com/groups/2209675194/posts/10169772492600195/#?dgf
https://www.facebook.com/groups/411282719663036/posts/1654839045307391/
https://www.facebook.com/groups/COCONUTGROVE37/posts/8642589775784891/
https://www.facebook.com/groups/desiinchicago/posts/1629612880946109/
https://www.facebook.com/groups/desiinchicago/posts/1665467014027362/
https://www.facebook.com/groups/BayAreaDesiGroup/posts/3987162774758484/
https://www.facebook.com/groups/Pascack/posts/8558668180830021/
https://www.facebook.com/groups/295603328241251/posts/1226953438439564/
https://www.facebook.com/groups/2340242616223928/posts/3830827760498732/
https://www.facebook.com/groups/2340242616223928/posts/3828399254074916/
https://www.facebook.com/groups/2340242616223928/posts/3811397709108404/
https://www.facebook.com/groups/2340242616223928/posts/3794371700811005/
https://www.facebook.com/groups/814317323353277/posts/1232153234903015/
https://www.facebook.com/groups/677908626961995/posts/1219767856109400/
https://www.facebook.com/groups/9818974835/posts/10161669294269836/
https://www.facebook.com/groups/128197133978001/posts/3258794577584892/
https://www.facebook.com/groups/expatslivingincancun/posts/1727104351455359/
https://www.facebook.com/groups/expatslivingincancun/posts/1727093341456460/
https://www.facebook.com/groups/TheWEVGroup/posts/3780149372265762/
https://www.facebook.com/groups/2991590797832666/posts/3909525309372539/
https://www.facebook.com/groups/282958329573574/posts/1213443116525086/
https://www.facebook.com/groups/NJNYSingles/posts/8475408022552261/
https://www.facebook.com/groups/651978284814407/posts/8648659408479548/
https://www.facebook.com/groups/2264971266850750/posts/8951220521559091/
https://www.facebook.com/groups/282958329573574/posts/1213443116525086/
https://www.facebook.com/groups/705622099454919/posts/9167666256583752/
https://www.facebook.com/groups/580334117007351/posts/1082509236789834/
https://www.facebook.com/groups/943188419783909/posts/1720456665390410/
https://www.facebook.com/groups/2200446100/posts/10162422343676101/
https://www.facebook.com/groups/18254856175849/posts/8663440883668832/

5

https://www.facebook.com/groups/137422990240089/posts/1490019271647114/
https://www.facebook.com/groups/1261604960657800/posts/2827732240711723/
https://www.facebook.com/groups/353676575497067/posts/1589920095206036/
https://www.facebook.com/groups/NYYRC/posts/10160321182393483/
https://www.facebook.com/groups/1500319660327499/posts/2246817012344423/
https://www.facebook.com/groups/1303363556854166/posts/1842585589598624/
https://www.facebook.com/groups/texasindiansnew/posts/3605212753124088/
https://www.facebook.com/groups/22520150998/posts/10161911155695999/
https://www.facebook.com/groups/raiseourvoices/posts/8526948967386803/
https://www.facebook.com/groups/984941111896753/posts/2478542275869955/
https://www.facebook.com/groups/984941111896753/posts/2477844672606382/
https://www.facebook.com/groups/ipa.in/posts/2091556417913871/
https://www.facebook.com/groups/liupost/posts/10161373173200783/
https://www.facebook.com/groups/595495958004172/posts/1549837772569981/
https://www.facebook.com/groups/443167549209728/posts/2464190643774065/
https://www.facebook.com/groups/182612782231333/posts/1875572806268647/
https://www.facebook.com/groups/CreativeLady/posts/8219012138166736/
https://www.facebook.com/groups/221426487902074/posts/8626693624041943/
https://www.facebook.com/groups/medellinbritischexpatsandtourism/posts/26380997581545222/
https://www.facebook.com/groups/IndiansInVenlo/posts/3355382128102081/
https://www.facebook.com/groups/858405334668754/posts/1931612150681395/
https://www.facebook.com/groups/282367928449142/posts/8585651871453998/
https://www.facebook.com/groups/172683128036107/posts/903851441585935/
https://www.facebook.com/groups/2511967222244733/posts/8895832400524818/
https://www.facebook.com/groups/ParkSlopeFriends/posts/2664792440391341/
https://www.facebook.com/groups/1008494955938267/posts/8092478047539887/
https://www.facebook.com/groups/947452285954168/posts/1452391428793582/
https://www.facebook.com/groups/947452285954168/posts/1449752059057519
https://www.facebook.com/groups/211534242944652/posts/1696353004462761/
https://www.facebook.com/groups/1190224158100238/posts/2003397910116188/
https://www.facebook.com/groups/HillsboroughDesis/posts/2465202863682659/
https://www.facebook.com/groups/290204132718662/posts/869782161427520/
https://www.facebook.com/groups/842288062471186/posts/8625084550858126/
https://www.facebook.com/groups/290204132718662/posts/862633828809020/
https://www.facebook.com/groups/1426284454820471/posts/1612391466209768/
https://www.facebook.com/groups/1853798954835001/posts/3744907975724080/
https://www.facebook.com/groups/135986945908417/posts/399017956271980/
https://www.facebook.com/groups/193740185852825/posts/875421914351312/
https://www.facebook.com/groups/193740185852825/posts/945708803989289/

https://www.facebook.com/groups/193740185852825/posts/942494670977369/
https://www.facebook.com/groups/2991590797832666/posts/3890020807989656/
https://www.facebook.com/groups/isaosu/posts/10161747308840011/
https://www.facebook.com/groups/12968420010/?multi_permalinks=10161775885385011
https://www.facebook.com/groups/1778621695772551/posts/3147207225580651/
https://www.facebook.com/groups/1042741119118620/posts/8392323230827002/
https://www.facebook.com/groups/desisinsiliconvalley/posts/2198686747157004/
https://www.facebook.com/groups/desisinsiliconvalley/posts/2210856435940035/
https://www.facebook.com/groups/desisinsiliconvalley/posts/2109163852775961/
https://www.facebook.com/groups/2538678109793925/posts/3906040273057695/
https://www.facebook.com/groups/ExpatsInSG/posts/3382013868770650/
https://www.facebook.com/groups/385527792231720/posts/1588250051959482/
https://www.facebook.com/groups/385527792231720/posts/1588231781961309/
https://www.facebook.com/groups/aiadanapur/posts/8271642692882001/
https://www.facebook.com/groups/1190780177732443/posts/3379503205526785/
https://www.facebook.com/groups/1190780177732443/posts/3357480981062341/
https://www.facebook.com/groups/1190780177732443/posts/3335710749906031
https://www.facebook.com/groups/1015347222488351/posts/1441208899902179/
https://www.facebook.com/groups/BengalisInEurope/posts/6834111103355292/
https://www.facebook.com/groups/1186179924748547/posts/8760567267309737/
https://www.facebook.com/groups/bayareaindiansgroup/posts/8586341244732672/
https://www.facebook.com/groups/expatsclubparis/posts/8980945668600573/
https://www.facebook.com/groups/coconutgroverunclub/posts/8271970086183810/
https://www.facebook.com/groups/1451079011594818/posts/8261813987187919/
https://www.facebook.com/groups/1451079011594818/posts/8205603372808981/
https://www.facebook.com/groups/1451079011594818/posts/8117410901628229/
https://www.facebook.com/groups/1105305926602843/posts/1885671941899567/
https://www.facebook.com/groups/448410378963134/posts/1932088310595326/
https://www.facebook.com/groups/761181877302715/posts/8475284195892406/
https://www.facebook.com/groups/761181877302715/posts/8450085451745614/
https://www.facebook.com/groups/246975642078978/posts/7825565644219902
https://www.facebook.com/groups/197344832764733/posts/7058234150952417/
https://www.facebook.com/groups/197344832764733/posts/7556579524451208/
https://www.facebook.com/groups/105816175817/posts/10161382544730818
https://www.facebook.com/groups/105816175817/posts/10161666332875818/
https://www.facebook.com/groups/706747661193032/posts/1045053310695797/#?gba
https://www.facebook.com/groups/indiansinhongkongofficial/posts/8804694546213424
https://www.facebook.com/groups/virginiaindians/posts/3571739349709556
https://www.facebook.com/groups/175033455936524/posts/7868300089943117/
https://www.facebook.com/groups/89647183724198/posts/8105515742820270/

7

https://www.facebook.com/groups/896477183724198/posts/8107970779241433/
https://www.facebook.com/groups/128429399294625/posts/704320428372183/
https://www.facebook.com/groups/138585999597448/posts/7826883257434312/
https://www.facebook.com/groups/138585999597448/posts/7699982013457771/
https://www.facebook.com/groups/4198040906987770/posts/6968639686594531/
https://www.facebook.com/groups/4198040906987770/posts/6228514800607027/
https://www.facebook.com/groups/desidenver/posts/3824582994477032/
https://www.facebook.com/groups/375859336118446/posts/2210122522692109/
https://www.facebook.com/groups/ektha/posts/26704871412494111/
https://www.facebook.com/groups/362811437166407/posts/8337214629726008/
https://www.facebook.com/groups/1595376023862688/posts/8050635231670036/
https://www.facebook.com/groups/1247354331964390/posts/8679282908771458/
https://www.facebook.com/groups/1788881687910562/posts/3269315906533792/
https://www.facebook.com/groups/1788881687910562/posts/3270260336439349/
https://www.facebook.com/groups/Chicagoindians/posts/2180941042265713/
https://www.facebook.com/groups/5912660871/posts/10160281124830872/
https://www.facebook.com/groups/5912660871/posts/10160073647770872/
https://www.facebook.com/groups/edinburghlawstudents2015/posts/3601543490084679/
https://www.facebook.com/groups/445819215583070/posts/2743510012480634/
https://www.facebook.com/groups/241486868504484/posts/485434724109696/
https://www.facebook.com/groups/texasdesi/posts/1012422010606952/
https://www.facebook.com/groups/texasdesi/posts/1009477844234702/
https://www.facebook.com/groups/911333962248736/posts/7970562999659095/
https://www.facebook.com/groups/Hoboken1/posts/10163315709812786/
https://www.facebook.com/groups/436399850661401/posts/976879486613432/
https://www.facebook.com/groups/832761620403793/posts/2263782903968317/
https://www.facebook.com/groups/edinburghnightlife/posts/3671391296431921/
https://www.facebook.com/groups/147384045756329/posts/1876650626162987/
https://www.facebook.com/groups/562831623898130/posts/2589853357862603/
https://www.facebook.com/groups/622245175878117/posts/1166983984737564/
https://www.facebook.com/groups/ISAfiu/posts/9099652756717490/
https://www.facebook.com/groups/206872921186968/posts/906777374529849/
https://www.facebook.com/groups/206872921186968/posts/977439820796937/
https://www.facebook.com/groups/1098741637695416/posts/1539949693574606/
https://www.facebook.com/groups/282367928449142/posts/8484599394892580/
https://www.facebook.com/groups/WomensRightsNews/posts/1883339355475959/
https://www.facebook.com/groups/batteryparkcitymoms/posts/1776510483153997/
https://www.facebook.com/groups/batteryparkcitymoms/posts/1777380246400354/
https://www.facebook.com/groups/batteryparkcitymoms/posts/1762362617902117/
https://www.facebook.com/groups/batteryparkcitymoms/posts/1762068554598190/

8

https://www.facebook.com/groups/batteryparkcitymoms/posts/1779469669524745/
https://www.facebook.com/groups/319496485879243/posts/1156554642173419/
https://www.facebook.com/groups/16953890108/posts/10168628352545109/
https://www.facebook.com/groups/SUNYOswegoCELT/posts/10162058461851349/
https://www.facebook.com/groups/London.Expats.Group/posts/3790471017873705/
https://www.facebook.com/groups/newyorkbrideschoice/posts/3900978890178368/
https://www.facebook.com/groups/610245010812099/posts/766066848563247/
https://www.facebook.com/groups/119471207238/posts/10160586981132239/
https://www.facebook.com/groups/2003379923263141/posts/3793189237615525/
https://www.facebook.com/groups/rockhillnewyork/posts/7943594085652176/
https://www.facebook.com/groups/WoodcliffLake/posts/2325226831142985/
https://www.facebook.com/groups/436343864005825/posts/1303320477308155/
https://www.facebook.com/groups/buy.sell.exchange.kids.stuff/posts/4023436981225579/
https://www.facebook.com/groups/42673847584/posts/10160844945387585/
https://www.facebook.com/groups/42673847584/posts/10160830368742585/
https://www.facebook.com/groups/972618176506763/posts/1952669231834981/
https://www.facebook.com/groups/LatinosyDominicanosNY/posts/1439760226734764/
https://www.facebook.com/groups/1621738164689339/posts/2436256183237529/
https://www.facebook.com/groups/Spanglish360Community/posts/3973240409627135/
https://www.facebook.com/groups/Spanglish360Community/posts/3797635930520918/
https://www.facebook.com/groups/IndiansInVenlo/posts/3313428688964092/
https://www.facebook.com/groups/IndiansInVenlo/posts/3337934746513486/
https://www.facebook.com/groups/bangkokdesis/posts/26380491978266183/
https://www.facebook.com/groups/3321876657927070/posts/8105796072868414/
https://www.facebook.com/groups/1363244120529023/posts/2652017508318338/
https://www.facebook.com/groups/39293146066/posts/10161249119021067/
https://www.facebook.com/groups/578055526534514/posts/1255571985449528/
https://www.facebook.com/groups/590847894400876/posts/2875399779278998/
https://www.facebook.com/groups/223884664950936/posts/1432481734091217/
https://www.facebook.com/groups/447052698731796/posts/6636809009756103/
https://www.facebook.com/groups/1071329557581414/posts/1254794092568292/
https://www.facebook.com/groups/848682705492690/posts/2285224441838502/
https://www.facebook.com/groups/836524900793886/posts/1152998019146571/
https://www.facebook.com/groups/westvillagemoms/posts/1398221567518158/
https://www.facebook.com/groups/20130191648/posts/10161499295841649/
https://www.facebook.com/groups/410845309119054/posts/2288298524707047/
https://www.facebook.com/groups/1995887453855373/posts/7901886226588770/
https://www.facebook.com/groups/expatsdn/posts/3708627736019203/
https://www.facebook.com/groups/374853357457832/posts/1017466013196560/
https://www.facebook.com/groups/allsouthasian/posts/3831086180464908/

https://www.facebook.com/groups/462278474270586/posts/1804353610063059/
https://www.facebook.com/groups/expatsclublosangeles/posts/8021367001295650/
https://www.facebook.com/groups/JerseyCityRoomsForRent/posts/1904222630092724/
https://www.facebook.com/groups/514859438620795/posts/7649961901777144/
https://www.facebook.com/groups/483503085975753/posts/1088316695494386/

https://www.facebook.com/groups/363154648233885/posts/1432026311346708/
https://www.facebook.com/groups/896222297389776/posts/2166393673705959/
https://www.facebook.com/groups/201071399952429/posts/7369876666405164
https://www.facebook.com/groups/297161007135799/permalink/2371895199662359/?rdid=McR7fINCdciNdJM3
https://www.facebook.com/groups/616235176059302/posts/1119031975779617/
https://www.facebook.com/groups/127108180674062/posts/7650450695006402/
https://www.facebook.com/groups/4961189932/posts/10160784331754933/
https://www.facebook.com/groups/2768905260016565/permalink/3629789070594842/?rdid=NG3ehKkuAqL6DN3
https://www.facebook.com/groups/341831271887/posts/10160814263271888/
https://www.facebook.com/groups/296434499549/posts/10160944732049550/
https://www.facebook.com/groups/1776175539430946/posts/2016304745418023/
https://www.facebook.com/groups/CSULB.AAAS/posts/7225215324211820
https://www.facebook.com/groups/CSULB.AAAS/posts/7225215324211820/
https://www.facebook.com/groups/133858296704101/posts/6961776957245500/
https://www.facebook.com/groups/BelizeanGamers/permalink/6810934919035531/?rdid=GOl5RvyFqFXy41l2
https://www.facebook.com/groups/153649171510534/posts/2512985282243566/
https://www.facebook.com/groups/555119475685935/permalink/1062745491589995/?rdid=ktOLtyLx66pFdH5W
https://www.facebook.com/groups/313424592113126/permalink/6623785457743643/?rdid=LOh61MSEh9G2aJAG
https://www.facebook.com/groups/302087459885014/posts/7033764206717272/
https://www.facebook.com/groups/1812039275787226/permalink/3703661919958276/?rdid=jk7L20jEN7Nc3W9l
https://www.facebook.com/groups/2309034044/posts/10162990010454045/
https://www.facebook.com/groups/911333962248736/posts/6804521912929882/
https://www.facebook.com/groups/977463485641560/posts/7253686824685830/
https://www.facebook.com/groups/117888761642763/posts/6906941002737471/
https://www.facebook.com/groups/117888761642763/posts/6897117023719869/
https://www.facebook.com/groups/610141050063887/posts/1041072336970754/
https://www.facebook.com/groups/1548916238683835/posts/3679123478996423/
https://www.facebook.com/groups/1114638002504772/posts/1385995508702352/
https://www.facebook.com/groups/longlivethehabs/posts/7339672016072005/
https://www.facebook.com/groups/1503049590533716/posts/1585662382272436/
https://www.facebook.com/groups/420127714854026/posts/2333670060166439/

https://www.facebook.com/groups/expatsclubparis/posts/8015493345145815/
https://www.facebook.com/groups/delhiitesintoronto/posts/3789130594656994/
https://www.facebook.com/groups/expatsmex/posts/787612923224839/
https://www.facebook.com/groups/353354516630052/posts/793688529263313/
https://www.facebook.com/groups/353354516630052/posts/807711881194311/
https://www.facebook.com/groups/1060541703988214/posts/25546979844917726/
https://www.facebook.com/groups/295603328241251/posts/1073179040483672/
https://www.facebook.com/groups/125295511620407/posts/1543585673124710/
https://www.facebook.com/groups/McGillJazzArea/posts/7225908717467269/
https://www.facebook.com/groups/495755214641586/posts/1361670881383344/
https://www.facebook.com/groups/mcgillartscovidgroup/posts/929430418772057/
https://www.facebook.com/groups/576123075785119/posts/7470618923002132/
https://www.facebook.com/groups/340268935460033/posts/380643544755905/
https://www.facebook.com/groups/Cambridge02141/posts/3541375066176529/
https://www.facebook.com/groups/CitizensofGrovelandMassachusetts/posts/2529228957256341/
https://www.facebook.com/groups/mexicoexpat/posts/923183262836340/
https://www.facebook.com/groups/toronto.rent/posts/1149389429813581/
https://www.facebook.com/groups/latinosmtl/posts/1141327213897103/
https://www.facebook.com/groups/IndiansInFriscoTX/posts/2231285107067798/
https://www.facebook.com/groups/711661820083177/posts/1103276260921729/
https://www.facebook.com/groups/711661820083177/posts/1120517135864308/
https://www.facebook.com/groups/NorthDenverIndians/posts/3601158803436195/#?ich
https://www.facebook.com/groups/206872921186968/posts/870366501504270/
https://www.facebook.com/groups/882148629467262/posts/1148449519503837/
https://www.facebook.com/groups/1168082837438172/posts/1477979769781809/
https://www.facebook.com/groups/chicagohousingroomroommateapartmentsubletrent/posts/791164182827354/
https://www.facebook.com/groups/uscisnvc/posts/1416907852228844/
https://www.facebook.com/groups/415558891972196/posts/2333201373541262/
https://www.facebook.com/groups/135986945908417/posts/299762952864148/
https://www.facebook.com/groups/indianscommunitymissouri/posts/2524927401043710/
https://www.facebook.com/groups/120771247945755/posts/7383936661629141/
https://www.facebook.com/groups/Amychenbostonhousing/posts/7192436097500773/
https://www.facebook.com/groups/347671013062585/posts/1062767961552883/
https://www.facebook.com/groups/347671013062585/posts/1057166128779733/
https://www.facebook.com/groups/836524900793886/posts/983192132793828/
https://www.facebook.com/groups/sindhis.united/posts/6917870568295911/
https://www.facebook.com/groups/sindhis.united/posts/6917471541669147/
https://www.facebook.com/groups/2399682917/posts/10159533433947918/

https://www.facebook.com/groups/2383851110/posts/10161238746896111/
https://www.facebook.com/groups/273121496163425/posts/2876279225847626/
https://www.facebook.com/groups/upstatelatindance/posts/6912094462166698/
https://www.facebook.com/groups/1487254611604718/posts/3533426516987507/

**<u>Schedule 2</u>**

1.  @CriminalAbusersWatchlist
2.  @CrimeNorthAmerica
3.  @TrueCrimeAlert
4.  @AngelaWedsBrian

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

 Gmail

Daniel Szalkiewicz <daniel@lawdss.com>

## Activity in Case 1:26-cv-00580-AMD-VMS Sanon et al v. Chatterjee et al Scheduling Order

1 message

**ecf_bounces@nyed.uscourts.gov** <ecf_bounces@nyed.uscourts.gov>              Mon, Feb 9, 2026 at 9:38 AM
To: nobody@nyed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

**\*\*\*Additional Security Enhancements Coming Soon\*\*\* For information visit PACER website**

**https://pacer.uscourts.gov/announcements/2025/06/27/additional-security-enhancements-coming-soon**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of New York**

### Notice of Electronic Filing

The following transaction was entered on 2/9/2026 at 9:38 AM EST and filed on 2/9/2026
**Case Name:**          Sanon et al v. Chatterjee et al
**Case Number:**       1:26-cv-00580-AMD-VMS
**Filer:**
**Document Number:** 7

Docket Text:
**ORDER. An initial conference is scheduled for 4/14/2026 at 10:45 AM before Chief Magistrate Judge Vera M. Scanlon via ZoomGov. To gain access to the ZoomGov audio conferencing system, counsel and/or any pro se parties are to dial 1-646-828-7666; enter meeting ID 16121901090 and press the pound key. You will be asked for a participant ID. You do not have one, so simply press the pound key. Then, enter passcode 091622 and press the pound key again. Please note that your microphone will be automatically muted when you enter the virtual conference room. If another conference is underway, please remain on mute until the case is called. At that time, you may unmute your microphone by pressing \*6 on your keypad.**

**The parties must complete the attached Joint Proposed Case Management Plan (CMP) and file it on ECF no later than 4/6/2026. As to any Defendant who or which has not appeared by 3/23/2026, Plaintiff(s) must mail a copy of this Order, its attachment and the full public docket to each last known mailing address for each such Defendant and file proof of service on ECF by 3/30/2026.**

**Ordered by Chief Mag. Judge Vera M. Scanlon on 2/9/2026. (SH)**

**1:26-cv-00580-AMD-VMS Notice has been electronically mailed to:**

Daniel Szalkiewicz    daniel@veridianlegal.com, cali@lawdss.com, lawdss@recap.email

**1:26-cv-00580-AMD-VMS Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=2/9/2026] [FileNumber=20787668-0]
[4c195db60d0dbbd42aea11a31e38ca1c23e744d90b1aca0e30aef7c8713506aa5f534
cef6da072af6116f0afcc2b365076401b478e74a5b51553a1def697b28a]]

**CERTIFICATE OF SERVICE**

I, DANIEL SZALKIEWICZ, HEREBY CERTIFY that on April 10, 2026, I served PLAINTIFFS' NOTICE OF SUBPOENA TO Meta Platforms, Inc. via electronic mail and USPS First Class Mail, RRR on the individual listed below:

Srijani Chatterjee
214 Atlantic Avenue, 2
Brooklyn, New York
Email: srijanic91@gmail.com

Dated: April 10, 2026

By: */s/ Daniel S. Szalkiewicz*

2

# EXHIBIT C

Notice of Subpoena to Google LLC (April 10, 2026)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DEVEN SANON and SIMRAN HOTCHANDANI,

                    Plaintiffs,

           -against-

SRIJANI CHATTERJEE, JOHN DOES 1-10, and
JANE DOES 1-10,

                    Defendants.

Case No.: 1:26-cv-00580-AMD-VMS

**PLAINTIFFS' NOTICE OF SUBPOENA TO
NOTICE OF SUBPOENA TO GOOGLE LLC**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45(a)(4) of the Federal Rules of Civil

Procedure, Plaintiffs Deven Sanon and Simran Hotchandani by and through their attorneys,

Veridian Legal P.C., intend to serve GOOGLE LLC, Corporation Service Company at 80 State

Street Albany, NY 12207, with a subpoena requesting the production of documents and

electronically stored information. A copy of the subpoena to be served is attached.

Dated: April 10, 2026

           By: */s/ Daniel S. Szalkiewicz*
           VERIDIAN LEGAL P.C.
           23 West 73rd Street, Suite 102
           New York, New York 10023
           Telephone: (212) 706-1007
           Facsimile: (914) 500-2315
           Email: Daniel@VeridianLegal.Com
                 Cali@VeridianLegal.Com
           *Attorneys for Plaintiffs Deven Sanon and Simran*
           *Hotchandani*

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| DEVEN SANON and SIMRAN HOTCHANDANI | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 26-cv-00580-AMD-VMS |
| SRIJANI CHATTERJEE, JOHN DOES 1-10, and JANE DOES 1-10 | ) |
| _____ | ) |
| *Defendant* | ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: GOOGLE LLC, Corporation Service Company at 80 State
Street Albany, NY 12207

*(Name of person to whom this subpoena is directed)*

❐ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See ATTACHMENT A

| Place: Veridian Legal, P.C., 23 West 73rd Street, Suite 102, New York, NY 10023. Production can be made by email to daniel@veridianlegal.com | Date and Time: within 14 days of service |
|---|---|

❐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 4/10/2026

CLERK OF COURT

_____      OR      _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
DEVEN SANON and SIMRAN HOTCHANDANI_____ , who issues or requests this subpoena, are:
Daniel Szalkiewcz, 23 W. 73rd Street, Suite 102, New York, NY 10023, daniel@veridianlegal.com 212 760 1007

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## ATTACHMENT A

## DEFINITIONS

The following definitions shall apply to each of the requests set forth below:

A. "Account" or "Accounts" means any Google account, Gmail account, Google Workspace account, or any other account maintained, hosted, or administered by Google LLC that is associated with, linked to, or accessible through any of the Subject Accounts, including but not limited to accounts identified as recovery accounts, alternate accounts, or related accounts.

B. "Basic Subscriber Information" or "BSI" means all information provided by or collected from the account holder at the time of account creation or at any time thereafter, including but not limited to: the account holder's name, address, telephone number, date of birth, alternate or recovery email addresses, security questions and answers, method of payment, billing address, and any other registration or profile information.

C. "Communication" and "Correspondence" mean any transmittal of information, by and to whomever made and by any means whatsoever, including but not limited to oral, written, electronic, or otherwise, and all documents reflecting such communication.

D. "Document" or "Documents" shall have the broadest meaning permitted under Rule 34(a) of the Federal Rules of Civil Procedure and includes, but is not limited to, writings, drawings, printed material, facsimiles, graphs, charts, drafts, photographs, phonorecords or other sound recordings, computer data, electronic mail, metadata, log files, database records, and other data compilations of whatever kind from which information can be obtained, translated, if necessary, through detection devices into reasonably usable form.

E. "ESI" means electronically stored information as that term is used in the Federal Rules of Civil Procedure, including data stored on servers, cloud-based storage, backup systems, and archival systems.

F. "Google" or "You" or "Your" means Google LLC, its subsidiaries, affiliates, divisions, predecessors, successors, and assigns, and all persons acting or purporting to act on its behalf, including its officers, directors, employees, agents, representatives, contractors, and attorneys.

G. "Identify" with respect to a natural person means to state, to the extent known, the person's full name, present or last known address, present or last known telephone number, and email address. With respect to a business entity or other organization, "identify" means to provide its name, last known address, and telephone number.

H. "Including" shall be construed to mean including, but not limited to, and shall be construed as a term of inclusion, not exclusion.

I. "IP Address" means Internet Protocol address, including both IPv4 and IPv6 addresses.

J. "MAC Address" means Media Access Control address.

1

K. "Subject Accounts" means the following email accounts: tater9838@gmail.com and somachatterjee0266@gmail.com,

L. "Subject Time Period" means January 1, 2020 through and including the date of the final judgment or order in this action, or, if no final judgment or order has been entered, through and including the date of production.

M. The past tense of a verb includes the present tense and vice versa. The masculine shall include the feminine and neuter, and the plural shall include the singular, and vice versa.

N. "Concerning," "relating to," "related to," "referring to," and "regarding" mean, in whole or in part, alluding to, responding to, concerning, connected with, involving, commenting on, in respect of, about, associated with, discussing, evidencing, showing, describing, reflecting, analyzing, summarizing, memorializing, consisting of, constituting, identifying, stating, or in any way pertaining to the subject at issue.

### INSTRUCTIONS

A. You shall produce all Documents and ESI requested that are in Your possession, custody, or control, or that You have the legal right or practical ability to obtain, whether stored on local servers, cloud-based systems, backup or archival systems, or any other storage medium, anywhere in the world.

B. Documents and ESI shall be produced in a manner that identifies which particular documents are responsive to each specific request. To the extent a document is responsive to more than one request, it need only be produced once, with a notation indicating all requests to which it is responsive.

C. Unless otherwise specified, all requests cover the Subject Time Period.

D. Production shall be made in accordance with Rule 34(b)(2)(E) of the Federal Rules of Civil Procedure. Documents shall be produced as they are kept in the usual course of business or organized and labeled to correspond to the categories in each request. ESI shall be produced in a form in which it is ordinarily maintained or in a reasonably usable form. To the extent data is maintained in structured or database format (e.g., log files, access records), it should be produced in its native format or in a delimited text format (e.g., CSV) that preserves all fields and metadata.

E. In the event that any Document or ESI called for by these requests is withheld on any basis, including but not limited to a claim of privilege, provide a privilege log in accordance with Rule 45(e)(2)(A) of the Federal Rules of Civil Procedure, identifying: (i) the nature of the document; (ii) the date of the document; (iii) the author and all recipients; (iv) the subject matter; and (v) the specific basis for withholding.

F. If You maintain that any Document or ESI responsive to these requests has been destroyed, deleted, overwritten, or is no longer in Your possession, custody, or control, state: (i) the nature and content of such Document or ESI; (ii) the date of destruction, deletion, or disposition; (iii) the reason for such destruction, deletion, or disposition; (iv) the identity of any

2

person who ordered, authorized, or participated in such destruction, deletion, or disposition; and (v) whether any backup, archival, or cached copy exists.

G. If there are no Documents or ESI responsive to a particular request, You shall so state in writing.

H. Each request shall be construed independently and no request shall limit the scope of any other request.

I. These requests are subject to the duty of supplementation under Rule 26(e) of the Federal Rules of Civil Procedure. If, after making Your initial production, You obtain or become aware of any further Documents or ESI responsive to these requests, You shall promptly produce such additional Documents or ESI.

## SCHEDULE OF DOCUMENTS AND INFORMATION TO BE PRODUCED

For each of the Subject Accounts, and for the entirety of the Subject Time Period, You are commanded to produce the following:

### I. Account Registration and Basic Subscriber Information

1.     All Basic Subscriber Information for each Subject Account, including but not limited to: the account holder's full name, all names or aliases associated with the account, date of birth, physical address, telephone number(s), alternate or recovery email address(es), security questions and answers, and any other information provided at the time of account creation or subsequently updated.

2.     The date each Subject Account was created (opened) and, if applicable, the date each Subject Account was closed, deactivated, suspended, or terminated, together with the reason for any such closure, deactivation, suspension, or termination.

3.     The current status of each Subject Account (e.g., active, inactive, suspended, disabled, deleted).

### II. Billing and Payment Information

4.     All billing and payment records for each Subject Account, including but not limited to: the method of payment (e.g., credit card, debit card, bank account, gift card, carrier

3

billing), the name on the payment instrument, the billing address, the last four digits of any payment card or account number, and all detailed billing logs reflecting charges, credits, refunds, and payment history.

### III. IP Address and Connection Logs

5.      All IP Addresses used to access, log into, or log out of each Subject Account during the Subject Time Period, together with the date and time (including time zone) of each such access, and a detailed explanation of the event or reason each IP Address was recorded (e.g., account login, account logout, password change, password reset, security alert, access from a new device, access from a new location, account recovery attempt, account settings change, or any other event triggering an IP Address log entry).

6.      All source port numbers associated with each IP Address session identified in response to Request No. 5.

7.      All internet connection logs for each Subject Account during the Subject Time Period, including session duration, connection type, and any associated network identifiers.

### IV. Device Information

8.      All records identifying devices used to access each Subject Account during the Subject Time Period, including but not limited to: device type, device make and model, device name, operating system and version, browser type and version, unique device identifiers (e.g., IMEI, MEID, serial number, Android ID, advertising ID), and MAC Addresses.

9.      All logs reflecting when each device identified in response to Request No. 8 accessed each Subject Account, including the date, time, and IP Address of each such access.

4

**V. Location Data**

10.     All location data stored, collected, or derived by Google in connection with each Subject Account during the Subject Time Period, including but not limited to: GPS coordinates, Wi-Fi access point data, cell tower data, Bluetooth beacon data, and any location history or timeline data, together with the date and time of each location data point.

11.     All location data associated with or derived from the IP Addresses identified in response to Request No. 5, including geolocation information, city, state, country, and ISP or network provider associated with each IP Address.

**VI. Related and Recovery Accounts**

12.     All recovery email addresses, recovery telephone numbers, and alternate email addresses associated with each Subject Account.

13.     All Google accounts linked to, associated with, or related to each Subject Account, including but not limited to accounts sharing the same recovery information, payment method, device, IP Address, or other common identifiers.

14.     For any recovery email address or related account identified in response to Requests No. 12 and No. 13 that is also hosted, maintained, or administered by Google LLC, all of the information described in Requests No. 1 through No. 13 for each such account.

**VII. Additional Records**

15.     Any and all other records, logs, or data in Your possession, custody, or control that identify or tend to identify the individual(s) who created, own, operate, access, or control each Subject Account.

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 26-cv-00580-AMD-VMS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❒ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❒ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

 Gmail

## Activity in Case 1:26-cv-00580-AMD-VMS Sanon et al v. Chatterjee et al Scheduling Order

1 message

**ecf_bounces@nyed.uscourts.gov** <ecf_bounces@nyed.uscourts.gov>          Mon, Feb 9, 2026 at 9:38 AM
To: nobody@nyed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

**\*\*\*Additional Security Enhancements Coming Soon\*\*\* For information visit PACER website**

**https://pacer.uscourts.gov/announcements/2025/06/27/additional-security-enhancements-coming-soon**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 2/9/2026 at 9:38 AM EST and filed on 2/9/2026
**Case Name:**        Sanon et al v. Chatterjee et al
**Case Number:**     1:26-cv-00580-AMD-VMS
**Filer:**
**Document Number:** 7

Docket Text:
**ORDER. An initial conference is scheduled for 4/14/2026 at 10:45 AM before Chief Magistrate Judge Vera M. Scanlon via ZoomGov. To gain access to the ZoomGov audio conferencing system, counsel and/or any <u>pro</u> <u>se</u> parties are to dial 1-646-828-7666; enter meeting ID 16121901090 and press the pound key. You will be asked for a participant ID. You do not have one, so simply press the pound key. Then, enter passcode 091622 and press the pound key again. Please note that your microphone will be automatically muted when you enter the virtual conference room. If another conference is underway, please remain on mute until the case is called. At that time, you may unmute your microphone by pressing \*6 on your keypad.**

**The parties must complete the attached Joint Proposed Case Management Plan (CMP) and file it on ECF no later than 4/6/2026. As to any Defendant who or which has not appeared by 3/23/2026, Plaintiff(s) must mail a copy of this Order, its attachment and the full public docket to each last known mailing address for each such Defendant and file proof of service on ECF by 3/30/2026.**

**Ordered by Chief Mag. Judge Vera M. Scanlon on 2/9/2026. (SH)**

**1:26-cv-00580-AMD-VMS Notice has been electronically mailed to:**

Daniel Szalkiewicz    daniel@veridianlegal.com, cali@lawdss.com, lawdss@recap.email

**1:26-cv-00580-AMD-VMS Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=2/9/2026] [FileNumber=20787668-0]
[4c195db60d0dbbd42aea11a31e38ca1c23e744d90b1aca0e30aef7c8713506aa5f534
cef6da072af6116f0afcc2b365076401b478e74a5b51553a1def697b28a]]

**CERTIFICATE OF SERVICE**

I, DANIEL SZALKIEWICZ, HEREBY CERTIFY that on April 10, 2026, I served PLAINTIFFS' NOTICE OF SUBPOENA TO GOOGLE LLC via electronic mail and USPS First Class Mail, RRR, on the individual listed below:

Srijani Chatterjee
214 Atlantic Avenue, 2B
Brooklyn, New York
Email: srijanic91@gmail.com

Dated: April 10, 2026

By: _/s/ Daniel S. Szalkiewicz_

2

# EXHIBIT D

Notice of Subpoena to Stripe, Inc. (April 13, 2026)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| DEVEN SANON and SIMRAN HOTCHANDANI, <br><br> Plaintiffs, <br><br> -against- <br><br> SRIJANI CHATTERJEE, JOHN DOES 1-10, and JANE DOES 1-10, <br><br> Defendants. | Case No.: 1:26-cv-00580-AMD-VMS |

**PLAINTIFFS' NOTICE OF SUBPOENA TO**
**NOTICE OF SUBPOENA TO STRIPE, INC.**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45(a)(4) of the Federal Rules of Civil

Procedure, Plaintiffs Deven Sanon and Simran Hotchandani by and through their attorneys,

Veridian Legal P.C., intend to serve STRIPE, INC., The Corporation, 234 West 39th Street, 8th

Fl. New York, NY 10018, with a subpoena requesting the production of documents and

electronically stored information. A copy of the subpoena to be served is attached.

Dated: April 13, 2026

> By: */s/ Daniel S. Szalkiewicz*
> VERIDIAN LEGAL P.C.
> 23 West 73rd Street, Suite 102
> New York, New York 10023
> Telephone: (212) 706-1007
> Facsimile: (914) 500-2315
> Email: Daniel@VeridianLegal.Com
>         Cali@VeridianLegal.Com
> *Attorneys for Plaintiffs Deven Sanon and Simran*
> *Hotchandani*

1

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| DEVEN SANON and SIMRAN HOTCHANDANI | ) |
| *Plaintiff* | ) |
| v. | ) |
| SRIJANI CHATTERJEE, JOHN DOES 1-10, and JANE DOES 1-10 | ) |
| *Defendant* | ) |

Civil Action No.  26-cv-00580-AMD-VMS

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:  STRIPE, INC., The Corporation, 234 West 39th Street, 8th Fl. New York, NY 10018

*(Name of person to whom this subpoena is directed)*

☐ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See ATTACHMENT A

| Place: Veridian Legal, P.C., 23 West 73rd Street, Suite 102, New York, NY 10023. Production can be made by email to daniel@veridianlegal.com | Date and Time: within 14 days of service |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  4/13/2026

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
DEVEN SANON and SIMRAN HOTCHANDANI _____ , who issues or requests this subpoena, are:
Daniel Szalkiewcz, 23 W. 73rd Street, Suite 102, New York, NY 10023, daniel@veridianlegal.com 212 760 1007

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## SCHEDULE A

## DOCUMENTS AND INFORMATION TO BE PRODUCED

You are commanded to produce the following documents, electronically stored information, and tangible things in your possession, custody, or control relating to the full transaction history, account information, and payment records for the following Stripe CC Order IDs and Charge IDs:

1. **CC Order ID:** 3d6d199f-c7cb-488d-a3f8-70d94c25f07a

   **Charge ID:** ch_3QHv8xI2aKwfvOvn1d0O0plM

2. **CC Order ID:** 92b2e62f-a024-40fd-b5f4-9e5ed4f82655

   **Charge ID:** ch_3QCOJYI2aKwfvOvn1Lb0BMX0

3. **CC Order ID:** a8e4acf3-a9c1-454c-969a-ee8cd9829e4a

   **Charge ID:** ch_3QCejmI2aKwfvOvn0cFJsWGJ

   For each of the above transactions, produce the following:

4. The complete credit card number associated with the transaction;

5. The account holder's full legal name;

6. The account holder's date of birth;

7. The credit card statement(s) reflecting the transaction(s) identified above;

8. The email address associated with the account;

9. The telephone number associated with the account;

10. The address associated with the account, together with the date each address was entered or updated;

1

11. All mobile payment information associated with the account, including but not limited to Apple Pay, Google Pay, or other digital wallet identifiers linked to the transaction(s);

12. The full transaction history for the account(s) from which the above payments were made, including the date, time, amount, recipient, and description of each transaction;

13. All records identifying the merchant or recipient of each payment, including the merchant's name, Stripe account ID, and contact information;

14. All IP address logs associated with the account at the time each of the above transactions was initiated; and

15. All records reflecting the funding source for each transaction, including bank account information, card network, and issuing bank.

## INSTRUCTIONS

A. **Time Period.** Unless otherwise specified, the time period covered by this subpoena is from January 1, 2020 to the present.

B. **Format of Production.** Documents shall be produced in their native electronic format or, if not available in electronic format, as legible copies. All metadata shall be preserved and produced.

C. **Privilege Log.** If any document responsive to this subpoena is withheld on the basis of any privilege or protection, you shall provide a privilege log identifying each such document with sufficient detail to permit assessment of the claim of privilege, including the date, author, recipient(s), subject matter, and the specific privilege or protection asserted, in accordance with Fed. R. Civ. P. 45(e)(2)(A).

D. **Continuing Obligation.** If, after producing documents in response to this subpoena, you become aware of additional responsive documents, you are requested to produce such documents promptly.

E. **Definitions.** As used herein, "records" and "documents" include all writings, communications, electronically stored information, data, files, logs, databases, and any other tangible or intangible thing containing information, in whatever form or medium.

F. **Manner of Production.** Documents may be produced by delivering them to Veridian Legal P.C., 23 West 73rd Street, Suite 102, New York, New York 10023, or by transmitting

them electronically to daniel@veridianlegal.com, or by secure file transfer to a location designated by Plaintiffs' counsel.

G. **Objections.** Pursuant to Fed. R. Civ. P. 45(d)(2)(B), any objection to this subpoena must be served on Plaintiffs' counsel before the earlier of the time specified for compliance or 14 days after the subpoena is served.

H. **Cost of Production.** Plaintiffs will bear the reasonable cost of production, if any, upon submission of an invoice.

## NOTICE PURSUANT TO FED. R. CIV. P. 45

The provisions of Fed. R. Civ. P. 45(d) and (e) relating to your obligations in responding to this subpoena and the potential consequences of not doing so are as follows:

**Duty to Respond.** A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. Fed. R. Civ. P. 45(d)(2)(B).

**Protection of Persons Subject to Subpoenas.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction, which may include lost earnings and reasonable attorney's fees, on a party or attorney who fails to comply. Fed. R. Civ. P. 45(d)(1).

**Contempt.** The court for the district where compliance is required may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it. Fed. R. Civ. P. 45(g)

3

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 26-cv-00580-AMD-VMS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

   **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

 **Gmail**

Daniel Szalkiewicz <daniel@lawdss.com>

---

## Activity in Case 1:26-cv-00580-AMD-VMS Sanon et al v. Chatterjee et al Set Motion and R&R Deadlines/Hearings

1 message

---

**ecf_bounces@nyed.uscourts.gov** <ecf_bounces@nyed.uscourts.gov>          Fri, Apr 10, 2026 at 8:39 AM
To: nobody@nyed.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 4/10/2026 at 8:39 AM EDT and filed on 4/10/2026
**Case Name:**          Sanon et al v. Chatterjee et al
**Case Number:**      1:26-cv-00580-AMD-VMS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER. As discussed during the 4/7/2026 conference, Defendant's address for service of filings is 214 Atlantic Avenue, Apartment # 2, Brooklyn, NY 11201; if and when counsel appears on her behalf, counsel will receive service of the filings. The Court notes that Defendant raised her counsel's impending appearance in this action as early as 2/24/2026. See ECF No. [9] at 3 (SEALED).**

**Defendant is to submit a reply in further support of her motion for entry of a protective order by 4/10/2026.**

**In consultation with the District Judge's chambers, by 5/8/2026, Plaintiffs are to file their opposition to Defendant's motion to dismiss, and, by 5/22/2026, Defendant is to file her reply in further support of the motion to dismiss.**

**At this time, discovery as to two categories of items will proceed: first, non-party discovery from social media entities and internet service providers and, second, jurisdictional discovery, both pertaining to service of process and diversity jurisdiction. All other discovery is currently stayed.**

**Defendant is reminded of the need to comply with the Federal Rules of Civil Procedure, the Local Civil Rules, the Individual Rules of the District Judge and the undersigned's Individual Practice Rules, all of which are publicly available on the Court's website. The**

**Court notes that a manual for pro se litigants is also publicly available on the Courts website: https://www.nyed.uscourts.gov/index.php/representing-yourself.**

**The Court will mail a copy of this Order to Srijani Chatterjee at 214 Atlantic Avenue, Apartment # 2, Brooklyn, NY 11201. Ordered by Chief Mag. Judge Vera M. Scanlon on 4/10/2026. (SH)**

**1:26-cv-00580-AMD-VMS Notice has been electronically mailed to:**

Daniel Szalkiewicz      daniel@veridianlegal.com, cali@lawdss.com, lawdss@recap.email

Srijani Chatterjee      srijanic91@gmail.com

**1:26-cv-00580-AMD-VMS Notice will not be electronically mailed to:**

## CERTIFICATE OF SERVICE

I, DANIEL SZALKIEWICZ, HEREBY CERTIFY that on April 13, 2026, I served PLAINTIFFS' NOTICE OF SUBPOENA TO STRIPE, INC. via electronic mail and USPS First Class Mail on the individual listed below:

Srijani Chatterjee
214 Atlantic Avenue, 2
Brooklyn, New York
Email: srijanic91@gmail.com


Dated: April 13, 2026


By: */s/ Daniel S. Szalkiewicz*

# EXHIBIT E

Notice of Subpoena to Allison Viverette (April 13, 2026)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEVEN SANON and SIMRAN HOTCHANDANI, | |
| Plaintiffs, | Case No.: 1:26-cv-00580-AMD-VMS |
| -against- | |
| SRIJANI CHATTERJEE, JOHN DOES 1-10, and JANE DOES 1-10, | |
| Defendants. | |

**PLAINTIFFS' NOTICE OF SUBPOENA TO**
**NOTICE OF SUBPOENA TO STARRY INC.**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45(a)(4) of the Federal Rules of Civil

Procedure, Plaintiffs Deven Sanon and Simran Hotchandani by and through their attorneys,

Veridian Legal P.C., intend to serve Allison Viverette, 189 Penhurst Dr., Pittsburgh, PA 15235,

with a subpoena requesting the production of documents and electronically stored information. A

copy of the subpoena to be served is attached.

Dated: April 13, 2026

By: */s/ Daniel S. Szalkiewicz*
VERIDIAN LEGAL P.C.
23 West 73rd Street, Suite 102
New York, New York 10023
Telephone: (212) 706-1007
Facsimile: (914) 500-2315
Email: Daniel@VeridianLegal.Com
        Cali@VeridianLegal.Com
*Attorneys for Plaintiffs Deven Sanon and Simran*
*Hotchandani*

1

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of New York

DEVEN SANON and SIMRAN HOTCHANDANI
_____
*Plaintiff*
v.
SRIJANI CHATTERJEE, JOHN DOES 1-10, and
JANE DOES 1-10
_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No. 26-cv-00580-AMD-VMS

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:          Allison Viverette 189 Penhurst Dr
             Pittsburgh, PA 15235

*(Name of person to whom this subpoena is directed)*

❒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See ATTACHMENT A

| Place: Veridian Legal, P.C., 23 West 73rd Street, Suite 102, New York, NY 10023. Production can be made by email to daniel@veridianlegal.com | Date and Time: within 14 days of service |
|---|---|

❒ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:          4/13/2026

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
DEVEN SANON and SIMRAN HOTCHANDANI _____ , who issues or requests this subpoena, are:
Daniel Szalkiewcz, 23 W. 73rd Street, Suite 102, New York, NY 10023, daniel@veridianlegal.com 212 760 1007

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 26-cv-00580-AMD-VMS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## SCHEDULE A

## DOCUMENTS TO BE PRODUCED

1. All leases, rental agreements, sublease agreements, roommate agreements, or other occupancy agreements relating to 214 Atlantic Avenue, Apartment 2B, Brooklyn, New York 11201 from September 1, 2025 to the present, including any agreement to which you or Defendant Srijani Chatterjee is a party.

2. All documents reflecting payments received by you from Defendant Srijani Chatterjee, including but not limited to PayPal transaction records, Venmo records, Zelle records, bank deposit records, checks, and any other records of payment, from September 1, 2025 to the present.

3. All communications between you and Defendant Srijani Chatterjee from September 1, 2025 to the present relating to: (a) the living arrangement at 214 Atlantic Avenue, Apartment 2B, Brooklyn, New York 11201; (b) rent, deposits, or other housing-related payments; (c) Defendant's residence, location, or travel; or (d) the receipt or delivery of mail, packages, or legal papers at that address.

4. All communications between you and any landlord, property manager, or property owner relating to 214 Atlantic Avenue, Apartment 2B, Brooklyn, New York 11201 from September 1, 2025 to the present.

5. All documents reflecting who resided at 214 Atlantic Avenue, Apartment 2B, Brooklyn, New York 11201 from September 1, 2025 to the present, including but not limited to lease applications, utility account records, and correspondence with the landlord or property manager identifying tenants or occupants.

1

6. All documents reflecting Defendant Srijani Chatterjee's physical presence at or absence from 214 Atlantic Avenue, Apartment 2B, Brooklyn, New York 11201 from September 1, 2025 to the present, including but not limited to text messages, emails, or other communications referencing Defendant's location.

7. All documents reflecting the receipt or delivery of mail, packages, or legal papers at 214 Atlantic Avenue, Apartment 2B, Brooklyn, New York 11201 addressed to Defendant Srijani Chatterjee from September 1, 2025 to the present.

8. All photographs taken at or depicting 214 Atlantic Avenue, Apartment 2B, Brooklyn, New York 11201 from September 1, 2025 to the present that depict Defendant Srijani Chatterjee, Defendant's personal belongings, or the interior of the apartment.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) *For Other Discovery.*** A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) *Command to Produce Materials or Permit Inspection.***
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) *Quashing or Modifying a Subpoena.***
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) *Claiming Privilege or Protection.***
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**CERTIFICATE OF SERVICE**

I, DANIEL SZALKIEWICZ, HEREBY CERTIFY that on April 13, 2026, I served PLAINTIFFS' NOTICE OF SUBPOENA on Allison Viverette. via electronic mail and USPS First Class Mail on the individual listed below:

Srijani Chatterjee
214 Atlantic Avenue, 2
Brooklyn, New York
Email: srijanic91@gmail.com

Dated: April 13, 2026

By: */s/ Daniel S. Szalkiewicz*

2

# EXHIBIT F

Court Order dated February 9, 2026 (Scheduling Order)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

*Sanon et al v. Chatterjee*

**Case No. 1:26-cv-00580 (AMD) (VMS)**

**Docket Entry 7 — 02/09/2026**

ORDER. An initial conference is scheduled for 4/14/2026 at 10:45 AM before Chief Magistrate Judge Vera M. Scanlon via ZoomGov. To gain access to the ZoomGov audio conferencing system, counsel and/or any pro se parties are to dial 1-646-828-7666; enter meeting ID 16121901090 and press the pound key. You will be asked for a participant ID. You do not have one, so simply press the pound key. Then, enter passcode 091622 and press the pound key again. Please note that your microphone will be automatically muted when you enter the virtual conference room. If another conference is underway, please remain on mute until the case is called. At that time, you may unmute your microphone by pressing *6 on your keypad.

The parties must complete the attached Joint Proposed Case Management Plan (CMP) and file it on ECF no later than 4/6/2026. As to any Defendant who or which has not appeared by 3/23/2026, Plaintiff(s) must mail a copy of this Order, its attachment and the full public docket to each last known mailing address for each such Defendant and file proof of service on ECF by 3/30/2026.

Ordered by Chief Mag. Judge Vera M. Scanlon on 2/9/2026. (SH) (Entered: 02/09/2026)

# EXHIBIT G

Court Order dated April 10, 2026 (Discovery Limitations)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

*Sanon et al v. Chatterjee*
**Case No. 1:26-cv-00580 (AMD) (VMS)**

**Docket Entry — 04/10/2026**

ORDER. As discussed during the 4/7/2026 conference, Defendant's address for service of filings is 214 Atlantic Avenue, Apartment # 2, Brooklyn, NY 11201; if and when counsel appears on her behalf, counsel will receive service of the filings. The Court notes that Defendant raised her counsel's impending appearance in this action as early as 2/24/2026. See ECF No. 9 at 3 (SEALED).

Defendant is to submit a reply in further support of her motion for entry of a protective order by 4/10/2026.

In consultation with the District Judge's chambers, by 5/8/2026, Plaintiffs are to file their opposition to Defendant's motion to dismiss, and, by 5/22/2026, Defendant is to file her reply in further support of the motion to dismiss.

At this time, discovery as to two categories of items will proceed: first, non-party discovery from social media entities and internet service providers and, second, jurisdictional discovery, both pertaining to service of process and diversity jurisdiction. All other discovery is currently stayed.

Defendant is reminded of the need to comply with the Federal Rules of Civil Procedure, the Local Civil Rules, the Individual Rules of the District Judge and the undersigned's Individual Practice Rules, all of which are publicly available on the Court's website. The Court notes that a manual for pro se litigants is also publicly available on the Courts website: https://www.nyed.uscourts.gov/index.php/representing-yourself.

The Court will mail a copy of this Order to Srijani Chatterjee at 214 Atlantic Avenue, Apartment # 2, Brooklyn, NY 11201. Ordered by Chief Mag. Judge Vera M. Scanlon on 4/10/2026. (SH) (Entered: 04/10/2026)

# EXHIBIT H

Affirmation of Counsel for Google LLC (State Court, January 23, 2026)

Case 1:26-cv-00580-AMD-VMS   Document 33-1   Filed 04/16/26   Page 77 of 80 PageID #: 624

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

|  |  |
|---|---|
| Deven Sanon and Simran Hotchandani, | Index No.: 818359/2025E |
| Petitioners, | |
| - against - | **GOOGLE LLC'S AFFIRMATION OF COUNSEL IN RESPONSE TO MOTION TO QUASH** |
| Meta Platforms, Inc., et al., | |
| Respondents. | |

I, Jeffrey Vanacore, am an attorney at law duly admitted to practice before the courts of the State of New York and am Senior Counsel at the law firm of Perkins Coie LLP, attorneys for Respondent Google LLC (Google). I affirm that the following statements are true based on personal knowledge or upon information and belief.

1. Petitioners Deven Sanon and Simran Hotchandani (Petitioners) have filed a petition for pre-action discovery under CPLR 3102(c) to compel Google to produce non-content basic subscriber information (BSI) for the Gmail account tater9838@gmail.com (Gmail Account), which is allegedly associated with the person who created certain websites that have defamed Petitioners. *See* NYSCEF Doc. No. 12.

2. Google and Petitioners entered a Stipulated Order whereby Google would provide 21-days' notice to the Gmail Account and produce BSI if the user did not file timely objections with the Court. *See* NYSCEF Doc. No. 24. In compliance with the Stipulated Order, Google notified the Gmail Account about this proceeding via email on November 18, 2025, and a party identified as "Jane Doe" filed a Motion to Quash in response to Google's notice email. *See* NYSCEF Doc. No. 33.

Case 1:26-cv-00580-AMD-VMS    Document 33-1    Filed 04/16/26    Page 78 of 80 PageID #: 625

3.   On January 15, 2026, the Court entered a scheduling order that, among other things, scheduled Jane Doe's Motion to Quash for hearing on February 2, 2026 and required Google to provide a copy of the scheduling order to the Gmail Account. Google complied with that order by emailing the Gmail Account a copy of the scheduling order on January 16, 2026, and by emailing the Gmail Account the Microsoft Teams link for the hearing on January 21, 2026.

4.   Google otherwise takes no position on the merits of Jane Doe's Motion to Quash and awaits the Court's ruling as to whether Petitioners have made the requisite showing under CPLR 3102(c) of the existence of a meritorious cause of action and the necessity of the information sought by their petition. *See Uddin v. N.Y.C. Transit Auth.*, 27 A.D.3d 265, 266 (1st Dep't 2006).

DATED: January 23, 2026                 PERKINS COIE LLP

                                        By:  /s/ Jeffrey Vanacore
                                        Jeffrey D. Vanacore
                                        1155 Avenue of the Americas, 22nd Floor
                                        New York, NY 10036
                                        212-262-6912
                                        JVanacore@perkinscoie.com

                                        *Attorneys for Respondent Google LLC*

### CERTIFICATION PURSUANT TO 22 NYCRR § 202.8-b

I hereby certify that this affirmation complies with the word count limit set forth in 22 NYCRR § 202.8-b, because it contains 334 words, excluding the parts exempted by § 202.8-b(b). In preparing this certification, I have relied on the word count of the word-processing system used to prepare this affirmation.

DATED: January 23, 2026                 Respectfully submitted,

                                        By: /s/ Jeffrey Vanacore

2

# EXHIBIT I

Affirmation of Counsel for Meta Platforms, Inc. (State Court, January 23, 2026)

Case 1:26-cv-00580-AMD-VMS    Document 33-1    Filed 04/16/26    Page 80 of 80 PageID #: 627

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

| | |
|---|---|
| Deven Sanon and Simran Hotchandani,<br><br>    Petitioners,<br><br>    -  against  -<br><br>Meta Platforms, Inc., et al.,<br><br>    Respondents. | Index No.: 818359/2025E<br><br>**META PLATFORMS, INC.'S AFFIRMATION OF COUNSEL IN RESPONSE TO MOTION TO QUASH** |

I, Jeffrey Vanacore, am an attorney at law duly admitted to practice before the courts of the State of New York and am Senior Counsel at the law firm of Perkins Coie LLP, attorneys for Respondent Meta Platforms, Inc. (Meta). I affirm that the following statements are true based on personal knowledge or upon information and belief.

1. Petitioners Deven Sanon and Simran Hotchandani (Petitioners) have filed a petition for pre-action discovery under CPLR 3102(c) to compel Meta to produce non-content basic subscriber information (BSI) for Facebook accounts responsible for several allegedly defamatory Facebook posts about Petitioners. *See* NYSCEF Doc. No. 12.

2. Meta and Petitioners entered a Stipulated Order whereby Meta would provide 21-days' notice to the Facebook users affected by the petition and produce BSI if the users did not file timely objections with the Court. *See* NYSCEF Doc. No. 30.[1] In compliance with the Stipulated Order, Meta notified the affected Facebook users about this proceeding via email on November 19, 2025, and a party identified as "Jane Doe" filed a Motion to Quash in response to Meta's notice emails. *See* NYSCEF Doc. No. 33.

---

[1] In light of the volume of posts listed in the petition, Meta and Petitioners agreed to limit the Stipulated Order to the Facebook accounts responsible for the subset of posts listed in footnote 1 of the order. *See* NYSCEF Doc. No. 30.