*** Filed ***
12:03 PM, 20 Apr, 2026
U.S.D.C., Eastern District of New York

Srijani Chatterjee
Defendant, Pro Se
srijanic91@gmail.com


April 20, 2026


Via ECF


The Honorable Vera M. Scanlon
Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


*Re: Sanon et ano. v. Chatterjee et al., Civil Action No. 1:26-cv-00580 (AMD)(VMS)*
*Emergency Supplemental Notice Concerning Plaintiff Simran Hotchandani's Legal*
*Identity, Jurisdictional Ambiguity, and Its Direct Bearing on Defendant's Pending Motion*
*to Dismiss*


Dear Judge Scanlon:


Defendant Srijani Chatterjee respectfully submits this emergency supplemental notice to address a threshold issue that directly impacts the Court's ability to assess subject matter jurisdiction and bears directly on Defendant's pending motion to dismiss.

Plaintiffs are prosecuting this action under the name "Simran Hotchandani." Defendant has a substantial, good-faith basis to believe that this may not reflect Plaintiff's current legal name, and that Plaintiff may in fact be legally known as "Simran Sanon." This is not a matter of stylistic variation or informal usage. It is a question of legal identity.

The Court's jurisdiction under 28 U.S.C. § 1332 depends on an accurate assessment of each party's citizenship and domicile. Where a party's legal identity is unclear or potentially

inaccurate, the Court cannot reliably determine those jurisdictional facts. This creates a threshold ambiguity that bears directly on the Court's evaluation of the pending motion to dismiss and warrants immediate clarification before further proceedings continue.

This concern does not arise in isolation. It is part of a broader and documented pattern in which Plaintiffs have:

- Asserted Massachusetts domicile in this Court while swearing New York residency in prior state court proceedings;

- Effected defective service of process;

- Proceeded in a manner inconsistent with prior adjudications involving substantially identical claims; and

- Demonstrated repeated disregard for accuracy in representations bearing on threshold issues before this Court.

Taken together, these issues raise legitimate concern as to whether diversity jurisdiction has been properly invoked.

Even at the April 7, 2026 status conference, Plaintiffs' counsel articulated Plaintiff Simran Hotchandani's name inconsistently on the record. While such inconsistency may be insignificant in isolation, in the context of the issues described above, it further underscores the lack of clarity surrounding Plaintiff's legal identity before this Court.

In this context, Defendant respectfully notes that Rule 11(b) of the Federal Rules of Civil Procedure requires that factual contentions presented to the Court have evidentiary support following a reasonable inquiry. Where a party proceeds under a name that may not reflect their legal identity, and where that identity bears directly on jurisdictional facts presently before the Court in connection with a motion to dismiss, the continued prosecution of the action without clarification raises serious concerns under Rule 11(b).

Defendant does not ask the Court to draw conclusions from ambiguity. Rather, Defendant seeks to eliminate it so that the Court may adjudicate the pending motion to dismiss on a properly established jurisdictional record.

Accordingly, Defendant respectfully requests emergency relief, specifically that the Court order, on an expedited basis, that each Plaintiff disclose under oath:

1. Their full current legal name as reflected on government-issued identification; and

2. Any prior or alternative legal names used, including but not limited to "Simran Sanon."

Absent such clarification, the Court is being asked to resolve a pending motion to dismiss on an uncertain jurisdictional foundation. That threshold issue should be resolved now.


Respectfully submitted,

_____

Srijani Chatterjee
Defendant, Pro Se


**cc (via ECF and email):**

Daniel S. Szalkiewicz, Esq.
Veridian Legal P.C.
Email: daniel@veridianlegal.com

Cali Madia, Esq.
Veridian Legal P.C.
Email: cali@veridianlegal.com

Marc Pelta, Esq.
Prospective Counsel for Defendant
Email: marc@peltalaw.com