# VERIDIAN LEGAL

23 West 73rd Street          T: (212) 706-1007
Suite 102                    F: (646) 849-0033
New York, NY 10023           www.veridianlegal.com

April 23, 2026

**Via ECF**
Chief Magistrate Judge Vera M. Scanlon
United States District Court Eastern District of New York

*Re:*   *Sanon et ano v. Chatterjee et al.,*
        *Docket No.: 26-cv-00580*

Dear Judge Scanlon,

We represent Plaintiffs Deven Sanon and Simran Hotchandani ("Plaintiffs") in the above-captioned matter.  We are in receipt of the following letters/motions filed by Defendant:

1. Motion for Disclosure Emergency Supplemental Notice (Doc. No. 40) entered April 21, 2026;
2. Response to letter and Request for Rule 11 Sanctions (Doc. No. 41) entered April 21, 2026;
3. Letter requesting immediate protective order, show cause order and sanctions (Doc. No. 42) entered April 22, 2026; and
4. Emergency letter seeking immediate quash and substantial sanctions (Doc. No. 43) entered April 23, 2026.

Defendant makes various allegations of impropriety against Plaintiffs and undersigned counsel, all of which are denied.  Nevertheless, including Defendant's other more recent letters/motions (Doc. Nos. 36, 37, and 38 entered April 17, 2026, April 17, 2026, and April 20, 2026, respectively), this Court has entered seven letters/motions by Defendant in the span of four business days.

Should the Court wish us to respond, we request that a briefing schedule be entered by the court.

Respectfully submitted,

VERIDIAN LEGAL P.C.
/s/*Daniel Szalkiewicz*
By: Daniel S. Szalkiewicz, Esq.

cc: Srijani Chatterjee (via Email srijanic91@gmail.com and First Class Mail)

Veridian Legal P.C.