April 24, 2026

Via ECF

Chief Magistrate Judge Vera M. Scanlon

United States District Court, Eastern District of New York

225 Cadman Plaza East, Brooklyn, New York 11201

**Re:** *Sanon et ano. v. Chatterjee et al.*, **No. 1:26-cv-00580 (AMD)(VMS) — Status Update Regarding Pro Hac Vice Appearance of Defense Counsel**

Dear Chief Magistrate Judge Scanlon:

I am Defendant Srijani Chatterjee, proceeding pro se. I write to provide the Court with a brief status update regarding the pro hac vice appearance of defense counsel Marc Pelta, Esq. of Pelta Law. At the recent status conference, Defendant represented that Mr. Pelta would tentatively appear within two weeks, with April 24, 2026 identified as the anticipated date. Mr. Pelta has been retained and remains fully prepared to appear. The California Bar certificate of good standing required for his pro hac vice application has been received. However, Mr. Pelta's certificate of good standing from the United States Supreme Court — also required for the application — has not yet arrived. Mr. Pelta ordered the certificate approximately one week ago and expects receipt by next week. The delay is purely administrative and entirely outside counsel's control.

Mr. Pelta will file the pro hac vice motion immediately upon receipt of the outstanding certificate. Defendant apologises for any inconvenience to the Court arising from this brief delay and is grateful for its understanding.

Respectfully submitted,

/s/ Srijani Chatterjee

_____

Srijani Chatterjee, Defendant Pro Se

Email: srijanic91@gmail.com

cc: Daniel S. Szalkiewicz, Esq. (daniel@veridianlegal.com); Cali Madia, Esq. (cali@veridianlegal.com); Marc Pelta, Esq. (marc@peltalaw.com)