**Gmail**

Daniel Szalkiewicz <daniel@lawdss.com>

## Re: Sanon/Google and Meta
1 message

**Daniel Szalkiewicz** <daniel@veridianlegal.com>                          Wed, Apr 15, 2026 at 3:18 PM
To: "Vanacore, Jeffrey D. (Perkins Coie)" <JVanacore@perkinscoie.com>
Cc: Cali Madia <cali@veridianlegal.com>

Confirmed.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Veridian Legal P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033

On Wed, Apr 15, 2026 at 1:01 PM Vanacore, Jeffrey D. (Perkins Coie) <JVanacore@perkinscoie.com> wrote:

> Dear Mr. Szalkiewicz and Ms. Madia,
>
> Thank you for the meet and confer on this case.
>
> As discussed, your client agrees to following: (1) 21 days' user notice on the subpoenas and  (2) the same scope of BSI production as the stipulated orders entered in state court, plus the 4 new Instagram accounts and the new Gmail account (subject of course to a motion to quash as outlined below).  Once you confirm 1 and 2 (an email simply saying "confirmed" is acceptable), Meta and Google have authorized us to accept service of the subpoenas.
>
> Please note that if a motion to quash is filed, no production will be made and we will await a ruling from the court.
>
> Please confirm.
>
> Jeff

**Jeffrey D. Vanacore**

**SENIOR COUNSEL**

**Perkins Coie LLP**

1155 Avenue of the Americas, 22nd Floor

New York, NY 10036

+1.212.262.6912

jvanacore@perkinscoie.com

---

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.