Gmail

Daniel Szalkiewicz <daniel@lawdss.com>

## Re: Case 26-CV-580

1 message

**Daniel Szalkiewicz** <daniel@veridianlegal.com>                    Tue, Apr 14, 2026 at 4:26 PM
To: Srijani Chatterjee <srijanic91@gmail.com>
Cc: Cali Madia <cali@veridianlegal.com>, Marc Pelta Lawyer SF <marc@peltalaw.com>, "Kaivalya Harsukh Rawal, Esq." <khr@krlaw.law>

Good afternoon,

I wanted to clarify my prior email. If you are requesting a meet and confer regarding service of the subpoenas, I am free to speak later this week. I am available from 12:00 PM to 2:00 PM on Thursday and from 12:30 PM to 2:00 PM on Friday EST.

To the extent you are also seeking to meet and confer regarding our document demands and interrogatories, we can address those issues during the same time.

That said, you have 30 days under the Federal Rules of Civil Procedure to serve your responses. I am willing to review your specific objections once served before making any decisions regarding enforcement.

For the avoidance of doubt, Mr. Rawal is co-counsel on this matter and will be in attendance, just as I am not requesting that Mr. Pelta be excluded from any discussions despite the fact he is not an attorney of record on this case.

Please let me know what time works for you.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

Veridian Legal P.C.
23 West 73rd Street, Suite 102
New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033


Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

Veridian Legal P.C.
23 West 73rd Street, Suite 102
New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033

On Tue, Apr 14, 2026 at 11:24 AM Srijani Chatterjee
<srijanic91@gmail.com> wrote:
>
> Dear Mr. Szalkiewicz,
>
>
> Defendant notes Plaintiffs' position that they will not meet and confer until after receipt of formal discovery responses.
>
> Defendant does not agree that such a condition is required under the Federal Rules and has been, and remains, available to meet and confer promptly to address the scope of discovery.
>
> Defendant will proceed to serve formal responses within the time permitted under the Federal Rules.
>
> Defendant reserves all rights, including with respect to Plaintiffs' refusal to meet and confer absent conditions not required by the Rules.
>
>
> Sincerely,
>
> Srijani Chatterjee
>
>
> On Apr 14, 2026, at 10:59, Daniel Szalkiewicz <daniel@veridianlegal.com> wrote:
>
> We will meet and confer after we receive your response.
>
> Very Truly Yours,
>
> Daniel S. Szalkiewicz, Esq.