**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEVEN SANON and SIMRAN HOTCHANDANI, | |
| Plaintiffs, | Case No.: 1:26-cv-00580-AMD-VMS |
| -against- | **AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| SRIJANI CHATTERJEE, JOHN DOES 1-10, and JANE DOES 1-10, | |
| Defendants. | |

I, Kaivalya H. Rawal, being duly sworn, hereby depose and say as follows:

1. I am the founder of the law firm The Kaivalya H. Rawal Law Firm, LLC.
2. I submit this affidavit in support of my motion for admission to practice *pro have vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Minnesota and Illinois.
4. There are no pending disciplinary proceedings against me in any state or federal court.
5. I have not been convicted of a felony.
6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.
7. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the case 26-cv-00580 as co-counsel for the Plaintiffs, DEVEN SANON and SIMRAN HOTCHANDANI.

Dated: April 29, 2026

_____
Signature of Movant
Kaivalya H. Rawal, Esq.
The Kaivalya H. Rawal Law Firm, LLC.
1901 N. Roselle Road. Suite 800
Schaumburg, IL 60195
Phone: 309-872-6863
Email: khr@krlaw.law

Sworn before me this 29th
Day of April 2026

_____
Notary Public

Daniel S. Szalkiewicz
Notary Public, State of New York
No. 02SZ0000312
Qualified in New York County
Commission Expires 02/02/2027

This electronic notarial act involved a remote online appearance involving the use of communication technology.

1