# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

Kaivalya Harsukh Rawal

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

December 20, 2023

Given under my hand and seal of this court on

April 15, 2026



*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Kaivalya Harsukh Rawal

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 04/22/2025 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 16th day of April, 2026.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

