UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEVEN SANON and SIMRAN HOTCHANDANI,<br><br>                    Plaintiffs,<br><br>          -against-<br><br>SRIJANI CHATTERJEE, JOHN DOES 1-10, and JANE DOES 1-10,<br><br>                    Defendants. | Case No.: 1:26-cv-00580-AMD-VMS<br><br>ORDER TO ADMIT COUNSEL PRO HAC VICE |

The motion of Kaivalya H. Rawal pursuant to Local Civil Rule 1.3 for admission to practice *pro hac vice* in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bars of Minnesota and Illinois; and that his contact information is as follows:

> Kaivalya H. Rawal, Esq.
> The Kaivalya H. Rawal Law Firm, LLC.
> 1901 N. Roselle Road. Suite 800
> Schaumburg, IL 60195
> Phone: 309-872-6863
> Email: khr@krlaw.law

Applicant has moved for admission pro hac vice to appear for all purposes as co-counsel for plaintiffs DEVEN SANON and SIMRAN HOTCHANDANI in the above-entitled action.

**IT IS HEREBY ORDERED** that applicant is admitted to practice and appear *pro hac vice* in the above-captioned case in the United States District Court for the Eastern District of New York on behalf of Plaintiffs.

All attorneys appearing before this court, including attorneys admitted pro hac vice, are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED

_____
HON.

Dated: _____, 2026

1