# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
DEVEN SANON and SIMRAN HOTCHANDANI,

        Plaintiffs,

    -against-

SRIJANI CHATTERJEE, et al.,

        Defendants.
-------------------------------------------------------------X
**Case No. 1:26-cv-00580-AMD-VMS**

### NOTICE OF APPEARANCE OF PRO HAC VICE COUNSEL

**PLEASE TAKE NOTICE** that the undersigned attorney, Kaivalya H. Rawal, hereby appears as *pro hac vice* counsel for Plaintiffs Deven Sanon and Simran Hotchandani in the above-captioned matter.

Respectfully Submitted,

**Kaivalya H. Rawal, Esq.**
The Kaivalya H. Rawal Law Firm, LLC.
1901 N. Roselle Road. Suite 800
Schaumburg, IL 60195
Phone: +1(309)872-6863
Fax: +1(888)630-3241
Email: khr@krlaw.law

**DATED: April 30, 2026**