**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SANON et al. v. CHATTERJEE et al.
Case No. 1:26-cv-00580 (AMD)(VMS)

**INDEX OF EXHIBITS TO VERIFIED DECLARATION OF**
**SRIJANI CHATTERJEE IN SUPPORT OF MOTION FOR**
**EMERGENCY TEMPORARY RESTRAINING ORDER**

| Exhibit | Description |
|---------|-------------|
| A | USCIS Prima Facie Determination (I-360, VAWA Self-Petition), February 25, 2026; Expiration Date August 24, 2026 |
| B | California Superior Court, County of San Francisco, Temporary Restraining Order (Form DV-110), Case No. FDV-23-817051 (Micky Suri, Restrained Person), filed September 14, 2023 |
| C | Monroe County Sheriff's Office Civil Bureau, Certificate of Service, Case No. FDV-23-817051 (Micky Suri), served August 25, 2023 |
| D | Covered by Exhibits C and E |
| E | Monroe County Sheriff's Office Civil Bureau, Certificate of Service, Case No. FDV-23-817064 (Manish Sanon), served August 28, 2023 |
| F | Family Court of the State of New York, County of Monroe, Order on Motion Dismissing Petitions with Prejudice, File No. 129846, Docket No. O-09381-23, dated October 30, 2024 (Referee Darius K. Lind) (Petitioner identified as "Madhu Suri," a/k/a Micky Suri) |
| G | Notarized Affidavit of Darshan Dayal Suri, May 5, 2023 (Monroe County, State of New York) |
| H | Notarized Affidavit of Chelsea Grace Hallowell in Support of Order of Protection Against Micky Suri (poison threat), August 29, 2023 |
| H-2 | Notarized Affidavit of Chelsea Grace Hallowell in Support of Order of Protection Against Manish Sanon (death threat), August 29, 2023 |
| I | Notarized Affidavit of Srijani Chatterjee in Support of Order of Protection Against Micky Suri, September 18, 2023 |
| J | New York City Police Department Online Complaint System Receipt, Complaint No. 2026-84-3041, April 28, 2026 |

| K | Notarized Affidavit of Riva Ganguly Das (Secretary, Ministry of External Affairs, Government of India; former Indian Consul-General to New York), September 12, 2023 |
|---|---|

Dated: April 29, 2026

_____

Srijani Chatterjee
Defendant Pro Se
srijanic91@gmail.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SANON et al. v. CHATTERJEE et al.
Case No. 1:26-cv-00580 (AMD)(VMS)

# EXHIBIT A

USCIS Prima Facie Determination (February 25, 2026)



February 25, 2026

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
38 River Road
Essex Junction, VT 05479-0001



**U.S. Citizenship and Immigration Services**

SRIJANI CHATTERJEE
ZOHAR LAW PLLC
c/o GADI ZOHAR
200 VESEY ST STE 24132
NEW YORK, NY 10281

RE: SRIJANI CHATTERJEE
I-360, Petition for Amerasian, Widow(er), or Special Immigrant

## PRIMA FACIE DETERMINATION

**Receipt Date:** April 17, 2023

The request for an extension of a prima facie case for classification under the self-petitioning provisions of the Violence Against Women Act has been reviewed and granted.

THIS NOTICE MAY BE USED TO ASSIST YOU IN RECEIVING PUBLIC BENEFITS.

**THIS PRIMA FACIE DETERMINATION IS VALID FOR A PERIOD OF 180 DAYS FROM THE NOTICE DATE SHOWN ABOVE, AND EXPIRES ON THE DATE INDICATED BELOW.**

We will send you a written notice as soon as we make a decision on this case. It is not expected that a final decision will be made in this case before the end of 180 days. If this period is coming to a close and a decision has not been made on your case, you will automatically receive an extension within 60 days of the ending date.

**PLEASE NOTE: ESTABLISHING A PRIMA FACIE CASE FOR CLASSIFICATION UNDER THE SELF-PETITIONING PROVISIONS OF THE VIOLENCE AGAINST WOMEN ACT DOES NOT NECESSARILY MEAN THAT YOUR PETITION WILL BE APPROVED.**

**EXPIRATION DATE: August 24, 2026**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SANON et al. v. CHATTERJEE et al.
Case No. 1:26-cv-00580 (AMD)(VMS)

# EXHIBIT B

California Superior Court TRO, Case No. FDV-23-817051 (Micky Suri) — September 14, 2023

**DV-110** | Temporary Restraining Order

☑ **Original Order**     ☐ _____ **Amended Order**

Instruction: The person asking for a restraining order must complete items ①, ②, and ③ only. The court will complete the rest of this form.

Clerk stamps date here when form is filed.

ENDORSED FILED
SUPERIOR COURT
COUNTY OF SAN FRANCISCO

SEP 14 2023

CLERK OF THE COURT
CARLOS AYALA
BY:_____
Deputy Clerk

① **Protected Person** (name): SRIJANI CHATTERJEE

② **Restrained Person**

*Full Name: MICKY SURI
*Gender: ☐ M  ☒ F  ☐ Nonbinary
*Age: 55 (Give estimate, if age unknown.)
Date of Birth: 05/03/1968  Height: 5'1"  Weight: 170 LB
Hair Color: BLACK          Eye Color: BLUE
*Race: ASIAN
Relationship to person in ①: Mother-in-Law
Address of restrained person: 52 GREENWOOD PARK
City: PITTSFORD      State: NY  Zip: 14534
Type, number, and location of firearms, firearm parts, or ammunition:
_____
_____

(Information that has a star (*) next to it is required to add this order into a California police database. Give all the information you know.)

Fill in court name and street address:

Superior Court of California, County of

SUPERIOR COURT OF CALIFORN..
COUNTY OF SAN FRANCISCO
UNIFIED FAMILY COURT
400 McAllister Street
San Francisco, CA 94102

Court fills in case number when form is filed.

Case Number:
FDV-23-817051

③ ☐ **Other Protected People**

In addition to the person named in ①, the people listed below are protected by the orders listed in ⑧ through ⑪.

| Full name | Relationship to person in ① | Age |
|---|---|---|
| | | |
| | | |
| | | |

☐ Check here if you need to list more people. List them on a separate piece of paper, write "DV-110, Other Protected People" at the top, and attach it to this form.

*(The court will complete the rest of this form)*

④ **Your Hearing Date (Court Date)**

This order expires at the end of the hearing listed below:
Hearing Date: 9/29/2023        Time: 9:00  ☑ a.m. ☐ p.m.

**This order must be enforced throughout the United States. See page 7.**

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2023, Mandatory Form
Family Code, § 6200 et seq.
Approved by DOJ

Temporary Restraining Order
(CLETS-TRO)
(Domestic Violence Prevention)

DV-110, Page 1 of 9
→

Case Number:

## ⑦  ☐ Court Hearing to Review Firearms (Guns), Firearm Parts, and Ammunition Compliance

In addition to the hearing listed on form DV-109, item ③, you must attend the court hearing listed below to prove that you have properly turned in, sold, or stored all prohibited items (described in ⑤b) you still have or own, including any items listed in ⑥. If you do not attend the court hearing listed below, a judge may find that you have violated the restraining order and notify law enforcement and a prosecuting attorney of the violation.

Date: _____   Dept.: _____
Time: _____   Room: _____

Name and address of court, if different than court address listed on page 1

_____
_____
_____

## ⑧  Cannot Look for Protected People

You must not take any action to look for any person protected by this order, including their addresses or locations.

☐ If checked, this order was **not granted** because the judge found good cause not to make the order.

## ⑨  Order to Not Abuse    ☐ Not requested    ☐ Denied until the hearing    ☑ Granted as follows:

You must not do the following things to the person in ① and any person listed in ③:

• Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, destroy personal property, keep under surveillance, impersonate (on the internet, electronically, or otherwise), block movements, annoy by phone or other electronic means (including repeatedly contact), or disturb the peace.

• "Disturb the peace" means to destroy someone's mental or emotional calm. This can be done directly or indirectly, such as through someone else. This can also be done in any way, such as by phone, over text, or online. Disturbing the peace includes coercive control.

• "Coercive control" means a number of acts that unreasonably limit the free will and individual rights of any person protected by this restraining order. Examples include isolating them from friends, relatives, or other support; keeping them from food or basic needs; controlling or keeping track of them, including their movements, contacts, actions, money, or access to services; and making them do something by force, threat, or intimidation, including threats based on actual or suspected immigration status. Coercive control includes reproductive coercion meaning controlling someone's reproductive choices, such as using force, threat, or intimidation to pressure someone to be or not be pregnant, and to control or interfere with someone's contraception, birth control, pregnancy, or access to health information.

**This is a Court Order.**

 

Case Number:

⑭ **Child Custody and Visitation**   ☑ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:

Granted on the attached <u>form DV-140</u>, *Child Custody and Visitation Order*, and
☐ *(list other form):* _____ .

⑮ **Protect Animals**   ☑ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:

a. ☐ You must stay at least _____ yards away from the animals listed below.

b. ☐ You must not take, sell, hide, molest, attack, strike, threaten, harm, get rid of, transfer, or borrow against the animals.

c. ☐ The person in ① is given the sole possession, care, and control of the animals listed below.

| Name *(or other way to ID animal)* | Type of animal | Breed *(if known)* | Color |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

⑯ **Control of Property**   ☑ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:

Until the hearing, only the person in ① can use, control, and possess the following property:

_____
_____
_____

⑰ **Health and Other Insurance**   ☑ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:

The person   ☐ in ①   ☐ in ②   is ordered not to cash, borrow against, cancel, transfer, dispose of, or change the beneficiaries of any insurance or coverage held for the benefit of the parties — or their children, if any — for whom support may be ordered, or both.

⑱ **Record Communications**   ☐ Not requested   ☐ Denied until the hearing   ☑ Granted as follows:

The person in ① may record communications made by the person in ② that violate this order.

**This is a Court Order.**

**Temporary Restraining Order
(CLETS-TRO)
(Domestic Violence Prevention)**

Case Number:

---

### Certificate of Compliance With VAWA

This temporary protective order meets all "full faith and credit" requirements of the Violence Against Women Act, 18 U.S.C. section 2265 (1994) (VAWA), upon notice of the restrained person. This court has jurisdiction over the parties and the subject matter; the restrained person has been or will be afforded notice and a timely opportunity to be heard as provided by the laws of this jurisdiction. This order is valid and entitled to enforcement in each jurisdiction throughout the 50 states of the United States, the District of Columbia, all tribal lands, and all U.S. territories, commonwealths, and possessions and shall be enforced as if it were an order of that jurisdiction.

## Warnings and Notices to the Restrained Person in ②

### Your Address to Receive Court Orders

If the judge makes a restraining order at the hearing (court date), which has the same orders as in this Temporary Restraining Order, you will get a copy of that order by mail at your last known address, which is written in ② on page 1. If your address was not listed on this form or is incorrect, contact the court. If you did not attend your hearing and want to know if the judge granted a restraining order against you, contact the court.

### Child Custody, Visitation, and Support

- **Child custody and visitation:** If you do not attend your hearing (court date), the judge can make custody and visitation orders for your children without hearing from you.

- **Child support:** The judge can order child support based on the income of both parents. The judge can also have that support taken directly from a parent's paycheck. Child support can be a lot of money, and usually you have to pay until the child is age 18. File and serve **form FL-150**, *Income and Expense Declaration*, or **form FL-155**, *Financial Statement (Simplified)*, if you want the judge to have information about your finances. Otherwise, the court may make support orders without hearing from you.

- **Spousal support:** File and serve **form FL-150**, *Income and Expense Declaration*, so the judge will have information about your finances. Otherwise, the court may make support orders without hearing from you.

### Firearms (Guns), Firearm Parts, and Ammunition

Under California law, you cannot have any firearms (guns), certain firearm parts, or ammunition. (Family Code sections 6216 and 6389(a)). Ask the court for information on how to properly turn in, sell, or store these items in your city or county. You can also contact your local police department for instructions.

## This is a Court Order.

**Temporary Restraining Order**
**(CLETS-TRO)**
**(Domestic Violence Prevention)**

 →

Case Number:

## Conflicting Orders—Priorities for Enforcement

If more than one restraining order has been issued protecting the protected person from the restrained person, the orders must be enforced in the following priority (see Penal Code section 136.2 and Family Code sections 6383(h)(2), 6405(b)):

1. **Emergency Protective Order (EPO):** If one of the orders is an *Emergency Protective Order* (form EPO-001), provisions (e.g., stay away order) that are more restrictive than in the other restraining/protective orders must be enforced. Provisions of another order that do not conflict with the EPO must be enforced.

2. **No-Contact Order:** If a restraining/protective order includes a no-contact order, the no-contact order must be enforced. Item ⑩ is an example of a no-contact order.

3. **Criminal Protective Order (CPO):** If none of the orders include an EPO or a no-contact order, the most recent CPO must be enforced. (Family Code sections 6383(h)(2) and 6405(b).) Additionally, a CPO issued in a criminal case involving charges of domestic violence, Penal Code sections 261, 261.5, or former 262, or charges requiring sex offender registration must be enforced over any civil court order. (Penal Code section 136.2(e)(2).) All provisions in the civil court order that do not conflict with the CPO must be enforced.

4. **Civil Restraining Orders:** If there is more than one civil restraining order (e.g., domestic violence, juvenile, elder abuse, civil harassment), then the order that was issued last must be enforced. Provisions that do not conflict with the most recent civil restraining order must be enforced.

*(The clerk will fill out this part.)*

*Clerk's Certificate [seal]*

**—Clerk's Certificate—**

I certify that this *Temporary Restraining Order* is a true and correct copy of the original on file in the court.

Date: SEP 1 4 2023    Clerk, by _____ , Deputy

**This Is a Court Order.**

**Temporary Restraining Order**
**(CLETS-TRO)**
**(Domestic Violence Prevention)**

For your protection and privacy, please press the Clear

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SANON et al. v. CHATTERJEE et al.
Case No. 1:26-cv-00580 (AMD)(VMS)

# EXHIBIT C

Monroe County Sheriff Certificate of Service, FDV-23-817051 (Micky Suri) — August 25, 2023




# MONROE COUNTY SHERIFF
## CIVIL BUREAU
130 South Plymouth Avenue, PSB5
Rochester, New York 14614
Phone (585) 753-4320
Fax    (585) 753-4288

**Todd K. Baxter**
Sheriff

**Korey K. Brown**
Undersheriff

| CERTIFICATE OF SERVICE |
| --- |

Superior Court of California-County of San Francisco Unified Family Court
Court#: FDV-23-817051    MCSO#: 23004827

Srijani Chatterjee
-vs-
Micky Suri

STATE OF NEW YORK, COUNTY OF MONROE

Chief Philip Gombatto of the Monroe County Sheriff's Office being duly sworn, deposes and says that he is over 21 years of age and a Deputy Sheriff for the Office of the Sheriff for the County of Monroe. The deponent further states that he is not a party to this action.

That on 8/25/2023 at 12:05 PM at 52 Greenwood Park Pittsford, NY 14534  deponent served the within Notice of Court Hearing, Temporary Restraining Order and Supporting Paperwork on Micky Suri by delivering thereat a true copy of each personally; deponent knew the person so served to be the person described as said servee therein.

Deponent describes the individual as follows:

SEX: Female
SKIN: White
DOB: 5/3/1968
HEIGHT: 5' 1"

HAIR: Black
AGE: 55
WEIGHT: 160
OTHER: Asian

_ x _ I asked the person spoken to whether the servee was in the active military service of the United States or of the State of New York in any capacity whatever and received a reply of yes.

Comment:
Civilian Employee for the U.S. Military

_____
Deputy Sheriff
Chief Philip Gombatto

Friday, August 25, 2023

© SoftCode, Inc. 2004 - NY_MONROE_AFFIDAVIT_PERSONAL1.dot

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SANON et al. v. CHATTERJEE et al.
Case No. 1:26-cv-00580 (AMD)(VMS)

# EXHIBIT D

Covered by Exhibits C and E

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SANON et al. v. CHATTERJEE et al.
Case No. 1:26-cv-00580 (AMD)(VMS)

# EXHIBIT E

Monroe County Sheriff Certificate of Service, FDV-23-817064 (Manish Sanon) — August 28, 2023



# MONROE COUNTY SHERIFF
## CIVIL BUREAU
130 South Plymouth Avenue, PSB5
Rochester, New York 14614
Phone (585) 753-4320
Fax    (585) 753-4288

**Todd K. Baxter**
Sheriff

**Korey K. Brown**
Undersheriff

| CERTIFICATE OF SERVICE |
| --- |

Superior Court of California-County of San Francisco Unified Family Court
Court#: FDV-23-817064    MCSO#: 23004827

Srijani Chatterjee
           -vs-
Manish Sanon

STATE OF NEW YORK, COUNTY OF MONROE

Andrew Loughlin of the Monroe County Sheriff's Office being duly sworn, deposes and says that he is over 21 years of age and a Deputy Sheriff for the Office of the Sheriff for the County of Monroe. The deponent further states that he is not a party to this action.

That on 8/28/2023 at 5:10 PM at 250 Ambassador Drive Rochester, NY 14610 deponent served the within Notice of Court Hearing, Temporary Restraining Order and Supporting Paperwork on Manish Sanon by delivering thereat a true copy of each personally; deponent knew the person so served to be the person described as said servee therein.

Deponent describes the individual as follows:

SEX: Male
SKIN: White
DOB: 9/15/1966
HEIGHT: 6' 2"

HAIR: Black
AGE: 56
WEIGHT: 190
OTHER:

Comment:

Tuesday, August 29, 2023

Deputy Sheriff
Andrew Loughlin

© SoftCode, Inc. 2004 - NY_MONROE_AFFIDAVIT_PERSONAL1.dot

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SANON et al. v. CHATTERJEE et al.
Case No. 1:26-cv-00580 (AMD)(VMS)

# EXHIBIT F

Monroe County Family Court — Order Dismissing with Prejudice Oct. 30, 2024 (Referee Darius K. Lind, File No. 129846) (Petitioner: "Madhu Suri," a/k/a Micky Suri)

File#: 129846 (O-09381-23)                                GF-15 (8/2010)         Page **1** of **1**

At a term of the Family Court of the State of New York, held in and for the County of Monroe at Monroe County Family Court, Hall of Justice, 99 Exchange Blvd, Rochester, NY 14614-2187, on October 30, 2024

**PRESENT**: Darius K. Lind, Court Attorney Referee

In the Matter of **an Article 8 Family Offense** Proceeding

**Madhu Suri** (Petitioner)

**Srijani Chatterjee** (Respondent)

| | |
|---|---|
| **File #:** | 129846 |
| **Docket #:** | O-09381-23 (Motion 1) |

**ORDER ON MOTION**

A motion was filed with this Court by Lawrence J. Krieger on March 21, 2024, requesting an order on a Motion to Dismiss.

Srijani Chatterjee did not appear.

Madhu Suri did not appear.

After examining the motion papers and supporting affidavit(s), the court finds that there is no longer subject matter jurisdiction.

**NOW**, therefore, it is hereby:

> **ORDERED** that the motion of Lawrence J. Krieger is granted in the following respects(s): Petitions are dismissed with prejudice.

**IT IS FURTHER ORDERED** that any temporary order of protection issued under Docket #O-09381-23 is vacated.

Dated: **October 30, 2024**

20241030112539DLIND0342368BE4DA4BB9AD2806EF4F4F2549

**Darius K. Lind**

**Check applicable box:**
☐ Order mailed on 10/30/24 to parties. RK
☐ Order received in court on [specify date(s) and to whom given]: _____

CC:   Charu Narang, Attorney
        Lawrence J. Krieger, Attorney
        Madhu Suri
        Srijani Chatterjee

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SANON et al. v. CHATTERJEE et al.
Case No. 1:26-cv-00580 (AMD)(VMS)

# EXHIBIT G

Notarized Affidavit of Darshan Dayal Suri May 5, 2023

Darshan Dayal Suri, being duly sworn, deposes and says:

I am the maternal grandfather of Ronick Sanon, the Plaintiff in this matrimonial proceeding and am personally familiar with all the facts and circumstances set forth herein. I submit this affidavit in counter-response and against the Plaintiff's affidavit for an Order of Protection on May 1, 2023:

1. I am the maternal grandfather of the Plaintiff in the divorce action between Ronick Sanon (the Plaintiff) v Srijani Chatterjee (the Defendant)

2. I reside at 55 Ayrault Road, Fairport, NY 14450

3. The Date of Commencement of the divorce action is December 21, 2022

4. The parties were married on July 18, 2021

5. There are no children of the parties' marriage

6. There was an ectopic pregnancy of a 9-week old foetus on the Defendant's left ovary that was removed via laser surgery in February 2023; the Plaintiff was aware that the Defendant was pregnant upon information from a doctor at an appointment that they attended together at Viva Eve Clinic in Manhattan, New York in November 2022

7. I am 89 years of age, of sound mind, and capable of my own independent decision-making

8. My daughter and the Plaintiff's mother, Micky Suri, has falsely attempted to declare that I suffer from dementia to claim my power of attorney and manipulate my financial wealth, and the Defendant has helped me in protecting myself from Micky Suri's elder abuse of me

9. Micky Suri and/or the Plaintiff have committed the following offenses against the Defendant: Criminal Tampering in the Third Degree, Menacing, Stalking, Coercion, Fraud, and Spousal Abuse

10. During the pendency of the divorce action, the Plaintiff and his parents - Micky Suri (mother of the Plaintiff) and Manish Sanon (father of the Plaintiff) – have used vulgar language to abuse the Defendant and her family, they have engaged in coercive threats of deportation against the Defendant, and they have tampered with both my own and the Defendant's communication devices to stalk our communications and misrepresent facts to the court in evidence against the Defendant

11. The Plaintiff's mother and my daughter, Micky Suri, has a degree in Cyber Security, and it is to my direct knowledge that she has used her learning in illegal manners to hack, produce, and fabricate digital communications for her own divorce action, and now in her own son's, the Plaintiff's, divorce action against the Defendant

12. During the marriage and the pendency of the divorce action, the Defendant has never had access to

my social media accounts, it is instead my daughter and the Plaintiff's mother, Micky Suri, who committed theft, assault, and abuse against me in November 2022 by breaking into my residence and, despite my protests, stealing my phones and laptop while I had COVID. I filed a police complaint against the Plaintiff's mother in order to retrieve my phones and laptop that she had tampered with in snatching from me. It is not the Defendant but my daughter and the Plaintiff's mother, Micky Suri, who has tampered with my social media accounts, privacy, and dignity in my old age

13. The Plaintiff's mother and my daughter, Micky Suri, has threatened to poison Srijani Chatterjee, my granddaughter-in-law

14. I strongly urge the court to protect Srijani Chatterjee as I know that the Plaintiff's mother and my daughter, Micky Suri, is more than capable of and will deliver on her threats of both deportation and poisoning Srijani Chatterjee

15. The Plaintiff and his mother, Micky Suri have, fraudulently and coercively under duress, obtained the post-nup agreement signed by the Defendant in December 2022 and admitted to the same

16. The Defendant has made every effort to engage in civil relations with my family to prevent the state of the marriage in today's date, and her every effort has been met by resistance, gaslighting, control, and unwarranted abuse by the Plaintiff and his family

17. The Defendant has been and continues to be a sweet, kind, sincere, just, and fair granddaughter-in-law to myself

18. I do not accept an Order of Protection requiring the Defendant to maintain a distance from myself and/or to cease communication with myself in any manner simply by virtue of being a member of the Plaintiff's family, this divorce action cannot and should not induce further abuse and control of the Defendant's life by my family

WHEREFORE, I respectfully request the Court to not award the Plaintiff an Order of Protection against the Defendant in this pending divorce action. Requesting instead that the Court award the Defendant relief as the Court may deem just and proper.

_____

DARSHAN DAYAL SURI

Sworn to before me this

5 day of MAY, 2023

STATE of NEW YORK
County of Monroe

_____

NOTARY PUBLIC

MAJD NASRI ABUAITAH
Notary Public - State of New York
NO. 01AB6422356
Qualified in Monroe County
My Commission Expires Sep 20, 2025

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SANON et al. v. CHATTERJEE et al.
Case No. 1:26-cv-00580 (AMD)(VMS)

# EXHIBIT H

Notarized Affidavit of Chelsea Grace Hallowell re: Micky Suri — Poison Threat — August 29, 2023

Chelsea Grace Hallowell, being duly sworn, deposes and says:

I am the stepmother-in-law of Srijani Chatterjee, the Petitioner in this domestic violence hearing and am personally familiar with all the facts and circumstances set forth herein. I submit this affidavit in support of the Petitioner's application for an Order of Protection against the Defendant:

1. I am the stepmother-in-law of the Petitioner in the action between Srijani Chatterjee (the Petitioner) v Micky Suri (the Defendant).

2. I am the ex-employee of the Defendant in the action between Srijani Chatterjee (the Petitioner) v Micky Suri (the Defendant).

3. I reside at 52 Dorking Road, Rochester, NY 14610.

4. I have known the Defendant since 2013.

5. I have known the Petitioner since 2021.

6. The parties have known each other since 2021.

7. The Defendant is the Petitioner's mother-in-law.

8. Micky Suri is an extremely abusive, cunning, and devious woman who has and continues to demonstrate her criminal propensity of cruelty and domestic violence and abuse.

9. Micky Suri has physically assaulted me by striking me across my face and on my head with a landline phone handle at my place of employment, while I was an employee of her staff, at the Smile Center in Rochester NY in August 2014.

10. Micky Suri has inflicted physical harm and issued threats of violence against my safety and well-being.

11. Micky Suri has menaced, stalked, and harassed my daughters, Mila Sanon (6 years of age) and Neera Sanon (5 years of age), with inappropriate inquiries about Srijani Chatterjee's health, whereabouts, and personal life.

12. My daughters, Mila Sanon and Neera Sanon, are infants, yet Micky Suri's cruelty towards even infants is unbound.

13. Micky Suri has inflicted severe elder abuse on her own 87-year-old father, Darshan Suri, in manipulating false declarations against his health to obtain his power of attorney against his will; abandoning and neglecting him for months on end while purporting to be his legal guardian; stealing and hacking his personal devices while he was suffering from COVID-19.

14. Darshan Suri is an 87-year-old senior citizen and Micky Suri's own father, yet Micky Suri's cruelty towards even the elderly she is related to by blood is unbound.

15. Darshan Suri, Micky Suri's 87-year-old father, has reached out to me and the wider Rochester community since December 2022 seeking help against Micky Suri's elder abuse of him.

16. Srijani Chatterjee, the Petitioner, is Micky Suri's daughter-in-law and a qualified British attorney who has helped Darshan Suri against the elderly abuse inflicted upon him by Micky Suri.

17. Srijani Chatterjee, the Petitioner, married Ronick Sanon, Micky Suri's son, in an intimate civil marriage ceremony without Micky Suri's consent.

18. Srijani Chatterjee, the Petitioner, is the directed target of Micky Suri's abuse.

19. Micky Suri has directly abused Srijani Chatterjee's safety and well-being through life threats of poison and threats of deportation.

20. Micky Suri has severely defamed Srijani Chatterjee's reputation and character through fraud, misrepresentation, and baseless accusations.

21. Micky Suri has threatened to poison Srijani Chatterjee in front of several members of the wider Rochester community, including myself.

22. Upon information and belief, it is now common knowledge in the Rochester community that Micky Suri wants to poison Srijani Chatterjee.

23. Micky Suri has stated in front of Darshan Suri, her own father, that she wishes to poison Srijani Chatterjee.

24. Micky Suri has malignantly and persistently threatened Srijani Chatterjee with deportation, the Rochester community including myself have direct evidence and knowledge of Micky Suri's attempts to contact local USCIS representatives in Rochester with lies about Srijani Chatterjee to have her deported from the US.

25. My friend and associate, Sibu Nair, Deputy Head of Asian American Affairs in the office of Governor Kathy Hochul, has directly informed me and other members of the wider Rochester community that Micky Suri has been persistently contacting local USCIS representatives in Rochester with lies about Srijani Chatterjee to have her deported from the US.

26. Micky Suri's lies about Srijani Chatterjee have been rejected by USCIS officials and staff in the state of NY and Micky Suri has been cautioned and warned by government officials not to abuse the system.

27. Micky Suri is the cruel mother-in-law who knows that her daughter-in-law is alone in the US with her own family continents away, and Micky Suri has only ever tried to leverage the distance to commit atrocious acts of abuse against Srijani Chatterjee.

28. Micky Suri is the cruel mother-in-law who has abandoned her daughter-in-law when she was suffering an ectopic pregnancy and getting surgery for it on her own, forbidding her son, the Petitioner's husband, to be there for the Petitioner in a horrific time.

29. Micky Suri's cruelty towards Srijani Chatterjee, a girl who is old enough to be her own child, is unbound.

30. Upon information and belief, the Defendant has committed the following offenses against the Petitioner: Criminal Tampering in the Third Degree, Menacing, Stalking, Fraud, Domestic Violence and Abuse.

31. The Petitioner has been and continues to be an emphatic, loving, generous, kind, and gracious ex daughter-in-law and sister-in-law to myself and my under-age daughters, Mila Sanon and Neera Sanon

WHEREFORE, I respectfully urge the Court to award the Petitioner an Order of Protection against the Defendant in this pending domestic violence hearing. Urging that the Court award the Petitioner relief as the Court may deem just and proper.

CHELSEA GRACE HALLOWELL

Sworn to before me this

29th day of August, 2023

JUSTIN M YOKAJTY
Notary Public - State of New York
NO. 01YO6426476
Qualified in Monroe County
My Commission Expires Dec 13, 2025

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SANON et al. v. CHATTERJEE et al.
Case No. 1:26-cv-00580 (AMD)(VMS)

# EXHIBIT H-2

Notarized Affidavit of Chelsea Grace Hallowell re: Manish Sanon — Death Threat — August 29, 2023

Chelsea Grace Hallowell, being duly sworn, deposes and says:

I am the stepmother-in-law of Srijani Chatterjee, the Petitioner in this domestic violence hearing and am personally familiar with all the facts and circumstances set forth herein. I submit this affidavit in support of the Petitioner's application for an Order of Protection against the Defendant:

1. I am the stepmother-in-law of the Petitioner in the action between Srijani Chatterjee (the Petitioner) v Manish Sanon (the Defendant).

2. I am the ex-spouse of the Defendant in the action between Srijani Chatterjee (the Petitioner) v Manish Sanon (the Defendant).

3. I reside at 52 Dorking Road, Rochester, NY 14610.

4. I have known the Defendant since 2013.

5. I have known the Petitioner since 2021.

6. The parties have known each other since 2021.

7. The Defendant is the Petitioner's father-in-law.

8. Manish Sanon is an extremely abusive, violent, and dangerous man who has and continues to demonstrate his criminal propensity of cruelty and domestic violence and abuse.

9. In November 2010, Manish Sanon punched and broke the jawline of elderly citizen and his former father-in-law, Darshan Suri, who was 75 years old at the time of the incident and powerless against Manish Sanon's force and brutality of violence. Darshan Suri filed a police report against Manish Sanon for the incident and a record of crime against Manish Sanon exists for the incident in Rochester NY.

10. Manish Sanon has abused me in every way and inflicted severe domestic violence against me during our marriage.

11. Manish Sanon has inflicted physical harm and issued threats of violence against my safety and well-being.

12. Srijani Chatterjee, the Petitioner, is Manish Sanon's daughter-in-law and a qualified British attorney who has helped me against the abuse and domestic violence inflicted upon me by Manish Sanon.

13. Including but not limited to an incident in April 2022, I called Srijani Chatterjee post-midnight because Manish Sanon had inflicted severe domestic violence against me in front of our infant children, and Srijani Chatterjee assisted me with relocation to a safer place and recovery despite her own marriage and relationships with her own husband and father-in-law.

14. Srijani Chatterjee, the Petitioner, married Ronick Sanon, Manish Sanon's son, in an intimate civil marriage ceremony without Manish Sanon's consent.

15. Srijani Chatterjee, the Petitioner, is the directed target of Manish Sanon's abuse.

16. Manish Sanon has directly abused Srijani Chatterjee's safety and well-being through life threats of having her killed and threats of deportation.

17. In a series of verbal and digital communications with myself, others, and directly with Srijani Chatterjee, Manish Sanon has verbally abused Srijani Chatterjee with obscene profanities and threatened Srijani Chatterjee's safety and well-being.

18. Manish Sanon has severely defamed Srijani Chatterjee's reputation and character through fraud, misrepresentation, and baseless accusations.

19. Manish Sanon has threatened to have Srijani Chatterjee killed in front of several family members, including myself.

20. Upon information and belief, it is now common knowledge in the family that Manish Sanon wants to have Srijani Chatterjee killed.

21. Manish Sanon has malignantly and persistently threatened Srijani Chatterjee with deportation, the Rochester community including myself have direct evidence and knowledge of Manish Sanon's attempts to contact local USCIS representatives in Rochester with lies about Srijani Chatterjee to have her deported from the US.

22. My friend and associate, Sibu Nair, Deputy Head of Asian American Affairs for the office of Governor Kathy Hochul, has directly informed me and other members of the wider Rochester community that Manish Sanon has been persistently contacting local USCIS representatives in Rochester with lies about Srijani Chatterjee to have her deported from the US.

23. Manish Sanon's lies about Srijani Chatterjee have been rejected by USCIS officials and staff in the state of NY and Manish Sanon has been cautioned and warned by government officials not to abuse the system.

24. Manish Sanon is the cruel father-in-law who knows that his daughter-in-law is alone in the US with her own family continents away, and Manish Sanon has only ever tried to leverage the distance to commit atrocious acts of abuse against Srijani Chatterjee.

25. Manish Sanon is the cruel father-in-law who has abandoned his daughter-in-law when she was suffering an ectopic pregnancy and getting surgery for it on her own, forbidding his son, the Petitioner's husband, to be there for the Petitioner during such a horrific ordeal.

26. Manish Sanon's cruelty towards Srijani Chatterjee, a girl who is old enough to be his own child, is unbound. Upon information and belief, the Defendant has committed the following offenses against the Petitioner: Menacing, Stalking, Fraud, Domestic Violence and Abuse.

27. The Petitioner has been and continues to be an emphatic, loving, generous, kind, and gracious ex daughter-in-law and sister-in-law to myself and my under-age daughters, Mila Sanon and Neera Sanon

WHEREFORE, I respectfully urge the Court to award the Petitioner an Order of Protection against the Defendant in this pending domestic violence hearing. Urging that the Court award the Petitioner relief as the Court may deem just and proper.

CHELSEA GRACE HALLOWELL

Sworn to before me this

29ᵗʰ day of August, 2023

JUSTIN M YOKAJTY
Notary Public - State of New York
NO. 01YO6426476
Qualified in Monroe County
My Commission Expires Dec 13, 2025

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SANON et al. v. CHATTERJEE et al.
Case No. 1:26-cv-00580 (AMD)(VMS)


# EXHIBIT I

Notarized Affidavit of Srijani Chatterjee September 18, 2023

Srijani Chatterjee, being duly sworn, deposes and says:

I am a single immigrant woman in the United States of America. I am a British Citizen who, in May 2021, left my country, career, and family behind in the United Kingdom to marry the Defendant's son and my ex, Ronick Sanon, an American citizen, on 18th July 2021.

I submit this affidavit in support of my application for an Order of Protection against the Defendant:

1.  I am the Defendant's daughter-in-law.

2.  I reside at 255 King Street, San Francisco, CA 94107.

3.  I have known the Defendant since 2021..

4.  The Defendant is my mother-in-law.

5.  The Defendant's son and my ex, Ronick Sanon, and I chose to get married in an intimate civil ceremony. We did so without the Defendant's consent. I married the Defendant's son and he married me without the Defendant's permission nor knowledge on 18th July 2021.

6.  The Defendant's son and my ex, Ronick Sanon, chose not to inform his mother of his marriage because of the acrimonious relationship he shared with his cruel and abusive mother that led him to not trust her reaction and support of our relationship.

7.  My own family and friends, and my husband's other family members and friends excluding the Defendant, were informed and aware of our marital union on 18th July 2021.

8.  The breakdown of my marriage is not my fault per the Defendant's unmeritorious claims and allegations against my character, but the breakdown of my marriage is the direct consequence of my ex's family dynamic proving far too toxic, dysfunctional, and ultimately abusive for my marital relationship to succeed; and my ex proving too weak to protect his own self, let alone his wife against his family dynamic of which the Defendant is the matriarch.

9.  The Defendant is an extremely cruel, toxic, and dangerous woman who has a history of committing narcissistic assault and abuse against others including family members and friends.

10. I seek an Order of Protection against the vicious threats of poison and deportation, and the active pursuit of the vicious threats of poison and deportation against me as made by the Defendant, irrespective of the divorce action with the Defendant's son and my ex, Ronick Sanon.

11. The divorce action between the Defendant's son and my ex, Ronick Sanon, is immaterial and bears no relevance nor correlation to the Order of Protection I seek against the Defendant's acrimonious threats against my right to a peaceful and safe life.

12. The last hearing on this matter has emboldened the Defendant in her threats of poison and deportation, and the pursuit of those threats against me. The Defendant is now out of control in her audacity to act on her threats of poison and deportation against my life and safety.

13. Upon learning of my mailing address and whereabouts through my divorce hearing on 7th September 2023, the Defendant has misused her knowledge of my personal address to send me menacing mail in the form of a Doordash food delivery that threatens me with her continuous and ongoing threat of poison against my life.

14. In the most recent incidents of abuse since the last hearing on this matter, the Defendant has:

    a. On Tuesday, 12th September 2023, sent me an unnerving Doordash gift order delivery of an Apple Crisp from The Cheesecake Factory to my personal address of residence in San Francisco with a digital gift note to my personal email address, srijanic@icloud.com, stating:

       "Snow White's apple, dare or beware. We know you will DARE, you don't learn do you!"

       Per the fairytale, Snow White was poisoned by an apple and this is therefore another very evil and extremely sinister threat of poison against my life. The Cheesecake Factory is one of Micky Suri's favourite restaurants in Rochester NY where she is resident. In the course of my marriage to her son, I categorically remember telling Micky Suri that I detest the Cheesecake Factory **(EXHIBIT N)**.

    b. Sent me an email from sender "SRIJANI THE FOOL" and email address thefoolsrijani@gmail.com in the direct aftermath (within hours) of the last hearing on this matter on 8th September 2023 (**EXHIBIT O**). An excerpt from this menacing, harassing, and threatening email reads:

       "What kinda lawyer doesn't submit her evidence BEFORE the trial tsk tsk tsk…

       We will come for you now. You can run but you can't hide honey"

    c. Multiple phone calls and emails have been made and sent to the USCIS by Micky Suri on Monday, 11th September 2023, in yet another of multiple attempts to try and have me deported from the United States.

    d. Riva Ganguly Das, current Secretary in the Ministry of External Affairs for the State of India for relations to the United States and ex Consul-General to India in New York, has received notice from the USCIS that Micky Suri has called again in a series of other calls and emails to the USCIS, to character assassinate me and try to deport me from the United States.

The USCIS representative has specifically stated to Riva Ganguly Das that Micky Suri said that she was able to obtain a restraining order against me in the last hearing – a complete lie because I was the petitioner for a restraining order against her, and no such order was granted in her favour against me.

e. The Office of New Americans in the State of New York confirms that Micky Suri and my ex and Micky Suri's son, Ronick Sanon, have fraudulently sought my deportation through correspondence with their office on "several occasions since February 2023" till date in September 2023, stating:

*"Ronick Sanon and Micky Suri have contacted our office on several occasions since February 8 2023 to seek the deportation of Srijani Chatterjee. Their correspondence has been of concern to the New York State Office for New Americans. We have established no merit to their defamatory and prejudiced claims against Srijani Chatterjee."*

f. Frieda Goldstein, attorney at law and former U.S. immigration prosecutor states in her email on the 18th September 2023 that:

*"The USCIS has received several emails, calls, leMers from both Ronick Sanon and Micky Suri, as well as other Sanon family members, seeking your immediate deportation from the United States. They are claiming falsities against your character and right to remain in the United States, and there is no valid basis to any of their complaints. The USCIS has cautioned and flagged their correspondence as abusive harassment against a vulnerable immigrant."*

15. Prior to the last hearing on this matter, the Defendant has threatened to poison me and thereby have me killed. She has outrightly stated her intent in exacting words to:

a. Myself directly in November 2022; and

b. Her father and my grandfather-in-law, Darshan Suri (**Point 13 of the Affidavit of Darshan Suri**); and

c. Third Party Witness and Former Employee of the Defendant, Chelsea **Hallowell (Points 19, 21, 22, 23 of the Affidavit of Chelsea Hallowell)**; and

d. Third Party Witness, Social Worker, and Volunteer at Solstice Senior Citizens Home in Fairport NY, Christina Fay (**Points 10, 11, 15, 17 of the Affidavit of Christina Fay**); and

e. Third Party Witness and Resident of Rochester NY, Ravinder Kaur (**EXHIBIT E**)

16. The Defendant has threatened to have me deported from the US, and she has pursued her threats to try and deport me.

17. The Defendant has committed harassment, stalking, threats, and intimidation against me in emailing my law mentor, Henri Brandman, in the United Kingdom on 5th August 2023 at 8:47 PM EST from her own email address – sanoncpa@gmail.com - to character assassinate me, ruin my prospects for a legal career, and to try and have me deported from the US **(EXHIBIT A)**.

18. In the course of my marriage I was made privy to the knowledge of many of the Defendant's criminal actions:

   a. The Defendant has instructed and abated tax evasion conducted by my husband, Ronick Sanon, and his family members: Deven Sanon, Simran Hotchandani, Darshan Suri, and Manish Sanon; and

   b. The Defendant has assisted and abated immigration fraud by my uncle-in-law, Ashish Sanon, in an immigration fraud case of notable scale and acclaim in the US media and judiciary

   c. The Defendant has conducted and taken the profits from a green card marriage between Darshan Suri and his second wife in 2007; and

   d. The Defendant has known, assisted, and been accomplice to the customs and immigration fraud conducted by her daughter-in-law, Simran Hotchandani, and Simran Hotchandani's family **(Points 5-12, Affidavit of Riva Ganguly Das)**; and

   e. The Defendant has falsely, cruelly, and fraudulently had her own 87-year-old father declared demented to obtain power of attorney over his finances

19. I now know too much due to the information and knowledge of the Defendant's criminal conduct and activities that I was made privy to in the course of my marriage, therefore I am a vulnerable witness and the Defendant poses a real danger to my life and safety.

20. Sibu Nair, Deputy Head of Asian American Affairs in the office of Governor Kathy Hochul for the state of NY, corroborates that the Defendant has been actively reaching out to local USCIS representatives and government agencies in Rochester NY to try and deport me from the US. **(EXHIBIT B).**

21. Sibu Nair corroborates that my mother-in-law, the Defendant, has reached out to her local USCIS representative in Rochester – who is a colleague of Sibu Nair's – to try and deport me, and the representative has found the claims and defamation of my character by the Defendant to be shady on the part of the Defendant **(EXHIBIT B).**

22. Riva Ganguly Das, the Secretary of the External Ministry for the Government of India; and the ex-Consul General for the State of New York, corroborates that USCIS representatives have been incessantly harassed by the Defendant in her relentless pursuit to have me deported from the US **(Point 11, Affidavit of Riva Ganguly Das).**

23. Riva Ganguly Das corroborates that her colleagues in the USCIS have been and continue to be harassed by the Defendant, my brother-in-law Deven Sanon, his wife Simran Hotchandani, and my father-in-law Manish Sanon in their efforts to try and deport me from the US **(Points 13-20, Affidavit of Riva Ganguly Das).**

24. Since the beginning of this instant domestic violence action, Micky Suri has been blackmailing, manipulating, coercing, and forcing her father and my grandfather-in-law, Darshan Suri, to withdraw his support of me and overturn his submitted affidavit **(EXHIBIT C).**

25. Darshan Suri, the Defendant's father and my grandfather-in-law, informs me of his dilemma due to the Defendant's coercion and further warns me not to eat or drink anything that the Defendant and my husband, Ronick Sanon, were to give me due to the Defendant's threat of poison against my life **(EXHIBIT C).**

26. The Defendant's attempts to intimidate and turn my witness, Darshan Suri, is perjury of the court and the Defendant must be held in contempt of Court for her attempt to pervert the course of justice **(EXHIBIT C).**

27. During my marriage, the Defendant had her father and my grandfather-in-law, Darshan Suri, falsely declared as demented by one of her friends in order to obtain power of attorney over his finances.

28. Darshan Suri has since been diagnosed as medically fit and mentally capable with no dementia by Dr. Vikram Dogra, leading doctor in Rochester NY.

29. The Defendant has abandoned and neglected her 87-year-old father, Darshan Suri, for months on end despite purporting to be his legal guardian.

30. In November 2022, the Defendant and my brother-in-law, Deven Sanon; his wife, Simran Hotchandani; my brother-in-law, Neal Sanon; and my sister-in-law, Serena Sanon; broke into Darshan Suri's elderly citizen home and stole all his devices of communication from him. Darshan Suri had COVID at the time, a fact known to everyone involved in the incident. The Defendant and her children proceeded to hack and tamper with Darshan Suri's devices.

31. The Defendant's father and my grandfather-in-law, Darshan Suri, has filed several police complaints since December 2022 against multiple acts of elder abuse committed against him by the Defendant.

32. Since December 2022, many local social case workers for elder abuse and the police in Rochester NY have been involved in, and continue to be involved in, assisting Darshan Suri against the Defendant.

33. Since December 2022, Darshan Suri has sought the aid of the wider community via social media against the elder abuse inflicted on him by the Defendant (**EXHIBIT L**).

34. Not only does the Defendant not take any accountability of her atrocious acts of elder abuse against her own father, Darshan Suri, but she shifts any and all blame onto me for having intervened and prevented her abuse of him.

35. I took and continue to take a stance against the Defendant's elder abuse of her 87-year-old father and my grandfather-in-law, Darshan Suri, with whom I share a cherished relationship. This has spurred the Defendant's out of control and dangerous rage towards me.

36. In December 2022, the Defendant finally managed to force her son to abandon our marriage and me. On 23rd December 2022, my ex and the Defendant's son woke up next to me, kissed me, said he loved me, and to expect the electrician at 1 PM. At 1 PM, there was no electrician but a server who served me with divorce papers. Not only was this two days ahead of Christmas Day but I was also pregnant at the time.

37. The Defendant and my husband celebrated her other son and his twin's marriage the very next day of serving me the divorce papers. They made merry while I endured their abuse and the trauma of their abuse against my entire dignity and being. In the most severe winter storm recorded in the history of New York, I was left to deal with the surgery of a life-threatening ectopic pregnancy – of which both the Defendant and my husband, Ronick Sanon, had foreknowledge - the surgery for which eventually left me with third degree surgical burns that I continue to care for on my own **(Westbay Medical Report)**.

38. I had the laser surgical removal of my life-threatening ectopic pregnancy that the Defendant forced my ex and my marital family to abandon me for, on my own and without any support from my ex and my marital family per the Defendant's command, on 6th February 2023 in Westbay Medical Centre, Doha, Qatar.

39. Upon information and belief, in the direct onslaught of pain and trauma from the abuse inflicted on me by my ex and the Defendant on 23rd December 2022, the Defendant instructed my ex to try and curate a case of harassment against me by leaving virtual avenues of communication open for my one-way laments stemming from the pain and trauma of the abuse inflicted on me by my ex and the Defendant.

40. Upon information and belief, the Defendant receives commissions from divorce lawyers and mediators in Rochester NY. I married my ex, the Defendant's son, without the prior knowledge that his mother, the Defendant, had a contentious divorce; his father had two contentious divorces; his aunt had two contentious divorces; his uncle had a contentious divorce; his other aunt had a contentious divorce; and his grandfather had a contentious divorce all in the last decade alone.

41. The Defendant has dragged out her own contentious divorce case for over 7 years till date with continuous motions for alimony.

42. The Defendant is an experienced mastermind manipulator of the civil legal system for marital, divorce, and family law in the US.

43. Since my divorce case with her son has begun, the Defendant has gone out of her way to maliciously defame me, rip apart my character, and try and incriminate me with baseless and proofless accusations. The Defendant has tried to accuse me of everything she can think of in an attempt to misalign my character and reputation to immigration authorities, the judiciary, and society.

44. I have been cruelly abused by Micky Suri in her intrusion, invasion, and lack of respect for boundaries as they pertained to my marriage then and my divorce now with her son and my ex, Ronick Sanon.

45. Micky Suri is unhealthily and dangerously involved in my divorce proceedings, and she is using my divorce proceedings as her vehicle to try and have me deported from the US.

46. On two occasions in June 2023 and August 2023, Judge Kelly of the Supreme Court of New York, has thrown out motions for an Order of Protection that Micky Suri and my ex have tried to obtain against me in their pursuit of my deportation from the US, cautioning my ex instead to not waste the court's time with unmeritorious and bogus allegations.

47. It is instead me, who due to suffering physical and sexual abuse in the course of my marriage to the Defendant's son and my ex, Ronick Sanon, who has received the approval of Judge Kelly of the Supreme Court of New York, of my verifiable evidence for an Order of Protection (**EXHIBITS F & G**).

48. Knowing that I have yet to file for an Order of Protection against her son and my ex, Ronick Sanon, in our divorce action, the Defendant has been hellbent in her attempts to create a ruse that it is her son and my marital family that seeks one against me instead.

49. The Defendant is a manipulative litigant who has had over 7 years of experience in her own contentious divorce action, in addition to over a decade's experience in the contentious divorce actions of others in her immediate family, who knows how to play a game in the civil court

50. The Defendant requires an Order of Protection against me to assist her pursuit of her threats of deportation against me, and she has been using my divorce action with her son to try and achieve the same.

51. The Defendant continues to try and curate false evidence against me for misrepresentation and identity theft in a ruse to cover for - as verified and proven in my divorce action - my ex and her son, Ronick Sanon, committing the theft of and misrepresenting my identity in creating illegal sports gambling accounts during the course of my marriage. Creation of which resulted in grave career and financial consequences for me **(EXHIBIT H).**

52. The Defendant continues to defame me and purport blame onto me for her own actions and those of third parties engaging in communications on behalf of her father, Darshan Suri, against the elder abuse inflicted by the Defendant, in a ruse to deny her own culpability.

53. I am a single immigrant woman and I am now alone in the US with my family at a distance of continents away. I came to this country two years ago hopeful that my marriage would provide the everlasting love and commitment that every woman wants from her husband. Not only did I not experience a real marriage, but the fact that I am alone was leveraged against me and I was severely abused and continue to be severely abused by the Defendant.

54. The Defendant is a cruel woman with a propensity for unrelenting vengeance and malignance that I have never encountered till date in neither my life nor legal career.

55. The Defendant has taken from me the dignity of my home, my marriage, my husband, my unborn child, and she is not done yet. She still wants to take my life.

56. I do not want anything from the Defendant and nor could the Defendant ever give me anything except not to continue to interfere with my own right to safety and integrity as I rebuild my life in the US.

57. I am well and truly drained from the cruel torture and abuse inflicted by me by the Defendant. I have been constantly moving between multiple states in the last 6 months alone to prevent harm and danger to my life from the Defendant.

58. The Defendant is more than capable of executing the threats of poison and deportation that she has made against me, she is already actively, relentlessly, and viciously pursuing my deportation at all costs, and she will stop at nothing to hurt me as much as she possibly can in also actively pursuing her threat of poisoning me.

59. My request for an Order of Protection against Micky Suri is a necessity that is irrespective of my divorce action with my ex and her son.

60. The acrimony of my status quo with Micky Suri is on an individual basis due to her threats of and the pursuit of her threats of poison and deportation as an individual, against me as an individual.

61. If anything happens to me and I am found dead, it will be because of the Defendant.

WHEREFORE, I I urge the Court to award me an Order of Protection against the threats of deportation, the pursuit of deportation, and the severe threat of poison made against my life by the Defendant, Micky Suri.



SRIJANI CHATTERJEE

Sworn to before me this

18th day of September 2023

**Safid Bakar**

Notary Public



Safid Bakar
Notary Public
My commission expires May 25, 2027

This electronic notarial act involved a remote online appearance involving the use of communication technology.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SANON et al. v. CHATTERJEE et al.
Case No. 1:26-cv-00580 (AMD)(VMS)

# EXHIBIT J

NYPD Online Complaint System Receipt Complaint No. 2026-84-3041 — April 28, 2026



# Crime report Registered
# Reference Number REF_7172536

## NEW YORK CITY POLICE DEPARTMENT
### Online Complaint System Receipt

**Reference Number:** REF_7172536

Dear Srijani Chatterjee ,

Your complaint has been reviewed and accepted. Your complaint number is listed below. Attached is a copy of your complaint report. Please keep this report for your records.

Your complaint number is: **2026-84-3041**.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SANON et al. v. CHATTERJEE et al.
Case No. 1:26-cv-00580 (AMD)(VMS)


# EXHIBIT K

Notarized Affidavit of Riva Ganguly Das September 12, 2023

Riva Ganguly Das, being duly sworn, deposes and says:

I am the Secretary in the Ministry of External Affairs for the Government of India, I am the former Indian Consul-General to the State of New York, I am the former Indian Ambassador to Romania, and I am the former Indian Ambassador to Albania and Moldova.

I am the Godmother of Srijani Chatterjee, the Petitioner in this domestic violence hearing, and am personally familiar with all the facts and circumstances set forth herein.

I submit this affidavit in support of Srijani Chatterjee's (the Petitioner's) application for an Order of Protection against Micky Suri (the Defendant):

1. I reside at 61 W 62nd St, New York, NY, 10023.

2. I have known Srijani Chatterjee since 1993.

3. The parties have known each other since 2021.

4. Micky Suri is Srijani Chatterjee's mother-in-law.

5. Due to the positions, I have held in my political career for the Indian government, I know of Arun Hotchandani, the father of the Petitioner's sister-in-law, Simran Hotchandani. Arun Hotchandani currently serves as the Honorary Consul of India to Belize.

6. Including but not limited to: Arun Hotchandani, the father of the Petitioner's sister-in-law; Bindu Hotchandani, the mother of the Petitioner's sister-in-law; and Simran Hotchandani, the Petitioner's sister-in-law, are under investigation by the Indian government and the US government agencies for customs fraud, immigration fraud, cash embezzlement, and black money dealings since 2010.

7. Numerous complaints from institutions and individuals at federal, state, and national level for customs fraud, immigration fraud, cash embezzlement, and black money dealings have been received by the Indian government and US government agencies against: Arun Hotchandani; Bindu Hotchandani; and Simran Hotchandani since 2010.

8. Upon information and belief, Micky Suri and her family members: Deven Sanon and Manish Sanon have been accomplice in aiding and abetting multiple instances of complaints and subsequent charges made against Simran Hotchandani and her family.

9. In April 2022, upon learning of Srijani Chatterjee's marriage to Micky Suri's son, Ronick Sanon, I personally cautioned Srijani Chatterjee to maintain a distance from and stay alert of her sister-

in-law, Simran Hotchandani and the Hotchandani family under criminal investigation for customs fraud, immigration fraud, cash embezzlement, and black money dealings since 2010.

10. In April 2022, upon learning of Srijani Chatterjee's marriage to Micky Suri's son, Ronick Sanon, I informed Srijani Chatterjee that her legal career could be in jeopardy for association with her sister-in-law, Simran Hotchandani and the Hotchandani family under criminal investigation for customs fraud, immigration fraud, cash embezzlement, and black money dealings since 2010.

11. As a senior member of the foreign dignitary of the Indian government who oversees verified complaints and investigations, I confirm that Srijani Chatterjee has not had and continues to have no involvement in neither the complaints against and nor the criminal investigation of members of the Hotchandani family by the Indian government and US government agencies since 2010.

12. Srijani Chatterjee qualifies as a vulnerable witness due to the knowledge she possesses about the unlawful conduct of her soon to be ex-marital family.

13. On 8th February 2023, my own colleagues within USCIS contacted me and informed me that Micky Suri and her family members: Ronick Sanon, Deven Sanon, Simran Hotchandani, and Manish Sanon, continue to harass USCIS with baseless accusations and unmeritorious lies against Srijani Chatterjee in an attempt to deport the Petitioner from the US.

14. On 5th May 2023, my own colleagues within USCIS contacted me and informed me that Micky Suri and her family members: Ronick Sanon, Deven Sanon, Simran Hotchandani, and Manish Sanon, continue to harass USCIS with baseless accusations and unmeritorious lies against Srijani Chatterjee in an attempt to deport the Petitioner from the US.

15. On 11th September 2023, my own colleagues within USCIS contacted me and informed me that Micky Suri and her family members: Ronick Sanon, Deven Sanon, Simran Hotchandani, and Manish Sanon, continue to harass USCIS with baseless accusations and unmeritorious lies against Srijani Chatterjee in an attempt to deport the Petitioner from the US.

16. Including but not limited to the most recent incident of deportation threats and pursuit of deportation threats by Micky Suri, on 11th September 2023, multiple USCIS representatives in State of New York that I personally work with have informed me directly that Micky Suri has placed several calls from Micky Suri's personal number  - +1-585-750-7161 - and sent two emails from Micky Suri's personal email ID – sanoncpa@gmail.com - to character assassinate and defame Srijani Chatterjee, demanding to have Srijani Chatterjee deported from the US.

17. The calls and emails placed and sent by Micky Suri from her personal number and email address to the USCIS amount to serious harassment, deportation threats, and pursuit of deportation threats by Micky Suri against Srijani Chatterjee.

18. Micky Suri is a deranged, devious, and dangerous woman who is both relentless and unyielding in her threat to deport and pursuit of her threat to deport Srijani Chatterjee from the US.

19. Srijani Chatterjee is in immediate danger from Micky Suri and her family members: Ronick Sanon, Deven Sanon, Simran Hotchandani, and Manish Sanon.

20. Micky Suri is a notoriously cruel, cunning, deceitful, and dangerous woman with a relentless vendetta against the Petitioner's life and future.

21. Micky Suri and her family members: Ronick Sanon, Deven Sanon, Simran Hotchandani, and Manish Sanon, continue to defame and spread baseless lies about the Petitioner's conduct and character to members of society as well as to judicial and government officials in the US.

22. Micky Suri's behavior  has been flagged and cautioned, and her baseless claims and accusations against Srijani Chatterjee have been rejected by judicial and government officials in the US.

23. Micky Suri has been and warned by government officials not to abuse the system and to cease from her immaterial lies and substance-lacking accusations against Srijani Chatterjee.

24. Srijani Chatterjee is now a single immigrant woman in the US due to her abusive marriage, the threats of deportation, and the pursuit of deportation by Micky Suri and her family members: Ronick Sanon, Deven Sanon, Simran Hotchandani, and Manish Sanon.

25. Srijani Chatterjee has qualified with notable merit in the law of the United Kingdom and has been a law-abiding citizen of immaculate character and a non-existent criminal record across several countries and continents in her 31 years.

26. Srijani Chatterjee has been awarded the O-1 visa by the US government in 2016 for her exceptional achievements in law academia from the prestigious University of Edinburgh, where she graduated at the top of her class from Edinburgh School of Law.

27. Srijani Chatterjee has had meritorious right to remain and reside in the United States by virtue of her O-1 visa that was granted in 2016, long before the marriage and acquaintance of Srijani Chatterjee with Micky Suri's son, Ronick Sanon in 2021.

28. I attest to the honorable character, nobility, and justice of Srijani Chatterjee. Srijani Chatterjee has and continues to be an inspiration to her peers in academia, and she has always held her duty to justice as first and foremost.

29. Upon information and belief, Micky Suri has inflicted severe elder abuse on her own 87-year-old father, Darshan Suri, in manipulating false declarations against his health to obtain his power of attorney against his will.

30. Upon information and belief, Micky Suri has abandoned and neglected her own 87-year-old father, Darshan Suri for months on end while purporting to be his legal guardian.

31. Upon information and belief, Micky Suri and her family members: Deven Sanon, Simran Hotchandani, Serena Sanon, and Neal Sanon broke into Micky Suri's 87-year-old father, Darshan Suri's residence and proceeded to steal, hack, and tamper with his personal devices of communication while the elderly gentleman was suffering from COVID-19.

32. Darshan Suri is an 87-year-old senior citizen and Micky Suri's own father, yet Micky Suri's cruelty towards even the elderly she is related to by blood is unbound.

33. Srijani Chatterjee is a qualified British lawyer who performed her duty to the law and justice in helping Darshan Suri against the elderly abuse inflicted upon him by Micky Suri As a result, Srijani Chatterjee is now the directed target of abuse by Micky Suri.

34. Upon information and belief, Micky Suri has directly abused Srijani Chatterjee's safety and well-being through life threats of poison.

35. Micky Suri is the cruel mother-in-law who knows that her daughter-in-law is alone in the US with her own family continents away, and the Defendant has only ever tried to leverage the distance to commit atrocious acts of abuse against the Petitioner.

36. Micky Suri is the cruel mother-in-law who has abandoned her daughter-in-law when she was suffering an ectopic pregnancy and was undergoing the surgical removal of a life-threatening pregnancy on her own in February 2023.

37. Micky Suri's denial of Srijani Chatterjee's ectopic pregnancy does not absolve its truthful occurrence as Micky Suri was neither party to the marriage and consequent marital life as shared between Srijani Chatterjee and her son, Ronick Son, and nor is Micky Suri adequately educated and trained as a medical professional.

38. Micky Suri is a woman of despicable, dishonest, and criminal character to undermine and diminish Srijani Chatterjee's traumatic medical experience with a life-threatening ectopic preganncy and its removal on 6th February 2023.

39. Upon information and belief, Micky Suri forbade her son, Srijani Chatterjee's husband, to be there for Srijani Chatterjee as she underwent surgery for a life-threatening ectopic pregnancy on her own on 6th February 2023.

40. Micky Suri's cruelty towards Srijani Chatterjee, a young woman old enough to be her own child, is unbound.

41. Contrary to any and all maliciously false claims against Srijani Chatterjee by Micky Suri, Srijani Chatterjee is a highly skilled immigrant to the US who has been in receipt of the O-1 visa from the US government for extraordinary ability and achievement. Srijani Chatterjee is of honest, meritorious, and highly capable character.

42. Srijani Chatterjee urgently and immediately requires the support and protection of the US legal system of justice to ensure her continued safety as a resident of the US.

43. I fear for Srijani Chatterjee's life and safety due to the threats of poison and deportation, as well as the pursuit of threats of deportation made against the Petitioner by Micky Suri and her family members: Ronick Sanon, Deven Sanon, Simran Hotchandani, and Manish Sanon.

WHEREFORE, I respectfully urge the Court to award Srijani Chatterjee an Order of Protection against Micky Suri in this pending domestic violence hearing. Urging that the Court award Srijani Chatterjee relief as the Court may deem just and proper.

RIVA GANGULY DAS

Sworn to before me this day

12th day of September 2023

VASHU PATEL
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01PA6334587
Qualified in Kings County
Commission Expires 12/21/2023

Notary Public