**Gmail**

Daniel Szalkiewicz <daniel@lawdss.com>

## Re: Case 26-CV-580: Letter to Judge Scanlon - April 10th 2026

1 message

**Srijani Chatterjee** <srijanic91@gmail.com>                                 Mon, Apr 13, 2026 at 5:45 PM
To: Daniel Szalkiewicz <daniel@veridianlegal.com>
Cc: Cali Madia <cali@veridianlegal.com>, Marc Pelta Lawyer SF <marc@peltalaw.com>

Dear Mr. Szalkiewicz,

Defendant has received Plaintiffs' correspondence regarding Rule 11.

Defendant denies that her filings are frivolous or made in bad faith. In fact, Defendant's motion to dismiss raises substantive threshold issues, including jurisdiction, but not limited to, service and pleading deficiencies, and is supported by a good-faith basis in law and fact.

Defendant does not intend to withdraw her motion and will rely on her filings before the Court.

Sincerely,

Srijani

Sent from my iPhone

> On Apr 10, 2026, at 11:17, Daniel Szalkiewicz <daniel@veridianlegal.com> wrote:
>
> Ms. Chatterjee,
>
> Do you intend to respond to our Rule 11 letter?
>
> Very Truly Yours,
>
> Daniel S. Szalkiewicz, Esq.
>
> **Veridian Legal P.C.**
> 23 West 73rd Street, Suite 102
> New York, New York 10023

Tel.: (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033

On Fri, Apr 10, 2026 at 11:12 AM Srijani Chatterjee <srijanic91@gmail.com> wrote:

> Dear Mr. Szalkiewicz,
>
> Please find attached the Letter to Judge Scanlon as filed on April 10, 2026. Do confirm receipt of the same.
>
> Sincerely,
> Srijani Chatterjee