Case 1:26-cv-00580-AMD-VMS    Document 55-4    Filed 05/01/26    Page 1 of 3 PageID #: 993

# Srijani Chatterjee

srijani.c

british-indian tck | lawyer @uoelawschool

nyc ⊷ us · qa · eng · sct · nl · mys · sg · in

810 followers

| Follow | Message |
|---|---|

## Suggested for you



**Simon Holland**
simoncholland

Follow

**Matthew Brous...**
mondaypunday

Follow

**Kriste...**
kriste...

Fol...

| Threads | Replies | Media | Reposts |
|---|---|---|---|

 **srijani.c** > **Bengali** 4/15/26

When you are probashi, "Shubho Nabobarsho" arrives quietly.

← **srijani.c** ✓  •••



**Srijani Chatterjee**

| **32** | **14.6K** | **1,085** |
|---|---|---|
| posts | followers | following |

british-indian tck | lawyer @uoelawschool

nyc ← us • qa • eng • sct • nl • mys • sg • in

ⓐ srijani.c

**Follow**



# This profile is private

Follow this profile to see their photos and videos.



**Srijani Chatterjee** ✔
@srijani_c

Lawyer. Alma Mater @EdinburghUni. Poet & Financial Writer. British-Indian TCK 📍
🇺🇸 🇶🇦 🇬🇧 🇳🇱 🇲🇾 🇸🇬 🇮🇳

📍 Manhattan, NY    📅 Joined February 2013 ›

**527** Following    **1,504** Followers

Follow

Case 1:26-cv-00580-AMD-VMS    Document 55-4    Filed 05/01/26    Page 3 of 3 PageID #: 995