**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF BRONX**

Deven Sanon and Simran Hotchandani,

              Petitioners,

-   against -

Meta Platforms, Inc., Namecheap, Inc., and Change.org, PBC,

              Respondents.

**AFFIRMATION**

Index No.: 818359/2025E

Riva Ganguly Das affirms the following, under penalty of perjury:

1. I have become aware that a document purporting to be an affidavit executed by me was uploaded to the New York State Unified Court System's electronic filing system, under the above caption and index number. A copy of the affidavit is annexed hereto as Exhibit 1.

2. I did not sign the purported affidavit. I deny any knowledge of, or involvement in, the preparation, execution, or submission of the purported affidavit.

3. The purported affidavit appears to have been executed before a New York State notary on September 12, 2023, but I was not present in the United States at that time. I did not appear before a New York State notary on September 12, 2023, and the signature on the document is not mine.

4. I am not Srijani Chatterjee's godmother. Ms. Chatterjee was a friend of my children during their secondary school years. I have not maintained close contact with her over the years, although I was generally aware that she was undergoing a divorce prior to learning of the existence of this purported affidavit.

5. I have no first-hand knowledge of the claims alleged in the affidavit.

1



Dated:  January 5, 2026
        Delhi, India

I affirm this _5th_ day of January, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Riva Ganguly Das

# Exhibit 1

# EXHIBIT F

Riva Ganguly Das, being duly sworn, deposes and says:

I am the Secretary in the Ministry of External Affairs for the Government of India, I am the former Indian Consul-General to the State of New York, I am the former Indian Ambassador to Romania, and I am the former Indian Ambassador to Albania and Moldova.

I am the Godmother of ███████████ the Petitioner in this domestic violence hearing, and am personally familiar with all the facts and circumstances set forth herein.

I submit this affidavit in support of ███████████ (the Petitioner's) application for an Order of Protection against Micky Suri (the Defendant):

1. I reside at 61 W 62nd St, New York, NY, 10023.

2. I have known ███████████ since 1993.

3. The parties have known each other since 2021.

4. Micky Suri is ███████████ mother-in-law.

5. Due to the positions, I have held in my political career for the Indian government, I know of Arun Hotchandani, the father of the Petitioner's sister-in-law, Simran Hotchandani. Arun Hotchandani currently serves as the Honorary Consul of India to Belize.

6. Including but not limited to: Arun Hotchandani, the father of the Petitioner's sister-in-law; Bindu Hotchandani, the mother of the Petitioner's sister-in-law; and Simran Hotchandani, the Petitioner's sister-in-law, are under investigation by the Indian government and the US government agencies for customs fraud, immigration fraud, cash embezzlement, and black money dealings since 2010.

7. Numerous complaints from institutions and individuals at federal, state, and national level for customs fraud, immigration fraud, cash embezzlement, and black money dealings have been received by the Indian government and US government agencies against: Arun Hotchandani; Bindu Hotchandani; and Simran Hotchandani since 2010.

8. Upon information and belief, Micky Suri and her family members: Deven Sanon and Manish Sanon have been accomplice in aiding and abetting multiple instances of complaints and subsequent charges made against Simran Hotchandani and her family.

9. In April 2022, upon learning of ███████████ marriage to Micky Suri's son, Ronick Sanon, I personally cautioned ███████████ to maintain a distance from and stay alert of her sister-

in-law, Simran Hotchandani and the Hotchandani family under criminal investigation for customs fraud, immigration fraud, cash embezzlement, and black money dealings since 2010.

10. In April 2022, upon learning of ▮▮▮▮▮▮▮▮▮▮ marriage to Micky Suri's son, Ronick Sanon, I informed ▮▮▮▮▮▮▮▮ that her legal career could be in jeopardy for association with her sister-in-law, Simran Hotchandani and the Hotchandani family under criminal investigation for customs fraud, immigration fraud, cash embezzlement, and black money dealings since 2010.

11. As a senior member of the foreign dignitary of the Indian government who oversees verified complaints and investigations, I confirm that ▮▮▮▮▮▮▮▮ has not had and continues to have no involvement in neither the complaints against and nor the criminal investigation of members of the Hotchandani family by the Indian government and US government agencies since 2010.

12. ▮▮▮▮▮▮▮▮ qualifies as a vulnerable witness due to the knowledge she possesses about the unlawful conduct of her soon to be ex-marital family.

13. On 8th February 2023, my own colleagues within USCIS contacted me and informed me that Micky Suri and her family members: Ronick Sanon, Deven Sanon, Simran Hotchandani, and Manish Sanon, continue to harass USCIS with baseless accusations and unmeritorious lies against ▮▮▮▮▮▮▮▮ in an attempt to deport the Petitioner from the US.

14. On 5th May 2023, my own colleagues within USCIS contacted me and informed me that Micky Suri and her family members: Ronick Sanon, Deven Sanon, Simran Hotchandani, and Manish Sanon, continue to harass USCIS with baseless accusations and unmeritorious lies against ▮▮▮▮ ▮▮▮▮ in an attempt to deport the Petitioner from the US.

15. On 11th September 2023, my own colleagues within USCIS contacted me and informed me that Micky Suri and her family members: Ronick Sanon, Deven Sanon, Simran Hotchandani, and Manish Sanon, continue to harass USCIS with baseless accusations and unmeritorious lies against ▮▮▮▮▮▮▮▮ in an attempt to deport the Petitioner from the US.

16. Including but not limited to the most recent incident of deportation threats and pursuit of deportation threats by Micky Suri, on 11th September 2023, multiple USCIS representatives in State of New York that I personally work with have informed me directly that Micky Suri has placed several calls from Micky Suri's personal number - +1-585-750-7161 - and sent two emails from Micky Suri's personal email ID – sanoncpa@gmail.com - to character assassinate and defame ▮▮▮▮▮▮▮▮ demanding to have ▮▮▮▮▮▮▮▮ deported from the US.

17. The calls and emails placed and sent by Micky Suri from her personal number and email address to the USCIS amount to serious harassment, deportation threats, and pursuit of deportation threats by Micky Suri against ▮▮▮▮▮▮▮▮

18. Micky Suri is a deranged, devious, and dangerous woman who is both relentless and unyielding in her threat to deport and pursuit of her threat to deport ███████████ from the US.

19. ███████████ is in immediate danger from Micky Suri and her family members: Ronick Sanon, Deven Sanon, Simran Hotchandani, and Manish Sanon.

20. Micky Suri is a notoriously cruel, cunning, deceitful, and dangerous woman with a relentless vendetta against the Petitioner's life and future.

21. Micky Suri and her family members: Ronick Sanon, Deven Sanon, Simran Hotchandani, and Manish Sanon, continue to defame and spread baseless lies about the Petitioner's conduct and character to members of society as well as to judicial and government officials in the US.

22. Micky Suri's behavior has been flagged and cautioned, and her baseless claims and accusations against ███████████ have been rejected by judicial and government officials in the US.

23. Micky Suri has been and warned by government officials not to abuse the system and to cease from her immaterial lies and substance-lacking accusations against ███████████

24. ███████████ is now a single immigrant woman in the US due to her abusive marriage, the threats of deportation, and the pursuit of deportation by Micky Suri and her family members: Ronick Sanon, Deven Sanon, Simran Hotchandani, and Manish Sanon.

25. ███████████ has qualified with notable merit in the law of the United Kingdom and has been a law-abiding citizen of immaculate character and a non-existent criminal record across several countries and continents in her 31 years.

26. ███████████ has been awarded the O-1 visa by the US government in 2016 for her exceptional achievements in law academia from the prestigious University of Edinburgh, where she graduated at the top of her class from Edinburgh School of Law.

27. ███████████ has had meritorious right to remain and reside in the United States by virtue of her O-1 visa that was granted in 2016, long before the marriage and acquaintance of ███████ ███████ with Micky Suri's son, Ronick Sanon in 2021.

28. I attest to the honorable character, nobility, and justice of ███████████████ has and continues to be an inspiration to her peers in academia, and she has always held her duty to justice as first and foremost.

29. Upon information and belief, Micky Suri has inflicted severe elder abuse on her own 87-year-old father, Darshan Suri, in manipulating false declarations against his health to obtain his power of attorney against his will.

30. Upon information and belief, Micky Suri has abandoned and neglected her own 87-year-old father, Darshan Suri for months on end while purporting to be his legal guardian.

31. Upon information and belief, Micky Suri and her family members: Deven Sanon, Simran Hotchandani, Serena Sanon, and Neal Sanon broke into Micky Suri's 87-year-old father, Darshan Suri's residence and proceeded to steal, hack, and tamper with his personal devices of communication while the elderly gentleman was suffering from COVID-19.

32. Darshan Suri is an 87-year-old senior citizen and Micky Suri's own father, yet Micky Suri's cruelty towards even the elderly she is related to by blood is unbound.

33. ████████████ is a qualified British lawyer who performed her duty to the law and justice in helping Darshan Suri against the elderly abuse inflicted upon him by Micky Suri As a result, ████████████ is now the directed target of abuse by Micky Suri.

34. Upon information and belief, Micky Suri has directly abused ████████████ safety and well-being through life threats of poison.

35. Micky Suri is the cruel mother-in-law who knows that her daughter-in-law is alone in the US with her own family continents away, and the Defendant has only ever tried to leverage the distance to commit atrocious acts of abuse against the Petitioner.

36. Micky Suri is the cruel mother-in-law who has abandoned her daughter-in-law when she was suffering an ectopic pregnancy and was undergoing the surgical removal of a life-threatening pregnancy on her own in February 2023.

37. Micky Suri's denial of ████████████ ectopic pregnancy does not absolve its truthful occurrence as Micky Suri was neither party to the marriage and consequent marital life as shared between ████████████ and her son, Ronick Son, and nor is Micky Suri adequately educated and trained as a medical professional.

38. Micky Suri is a woman of despicable, dishonest, and criminal character to undermine and diminish ████████████ traumatic medical experience with a life-threatening ectopic preganncy and its removal on 6th February 2023.

39. Upon information and belief, Micky Suri forbade her son, ████████████ husband, to be there for ████████████ as she underwent surgery for a life-threatening ectopic pregnancy on her own on 6th February 2023.

40. Micky Suri's cruelty towards ████████████ a young woman old enough to be her own child, is unbound.

41. Contrary to any and all maliciously false claims against ▮▮▮▮▮ by Micky Suri, ▮▮▮▮▮ ▮▮▮▮▮ is a highly skilled immigrant to the US who has been in receipt of the O-1 visa from the US government for extraordinary ability and achievement. ▮▮▮▮▮ is of honest, meritorious, and highly capable character.

42. ▮▮▮▮▮ urgently and immediately requires the support and protection of the US legal system of justice to ensure her continued safety as a resident of the US.

43. I fear for ▮▮▮▮▮ life and safety due to the threats of poison and deportation, as well as the pursuit of threats of deportation made against the Petitioner by Micky Suri and her family members: Ronick Sanon, Deven Sanon, Simran Hotchandani, and Manish Sanon.

WHEREFORE, I respectfully urge the Court to award ▮▮▮▮▮ an Order of Protection against Micky Suri in this pending domestic violence hearing. Urging that the Court award ▮▮▮▮▮ ▮▮▮▮▮ relief as the Court may deem just and proper.

RIVA GANGULY DAS

Sworn to before me this day

12th day of September 2023

VASHU PATEL
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01PA6334587
Qualified in Kings County
Commission Expires 12/21/2023

Notary Public