FILED: BRONX COUNTY CLERK 12/03/2025 02:33 PM
NYSCEF DOC. NO. 36

INDEX NO. 818359/2025E
RECEIVED NYSCEF: 02/03/2026

# EXHIBIT B

I met Ronick Sanon, my husband, in February 2021 online. He was 25 years old when we first met and an American citizen of Indian ethnicity and heritage. He is an investor at a hedge fund and as I was working in private finance at the time, we shared a lot of common interests (i.e. the stocks market). We also shared interests outside of work like travel, food, and movies. I was very physically attracted to Ronick – he has brunette hair, green eyes, and is a tall man. Just my type.

We proceeded to get to know each other from February 2021 through March 2021, and on 5th March 2021, Ronick flew to London from New York City to meet me for the first time. We first met at Heathrow Airport in London when he landed from New York, and I had rented us an apartment in London for us to move into. We never even thought to book a hotel, we knew we would be living together from the get-go. The decision to do so was confirmed because when we met for the first time, we had instant chemistry. We moved in together in London till April 2021 when Ronick had to return to the United States. I then flew to the United States in May 2021 to visit him and meet his family.

I first met his family at his sister's college graduation in Rochester, New York in June 2021. We continued to fall irrevocably in love with each other and I decided then that I would have to abandon my visitor visa to remain with him. We moved to Miami where Ronick had rented an apartment for us for the month, and we spent that month in bliss together. We would take morning and night walks by the beach, go out dancing late into the night in Little Havana, cook together, laugh together. Being together was just as easy and natural as it had been when Ronick had visited me in London.

Ronick proposed to me one night as we were eating dinner on our balcony in Miami. It was a very natural proposal, there was no ring at the time and I did not question that because he said I would pick out a ring I liked later on. It was an instant yes for me, I just knew he was the one because love had never felt so easy. We decided that we could not bear to be apart and we envisioned a lifetime together, so we tied the knot in a court ceremony in Ronick's hometown – Rochester, New York - on 18th July 2021. It was an intimate civil ceremony for just us, and we celebrated with close family afterwards. We planned to do a big wedding with the extended families on a later date down the line. We signed a lease together for an apartment in Manhattan in July 2021. The address was Apartment 2C, 301 W 57th St, New York, NY, 10019. I sourced the majority of our furniture on Facebook marketplace and Ronick and I went to go pick it up from the different sellers.

We continued to live together in married life and our first few months were nothing short of blissful. We spent time with each other's family and friends. For instance, Ronnie's parents and younger siblings lived in Rochester, New York – a 5h car ride from Manhattan. So on at least one weekend per month, Ronnie and I would rent a car and drive up to spend the weekend with them. We would stay at his mom's, Micky Suri's, and take Ronnie's younger siblings – Neal Sanon, his younger brother; Mila Sanon, his half-sister; and Neera Sanon, his half-sister – out for shopping, food, and sightseeing. We would also visit Ronnie's maternal granddad who we both called Nana, at the elderly citizen home where he is resident.

I grew accustomed and familiar with American lifestyle and living in New York City, we created our own world that worked perfectly for us. However, a few months after marriage, it was clear that Ronick had financial problems that he wouldn't share with me no matter how hard I tried to get him to open up and be transparent about what these problems were. We kept getting intimidating creditors' letters, loan letters, debt letters through the door but he

FILED: BRONX COUNTY CLERK 12/03/2025 02:33 PM

NYSCEF DOC. NO. 36

INDEX NO. 818359/2025E

RECEIVED NYSCEF: 02/03/2026

would physically and aggressively snatch the mail from me and not let me have a look at anything.

Despite the fact that he knew that I did not have the right to work in the United States because my marriage-based immigration application was still pending at the time, Ronick put incessant pressure on me to financially contribute to the household. It took the form of degrading, demeaning, and demoralising emotional and psychological abuse as he said things to me like, "You are so worthless, I make 6x what you make. You are lazy and incompetent. You should be contributing equally to the marriage and you just have nothing but excuses about immigration." Initially I thought that he did not understand the issues with immigration faced by a foreign spouse as they awaited their right to work, but soon I realised, it was not so much that he did not understand but more that he did not care. He would put pressure on me, abuse me, and gaslight me for my inability to get higher paying jobs in a country where he knew I did not have the right to work.

He was extremely financially controlling – to the point where despite having a joint account on paper so he could enjoy the spousal tax exemption, he would not let me have access to the joint account mobile application and neither would he give me access to see exactly what was in the account, what transactions were being made, etc. Any time I needed money even for the smallest thing – be it a $10 subway journey or a $5 snack – he would send me multiple messages/ call me during the workday to inquire and barrage me about my excessive spending. He would also blame me for his inability to buy me a ring. He would tell me that it was due to me spending any minimal amount of money, that he was unable to afford a ring as a symbol of our marriage. The financial, emotional, and psychological abuse became a constant theme in our marriage, it started in September 2021 and never ceased since. This made me feel very unaccomplished, powerless, and useless as a woman. I felt completely depleted and exhausted trying to make him happy while suppressing my own happiness in turn.

The day I opened the mail without his consent was the day the physical abuse began and he punched me square in my stomach. I was winded but I uncovered the reality he had been trying so desperately to hide from me: he was over $150,000 in debt from gambling. He had not told me this before marrying me and had selfishly made me liable for marital debt that I had no idea about when I married him.

Although he apologised for punching me the first time he did so – in writing, with flowers, and for once, helping around the house – as the months passed, he grew unapologetic in getting in my face while snarling at me, choking me by grabbing my throat, pinning me down and slapping me, punching me, kicking me. The physical abuse grew worse and worse, because he knew he could get away with it as I did not call the police on him out of love and hope that he would change. But Ronick did not change, he took my forgiveness for granted, and instead of apologising for every instance of abuse, took to gaslighting me and telling me I deserved it.

He would also complain to his family about our marriage and me, leading to me incurring severe emotional, mental, and psychological abuse. His father, Manish Sanon, started calling me a "cunt" and a "snake" in his communications with others in the family, he also threatened me directly with deportation; his mother, Micky Suri, persistently tried to get Ronick to file for divorce behind my back and also wrote to ICE to try and have me deported from the country; his brother, Deven Sanon, and his brother's wife, Simran Hotchandani-Sanon, explicitly told me not to come to family events and that they wanted to have no

FILED: BRONX COUNTY CLERK 12/03/2025 02:33 PM    INDEX NO. 818359/2025E

NYSCEF DOC. NO. 36    RECEIVED NYSCEF: 02/03/2026

relationship with me. Ronick would abandon me for events like family weddings, Thanksgiving, Christmas, and go spend it upstate with his whole family while leaving me behind in our apartment in the city to spend the holidays alone. He also started to constructively abandon me and would make demeaning comments about my body, tell me I am fat, refuse to be intimate with me. This damaged my self-esteem and confidence, and I became very depressed. I sought therapy for myself and even tried to get him to attend couples therapy with me, but he was arrogant and apathetic. He considered his decision-making to be superior to any advice a licensed mental health professional could afford to him.

In September 2023, I discovered that I had an overgrown uterine fibroid that would require a major surgical removal. I told Ronick and his first words to my anxiety and worry about surgery were, "there is always something with you, this is going to be expensive." I was shattered not to have any emotional support from my own husband. In November 2023, he begrudgingly came to my doctor's appointment with me and we learnt that, despite the odds, I had had a positive pregnancy test. However, we could not see the pregnancy on the ultrasound scan so we assumed then that it was just a false positive.

Ronick started behaving very estranged, erratic, and cold. On 23rd December 2023, two days before Christmas, and a day before I was due to fly to Doha, Qatar (where my parents currently reside) for my fibroid surgery, Ronick told me to expect an electrician at 1 PM before he left for work. At 1 PM, when I opened the door, I was served with divorce papers. Yet again, I was winded. He had left for holiday with his family to Belize to, ironically, celebrate his brother's marriage. It was the coldest and most vicious winter storm known to American history that hit New York, and I was alone in our apartment – once again – for the holiday season, desperately trying to find a lawyer.

I had to cancel my flight on the 24th December 2023 to Doha for my fibroid surgery in order to find a lawyer and start my own end of divorce proceedings. I was alone and because of the storm, nobody could get to me for emotional support and I had no family in the city. Ronick had given me 2 days to get 2 years of my life out of the home I had so lovingly created for him and our marriage. Despite the emotional upheaval and my fibroid pain, I managed to find a lawyer and fly to my parents, only to learn that the positive pregnancy test in November 2023 was an ectopic pregnancy on my left ovary. A 9-week ectopic pregnancy was not just a pregnancy that was not viable as it was growing in the wrong location, it could have also been fatal had any further time elapsed. The doctors said I was very lucky to have survived a 9-week growth without ovary rupture or even fatality. I first had to have the ectopic pregnancy surgically removed with laser surgery to best minimise the risk of damage to my reproductive organs. Although the surgery achieved its motive, I incurred a third-degree burn to my left flank as a surgical complication from the laser beam. A large, unsightly, and noticeable burn with permanent scarring that completely depleted my self-esteem and self-confidence, and made me feel very suicidal.

Following the surgery, I returned to the US in an attempt to reconcile with my spouse even though I knew that I was better off without him. However, despite desperately trying to reach out to Ronick, he had blocked me everywhere and was not there for me even though I went through all of what I had alone for the past few months.

This marriage has left me feeling completely untrusting of love and relationships. Ronick's treatment of me has caused me to feel anxious, depressed, and frequently suicidal. The psychological and emotional trauma from the neglect, abandonment, and fraud causes me

FILED: BRONX COUNTY CLERK 12/03/2025 02:33 PM    INDEX NO. 818359/2025E

NYSCEF DOC. NO. 36    RECEIVED NYSCEF: 02/03/2026

sleepless nights, random periods of unstoppable tears, a distracted mind that is unable to focus without lingering to thoughts of the trauma. I have panic attacks where I am unable to stop crying and have difficulty breathing just so much as thinking about the day he left and how he ended our relationship and marriage.

The mercilessness of his actions haunts my every thought, every feeling, every step. I want to feel renewed and I want to turn my life over a new page in the country I now call home by virtue of marriage. I want to be able to remain in the United States and rewrite my own story, establish my own career, and stand on my own two feet towards a much brighter future than the one I was promised and failed by Ronick when I moved to this country for the sake of his love and our marriage. I want to make the United States my home on my own terms and be able to survive, thrive, and live with my head held high despite the extreme cruelty I have faced as a result of marriage to an American citizen.

