



would also visit his maternal grandfather at the elderly citizen home where he resides.

I grew accustomed to American lifestyle and living in New York City, we created our own world that worked perfectly for us. However, a few months after marriage, it was clear that Ronick had financial problems that he wouldn't share with me no matter how hard I tried to get him to open up and be transparent about what these problems were. We kept getting intimidating creditors' letters, loan letters, debt letters through the door but he would physically and aggressively snatch the mail from me and not let me have a look at anything.

Despite the fact that he knew that I did not have the right to work in the United States because my marriage-based immigration application was still pending at the time, Ronick put incessant pressure on me to financially contribute to the household. It took the form of degrading, demeaning, demoralising emotional and psychological abuse as he said things to me like, "You are so worthless, I make 6x what you make. You are lazy and incompetent. You should be contributing equally to the marriage and you just have nothing but excuses about immigration." Initially I thought that he did not understand the issues with immigration faced by a foreign spouse as they awaited their right to work, but soon I realised, it was not so much that he did not understand but more that he did not care. He would put pressure on me, abuse me, and gaslight me for my inability to get higher paying jobs in a country where he knew I did not have the right to work.

He was extremely financially controlling – to the point where despite having a joint account on paper so he could enjoy the spousal tax exemption, he would not let me have access to the joint account mobile application and neither would he give me access to see exactly what was in the account, what transactions were being made, etc. Any time I needed money even for the smallest thing – be it a $10 subway journey or a $5 snack – he would send me multiple messages till me during the workday to inquire and harrage me about my excessive spending. He would also blame me for his inability to buy me a ring. He would tell me that it was due to me spending any minimal amount of money that he was unable to afford a ring as a symbol of our marriage. The financial, emotional and psychological abuse became a constant theme in our marriage, it started in September 2021 and never ceased since. This made me feel very unaccomplished, powerless, and useless as a woman. I felt completely depleted and exhausted trying to make him happy while suppressing my own happiness in turn.

The day I opened the mail without his consent was the day the physical abuse began and he punched me square in my stomach. I was winded but I uncovered the reality he had been trying so desperately to hide from me: he was over $150,000 in debt from gambling. He had not told me this before marrying me and had selfishly made me liable for marital debt that I had no idea about when I married him.

Although he apologised for punching me the first time he did so – in writing, with flowers, and for once helping around the house – as the months passed, he grew unapologetic in getting in my face while snarling at me, choking me by grabbing my throat, pinning me down and slapping me, punching me, kicking me. The physical abuse grew worse and worse, because he knew he could get away with it as I did not call the police on him out of love and hope that he







**Left document:**

FILED: BRONX COUNTY CLERK 12/03/2025 02:33 PM   INDEX NO. 818359/2025E
NYSCEF DOC. NO. 36   RECEIVED NYSCEF: 02/03/2026

sleepless nights, random periods of unstoppable tears, a distracted mind that is unable to focus without lingering to thoughts of the trauma. I have panic attacks where I am unable to stop crying and have difficulty breathing just so much as thinking about the day he left and how he ended our relationship and marriage.

The mercilessness of his actions haunts my every thought, every feeling, every step. I want to feel renewed and I want to turn my life over a new page in the country I now call home by virtue of marriage. I want to be able to remain in the United States and rewrite my own story, establish my own career, and stand on my own two feet towards a much brighter future than the one I was promised and failed by Ronick when I moved to this country for the sake of his love and our marriage. I want to make the United States my home on my own terms and be able to survive, thrive, and live with my head held high despite the extreme cruelty I have faced as a result of marriage to an American citizen.

**Right document:**

In September 2023, I discovered that I had an overgrown uterine fibroid that would require a major surgical removal. I told Ronick and his first words to my anxiety and worry about surgery were, "there is always something with you, this is going to be expensive." I was shattered not to have any emotional support from my own husband.

In November 2023, we learned of a positive pregnancy test, which later turned out to be a life-threatening ectopic pregnancy. On 23rd December 2023, I was served with divorce papers while alone. Ronick left for holiday with his family.

I had to cancel my travel for surgery and later underwent emergency surgery alone, including removal of the ectopic pregnancy and suffering a third-degree burn as a complication.

Following surgery, Ronick blocked me and abandoned me entirely.

This marriage has left me feeling completely untrusting of love and relationships. I suffer from anxiety, depression, panic attacks, and emotional trauma. I experience sleeplessness and severe distress.

I want to rebuild my life in the United States independently and move forward safely.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Srijani Chatterjee

Date: March 30, 2023