File#: 129846(0-09381-23)                                    GF-15 (8/2010)                          Page1 of1

At a term of the Family Court of the State
of New York, held in and for the County
of Monroe at Monroe County Family
Comt, Hall of Justice, 99 Exchange Blvd,
Rochester, NY 14614-2187, on October
30,2024

**PRESENT:** Darius K. Lind, Court Attorney Referee

In the Matter of **an Article 8 Family Offense** Proceeding

**Madhu Suri** (Petitioner)

▉▉▉▉▉▉▉▉ (Respondent)

| | |
|---|---|
| **File#:** | 129846 |
| **Docket#:** | 0-09381-23 (Motion 1) |

**ORDER ON MOTION**

A motion was filed with this Court by Lawrence J. Krieger on March 21, 2024, requesting an order on a Motion to Dismiss.

▉▉▉▉▉▉▉ did not appear.

Madhu Suri did not appear.

After examining the motion papers and supporting affidavit(s), the court finds that there is no longer subject matter jurisdiction.

**NOW,** therefore, it is hereby:

> **ORDERED** that the motion of Lawrence **J.** Krieger is granted in the following respects(s): Petitions are dismissed with prejudice.

**IT IS FURTHER ORDERED** that any temporary order of protection issued under Docket #0-09381-23 is vacated.

Dated: **October 30, 2024**

20241030112539DLIND0342368BE4DA4889AD28062F4F4F2549

**Darius K. Lind**

**Check applicable box:**
o  Order mailed on 10/30/24 to parties. RK
o  Order received in court on [specify date(s) and to whom given]: _____

CC:     Charu Narang, Attorney
        Lawrence J. Krieger, Attorney
        Madhu Suri
        ▉▉▉▉▉▉▉▉▉▉▉