PROCEEDINGS                12

So what is the physical address at which the plaintiff -- I'm sorry, the defendant, that you want to receive mail at?  Because let me just walk through the situation here.

The court communicates, however old fashion it may be, by mail, unless there is an approved application for receipt of notices from the court by electronic means.  And we just, and I don't know whether it will be acceptable to the clerk's office, have this pro se consent to electronic notification.

We need an address, because right now it was just in order to get this going that we were communicating by email.

So what's the mailing address that the defendant you want to be -- us to use?

And when I say "us," it's both the court and plaintiffs' counsel.

MS. CHATTERJEE:  Your Honor, thank you.

I -- just with regard to the issue regarding service, I have not been personally served.  The papers were not delivered to me, nor to a person who resides with me, instead they were handed to an acquaintance who does not live with me.

Given my privacy and safety concerns, I would prefer not to the state details of my residence on the public record.

THE COURT:  Give us a mailing address.  We have told