Case 1:26-cv-00580-AMD-VMS    Document 55-11    Filed 05/01/26    Page 1 of 4 PageID #: 1016

## SUPREME COURT OF THE STATE OF NEW YORK

## COUNTY OF BRONX

-------------------------------------------------------------------X

DEVEN SANON and SIMRAN HOTCHANDANI,

                                          Index No. 818359/2025E

              *Plaintiffs,*

                      -against-

JANE DOE,

              *Respondent.*

-------------------------------------------------------------------X

### MOTION TO QUASH PRE-ACTION DISCOVERY SUBPOENAS
### NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law, the Affidavit of Jane Doe in Support sworn to on November 25, 2025, the exhibits attached hereto, and all prior proceedings had herein, Respondent will move this Court, at a time and place to be determined by the Court, for an Order pursuant to CPLR § 3101, CPLR § 3122, and the First Amendment to the United States Constitution:

1. Quashing the pre-action discovery subpoena served on Google LLC seeking information related to email account tater9838@gmail.com;

2. Quashing the pre-action discovery subpoena served on Meta Platforms, Inc. seeking information related to social media accounts allegedly associated with Respondent;

3. Directing that Google LLC and Meta Platforms, Inc. shall not produce any documents or information in response to said subpoenas;

4. Granting Respondent leave to proceed pseudonymously under the name "Jane Doe" in this action and any related proceedings;

5. Awarding Respondent reasonable attorneys' fees and costs incurred in bringing this motion;

6. Granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

JANE DOE

Pro Se Respondent

[Contact: thetck@yahoo.com]

Dated: November 25, 2025

Doha, Qatar

NYSCEF

Bronx County Supreme Court

**Document List**

**Index #   818359/2025E**

Created on:04/29/2026 04:47 PM

Case Caption:   **Deven Sanon et al v. Meta Platforms, Inc. et al**

Judge Name:   **Marissa Soto**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | PETITION | Processed | 08/28/2025 | Szalkiewicz, D. |
| 2 | EXHIBIT(S) - 1 <br> Schedule 1 | Processed | 08/28/2025 | Szalkiewicz, D. |
| 3 | ORDER TO SHOW CAUSE - ACCOMPANYING COMMENCEMENT DOC(S) (PROPOSED) (Motion #1) *Corrected* | Processed | 08/29/2025 | Szalkiewicz, D. |
| 4 | AFFIDAVIT OR AFFIRMATION IN SUPPORT *Corrected* <br> Daniel Szalkiewicz Affirmation | Processed | 08/29/2025 | Szalkiewicz, D. |
| 5 | MEMORANDUM OF LAW IN SUPPORT | Processed | 08/28/2025 | Szalkiewicz, D. |
| 6 | EXHIBIT(S) - 1 <br> Exhibit 1 Namecheap subpoena | Processed | 08/28/2025 | Szalkiewicz, D. |
| 7 | RJI -RE: ORDER TO SHOW CAUSE *Corrected* | Processed | 08/29/2025 | Szalkiewicz, D. |
| 8 | ORDER TO SHOW CAUSE (Motion #1) <br> Dated 9/3/2025 | Processed | 09/05/2025 | Court User |
| 9 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #1) <br> Change.org | Processed | 09/08/2025 | Szalkiewicz, D. |
| 10 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #1) <br> Namecheap, Inc | Processed | 09/08/2025 | Szalkiewicz, D. |
| 11 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #1) | Processed | 09/09/2025 | Szalkiewicz, D. |
| 12 | PETITION (AMENDED) | Processed | 10/14/2025 | Szalkiewicz, D. |
| 13 | ORDER TO SHOW CAUSE ( PROPOSED ) (Motion #2) *Corrected* | Pending | 10/15/2025 | Szalkiewicz, D. |
| 14 | MEMORANDUM OF LAW IN SUPPORT (Motion #2) | Processed | 10/14/2025 | Szalkiewicz, D. |
| 15 | AFFIDAVIT OR AFFIRMATION IN SUPPORT (Motion #2) | Processed | 10/15/2025 | Szalkiewicz, D. |
| 16 | ORDER TO SHOW CAUSE (Motion #2) <br> Dated 10/17/2025 | Processed | 10/16/2025 | Court User |
| 17 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #2) <br> Stripe Affidavit of Service | Processed | 10/21/2025 | Szalkiewicz, D. |
| 18 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #2) <br> Affidavit of Service Starry | Processed | 10/21/2025 | Szalkiewicz, D. |
| 19 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #2) <br> Comcast | Processed | 10/24/2025 | Szalkiewicz, D. |
| 20 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #2) <br> Google | Processed | 10/24/2025 | Szalkiewicz, D. |
| 21 | STIPULATION - AMENDING CAPTION | Processed | 10/28/2025 | Szalkiewicz, D. |

NYSCEF
Bronx County Supreme Court

**Document List**

Index #   818359/2025E

Created on:04/29/2026 04:47 PM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 22 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #2) Paypal | Processed | 10/28/2025 | Szalkiewicz, D. |
| 23 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #2) Apple | Processed | 10/28/2025 | Szalkiewicz, D. |
| 24 | STIPULATION - SO ORDERED Regarding Pre-Action Discovery Dated November 12 2025 | Processed | 11/18/2025 | Court User |
| 25 | NOTICE OF APPEARANCE (POST RJI) | Returned For Correction | 11/18/2025 | Reifer, F. |
| 26 | NOTICE OF APPEARANCE (POST RJI) | Processed | 11/19/2025 | Izower-Fadde, R. |
| 27 | NOTICE OF SETTLEMENT W/PROPOSED ORDER/COUNTER ORDER (Motion #2) NameCheap Notice of Settlement With Order | Processed | 11/19/2025 | Szalkiewicz, D. |
| 28 | NOTICE OF SETTLEMENT W/PROPOSED ORDER/COUNTER ORDER (Motion #2) Notice of Settlement Apple w/ Overnight Mail Affirmation of Service | Processed | 11/19/2025 | Szalkiewicz, D. |
| 29 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #2) Affidavit of Service Name Cheap Notice of Settlement | Processed | 11/19/2025 | Szalkiewicz, D. |
| 30 | STIPULATION - DISCOVERY SO-ORDERED DATED 10/14/2025. | Processed | 11/21/2025 | Court User |
| 31 | ORDER - OTHER (Motion #2) Dated November 19 2025 | Processed | 11/21/2025 | Court User |
| 32 | STIPULATION - DISCOVERY Dated November 20 2025 | Processed | 11/24/2025 | Court User |
| 33 | NOTICE OF MOTION (Motion #3) *Corrected* NOTICE OF MOTION TO QUASH PRE ACTION DISCOVERY SUBPOENAS | Processed | 01/21/2026 | Court User |
| 34 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #3) *Corrected* | Processed | 01/21/2026 | Court User |
| 35 | NOTICE OF MOTION *Corrected* FOR LEAVE TO PROCEED PSEUDONYMOUSLY | Processed | 01/21/2026 | Court User |
| 36 | EXHIBIT(S) - A *Corrected* EXHIBITS A THRU I | Processed | 01/21/2026 | Court User |
| 37 | LETTER / CORRESPONDENCE TO JUDGE (Motion #2) Outstanding Issues | Pending | 01/05/2026 | Szalkiewicz, D. |
| 38 | LETTER / CORRESPONDENCE TO JUDGE (Motion #3) | Returned For Correction | 01/05/2026 | Szalkiewicz, D. |
| 39 | LETTER / CORRESPONDENCE TO JUDGE | Returned For Correction | 01/05/2026 | Szalkiewicz, D. |
| 40 | AFFIRMATION/AFFIDAVIT OF SERVICE Conference notice and link for conference | Processed | 01/06/2026 | Szalkiewicz, D. |

NYSCEF                           Document List                #: 1010
Bronx County Supreme Court       Index #   818359/2025E        Created on:04/29/2026 04:47 PM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|---------------------------|--------|---------------|----------|
| 41 | | Deleted | | |
| 42 | ORDER - OTHER<br>Dated 1/15/2026 | Processed | 01/21/2026 | Court User |
| 43 | AFFIRMATION (Motion #3)<br>META PLATFORMS, INC.S AFFIRMATION OF<br>COUNSEL IN RESPONSE TO MOTION TO QUASH | Processed | 01/23/2026 | Vanacore, J. |
| 44 | AFFIRMATION (Motion #3)<br>GOOGLE LLCS AFFIRMATION OF COUNSEL IN<br>RESPONSE TO MOTION TO QUASH | Processed | 01/23/2026 | Vanacore, J. |
| 45 | AFFIRMATION (Motion #3)<br>Izower Affirmation for Starry Inc. taking no position on<br>Motion to Quash | Processed | 01/23/2026 | Izower-Fadde, R. |
| 46 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #3)<br>Service by Starry in compliance with Court Order | Processed | 01/23/2026 | Izower-Fadde, R. |
| 47 | NOTICE OF DISCONTINUANCE (POST RJI)<br>To respondents Namecheap, Inc., Change.org, PBC,<br>Comcast Cable Communications, LLC., PayPal Holdings | Pending | 02/04/2026 | Szalkiewicz, D. |
| 48 | DECISION + ORDER ON MOTION (Motion #3)<br>SHORT FORM ORDER DATED 2/2/2026 | Processed | 02/05/2026 | Court User |
| 49 | STIPULATION - DISCONTINUANCE (POST RJI)<br>Google | Processed | 02/05/2026 | Szalkiewicz, D. |
| 50 | STIPULATION - DISCONTINUANCE (POST RJI)<br>Meta | Processed | 02/05/2026 | Szalkiewicz, D. |
| 51 | STIPULATION - DISCONTINUANCE (POST RJI)<br>Starry | Processed | 02/17/2026 | Szalkiewicz, D. |
| 52 | ORDER - OTHER (Motion #3)<br>SHORT FORM ORDER DATED 2/18/2026 | Processed | 02/19/2026 | Court User |