Case 1:26-cv-00580-AMD-VMS    Document 55-11    Filed 05/04/26    Page 2 of 3 PageID #: 1001

**Document List**

**Index #   818359/2025E**

Created on:04/30/2026 04:47 PM

*** Filed, 02 May 2026 10:39 AM, U.S.D.C. Eastern District of New York

Case Caption:   **Deven Sanon et al v. Meta Platforms, Inc. et al**

Judge Name:   **Marissa Soto**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | PETITION | Processed | 08/28/2025 | Szalkiewicz, D. |
| 2 | EXHIBIT(S) - 1 <br> Schedule 1 | Processed | 08/28/2025 | Szalkiewicz, D. |
| 3 | ORDER TO SHOW CAUSE - ACCOMPANYING COMMENCEMENT DOC(S) (PROPOSED) (Motion #1) *Corrected* | Processed | 08/29/2025 | Szalkiewicz, D. |
| 4 | AFFIDAVIT OR AFFIRMATION IN SUPPORT *Corrected* <br> Daniel Szalkiewicz Affirmation | Processed | 08/29/2025 | Szalkiewicz, D. |
| 5 | MEMORANDUM OF LAW IN SUPPORT | Processed | 08/28/2025 | Szalkiewicz, D. |
| 6 | EXHIBIT(S) - 1 <br> Exhibit 1 Namecheap subpoena | Processed | 08/28/2025 | Szalkiewicz, D. |
| 7 | RJI -RE: ORDER TO SHOW CAUSE *Corrected* | Processed | 08/29/2025 | Szalkiewicz, D. |
| 8 | ORDER TO SHOW CAUSE (Motion #1) <br> Dated 9/3/2025 | Processed | 09/05/2025 | Court User |
| 9 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #1) <br> Change.org | Processed | 09/08/2025 | Szalkiewicz, D. |
| 10 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #1) <br> Namecheap, Inc | Processed | 09/08/2025 | Szalkiewicz, D. |
| 11 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #1) | Processed | 09/09/2025 | Szalkiewicz, D. |
| 12 | PETITION (AMENDED) | Processed | 10/14/2025 | Szalkiewicz, D. |
| 13 | ORDER TO SHOW CAUSE ( PROPOSED ) (Motion #2) *Corrected* | Pending | 10/15/2025 | Szalkiewicz, D. |
| 14 | MEMORANDUM OF LAW IN SUPPORT (Motion #2) | Processed | 10/14/2025 | Szalkiewicz, D. |
| 15 | AFFIDAVIT OR AFFIRMATION IN SUPPORT (Motion #2) | Processed | 10/15/2025 | Szalkiewicz, D. |
| 16 | ORDER TO SHOW CAUSE (Motion #2) <br> Dated 10/17/2025 | Processed | 10/16/2025 | Court User |
| 17 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #2) <br> Stripe Affidavit of Service | Processed | 10/21/2025 | Szalkiewicz, D. |
| 18 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #2) <br> Affidavit of Service Starry | Processed | 10/21/2025 | Szalkiewicz, D. |
| 19 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #2) <br> Comcast | Processed | 10/24/2025 | Szalkiewicz, D. |
| 20 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #2) <br> Google | Processed | 10/24/2025 | Szalkiewicz, D. |
| 21 | STIPULATION - AMENDING CAPTION | Processed | 10/28/2025 | Szalkiewicz, D. |

NYSCEF

Bronx County Supreme Court

**Document List**

Index #  818359/2025E

Created on:04/29/2026 04:47 PM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|---------------------------|--------|---------------|----------|
| 22 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #2) Paypal | Processed | 10/28/2025 | Szalkiewicz, D. |
| 23 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #2) Apple | Processed | 10/28/2025 | Szalkiewicz, D. |
| 24 | STIPULATION - SO ORDERED Regarding Pre-Action Discovery Dated November 12 2025 | Processed | 11/18/2025 | Court User |
| 25 | NOTICE OF APPEARANCE (POST RJI) | Returned For Correction | 11/18/2025 | Reifer, F. |
| 26 | NOTICE OF APPEARANCE (POST RJI) | Processed | 11/19/2025 | Izower-Fadde, R. |
| 27 | NOTICE OF SETTLEMENT W/PROPOSED ORDER/COUNTER ORDER (Motion #2) NameCheap Notice of Settlement With Order | Processed | 11/19/2025 | Szalkiewicz, D. |
| 28 | NOTICE OF SETTLEMENT W/PROPOSED ORDER/COUNTER ORDER (Motion #2) Notice of Settlement Apple w/ Overnight Mail Affirmation of Service | Processed | 11/19/2025 | Szalkiewicz, D. |
| 29 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #2) Affidavit of Service Name Cheap Notice of Settlement | Processed | 11/19/2025 | Szalkiewicz, D. |
| 30 | STIPULATION - DISCOVERY SO-ORDERED DATED 10/14/2025. | Processed | 11/21/2025 | Court User |
| 31 | ORDER - OTHER (Motion #2) Dated November 19 2025 | Processed | 11/21/2025 | Court User |
| 32 | STIPULATION - DISCOVERY Dated November 20 2025 | Processed | 11/24/2025 | Court User |
| 33 | NOTICE OF MOTION (Motion #3)  *Corrected* NOTICE OF MOTION TO QUASH PRE ACTION DISCOVERY SUBPOENAS | Processed | 01/21/2026 | Court User |
| 34 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #3) *Corrected* | Processed | 01/21/2026 | Court User |
| 35 | NOTICE OF MOTION *Corrected* FOR LEAVE TO PROCEED PSEUDONYMOUSLY | Processed | 01/21/2026 | Court User |
| 36 | EXHIBIT(S) - A *Corrected* EXHIBITS A THRU I | Processed | 01/21/2026 | Court User |
| 37 | LETTER / CORRESPONDENCE TO JUDGE (Motion #2) Outstanding Issues | Pending | 01/05/2026 | Szalkiewicz, D. |
| 38 | LETTER / CORRESPONDENCE TO JUDGE (Motion #3) | Returned For Correction | 01/05/2026 | Szalkiewicz, D. |
| 39 | LETTER / CORRESPONDENCE TO JUDGE | Returned For Correction | 01/05/2026 | Szalkiewicz, D. |
| 40 | AFFIRMATION/AFFIDAVIT OF SERVICE Conference notice and link for conference | Processed | 01/06/2026 | Szalkiewicz, D. |

NYSCEF

Bronx County Supreme Court

**Document List**
#10040

**Index #** 818359/2025E

Created on:04/29/2026 04:47 PM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 41 | | Deleted | | |
| 42 | ORDER - OTHER<br>Dated 1/15/2026 | Processed | 01/21/2026 | Court User |
| 43 | AFFIRMATION (Motion #3)<br>META PLATFORMS, INC.S AFFIRMATION OF<br>COUNSEL IN RESPONSE TO MOTION TO QUASH | Processed | 01/23/2026 | Vanacore, J. |
| 44 | AFFIRMATION (Motion #3)<br>GOOGLE LLCS AFFIRMATION OF COUNSEL IN<br>RESPONSE TO MOTION TO QUASH | Processed | 01/23/2026 | Vanacore, J. |
| 45 | AFFIRMATION (Motion #3)<br>Izower Affirmation for Starry Inc. taking no position on<br>Motion to Quash | Processed | 01/23/2026 | Izower-Fadde, R. |
| 46 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #3)<br>Service by Starry in compliance with Court Order | Processed | 01/23/2026 | Izower-Fadde, R. |
| 47 | NOTICE OF DISCONTINUANCE (POST RJI)<br>To respondents Namecheap, Inc., Change.org, PBC,<br>Comcast Cable Communications, LLC., PayPal Holdings | Pending | 02/04/2026 | Szalkiewicz, D. |
| 48 | DECISION + ORDER ON MOTION (Motion #3)<br>SHORT FORM ORDER DATED 2/2/2026 | Processed | 02/05/2026 | Court User |
| 49 | STIPULATION - DISCONTINUANCE (POST RJI)<br>Google | Processed | 02/05/2026 | Szalkiewicz, D. |
| 50 | STIPULATION - DISCONTINUANCE (POST RJI)<br>Meta | Processed | 02/05/2026 | Szalkiewicz, D. |
| 51 | STIPULATION - DISCONTINUANCE (POST RJI)<br>Starry | Processed | 02/17/2026 | Szalkiewicz, D. |
| 52 | ORDER - OTHER (Motion #3)<br>SHORT FORM ORDER DATED 2/18/2026 | Processed | 02/19/2026 | Court User |