Case 1:26-cv-00580-AMD-VMS    Document 62    Filed 05/04/26    Page 1 of 2 PageID #: 1045

# VERIDIAN
## LEGAL

23 West 73rd Street
Suite 102
New York, NY 10023
T: (212) 706-1007
F: (917) 849-1033
www.veridianlegal.com

January 5, 2026

**Via NYSEF and Email**
Hon. Marissa Soto
851 Grand Concourse
Courtroom 709
Bronx, NY 10451

*Re:    **Sanon et ano v. Meta Platforms, Inc., et al.,***
***Supreme Court, Bronx County***
***Index No.: 818359/2025E***

Dear Judge Soto,

We present the petitioners in the above-captioned case, Deven Sanon and Simran Hotchandani ("Petitioners"). To resolve this action, the court entered several stipulations relating to pre-action discovery from Respondents Meta (DE 30), Google (DE 24), and Starry, Inc. (DE 32). Additionally, Petitioners Settled an Order to Apple with the settlement date of November 26, 2025 (DE 28).

On December 3, 2025, a "Motion to Quash Pre-Action Discovery Subpoenas" was filed with the court on behalf of Jane Doe, Petitioner's former sister-in-law, who is also an attorney. The motion had an unspecified return date and was procedurally improper. Without addressing the substance of the motion[1], Doe asserts she did not "create or control" the accounts that are the subject of this pre-action motion (see Memorandum of Law, DE 33, pg. 3 "the subpoenas are overly broad and seek information about accounts (tater9838@gmail.com) that Respondent did not create or control, and unspecified Meta accounts"; DE 33, pg. 6 "The email account tater9838@gmail.com is not one Respondent created or controls, and she has no connection to this account. Google and Meta notified Respondent because Plaintiffs have falsely attributed online content to her… Respondent's knowledge of these proceedings comes solely from Google's and Meta's legal notifications, not from any connection to the accounts in question.").

Because Jane Doe's motion is technically filed and appears on the docket, Respondents are refusing to produce discovery without further order of this Court. Given Jane Doe is not a named party and proclaims to not be the "Anonymous User" identified in the Petition who created over 437 Facebook posts to defame and harass Petitioners, it is respectfully requested that her motion be marked off the calendar for lack of standing. In the alternative, it is requested that Jane Doe be ordered to identify by a date certain which accounts are associated with her so Respondents can produce information relating to the remaining accounts.

---

[1] Petitioners contend that the motion lacks any merit and appears to be created with the assistance of AI. If necessary, Petitioners can address each point in opposition to the motion, but the motion would be more appropriate as a motion to dismiss pursuant to C.P.L.R. 3211(a)(7) once an action is brought.

Veridian Legal P.C.



As of January 5, 2026
Page 2

      The resolution of the motion has become slightly more urgent as Petitioners are nearing the one-year statute of limitations for defamation and would still need to conduct further due diligence once the information is received from Meta and Google, namely following up with cable companies whose I.P. addresses connected with the Meta and Google accounts for relevant subscriber information.

      Finally, should the court wish to address this matter in further, Petitioners and Respondents are available for a Microsoft Teams conference to resolve any outstanding issues.

      I thank this Court for its attention to this matter.

Respectfully submitted,

VERIDIAN LEGAL P.C.

/s/*Daniel Szalkiewicz*

By: Daniel S. Szalkiewicz, Esq.
*daniel@veridianlegal.com*

Veridian Legal P.C.