**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DEVEN SANON and SIMRAN HOTCHANDANI,

Plaintiffs,

-against-

SRIJANI CHATTERJEE, JOHN DOES 1-10, and
JANE DOES 1-10,

Defendants.

**CERTIFICATE OF NON-SERVICE**

Case No.: 1:26-cv-00580-AMD-VMS

I, DANIEL SZALKIEWICZ, HEREBY CERTIFY that, on April 22, 2026, at 1:46 PM, I served PLAINTIFFS' NOTICE OF SUBPOENA directed to Zohar Law PLLC via electronic mail on the individual listed below:

Srijani Chatterjee
214 Atlantic Avenue, 2
Brooklyn, New York
Email: srijanic91@gmail.com

On April 22, 2026, at 2:17 PM, defendant Chatterjee emailed me a letter motion to quash.

Based on the pending letter motion, the subpoena was not served on non-party Zohar Law PLLC.

Dated: May 5, 2026

By: */s/ Daniel S. Szalkiewicz*