UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DEVEN SANON and SIMRAN HOTCHANDANI,

Plaintiffs,

v.

SRIJANI CHATTERJEE, JOHN DOES 1-10, and
JANE DOES 1-10,

Defendants.

Case Action No. 1:26-cv-00580

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for plaintiffs

Deven Sanon and Simran Hotchandani in the above-referenced action, and requests that copies

of all notices and papers filed in connection with the action be sent to the address stated below.

Dated: New York, New York
       May 8, 2026

VERIDIAN LEGAL P.C.

By:     */s/ Cali P. Madia*
Cali P. Madia, Esq.
Veridian Legal P.C.
*Attorneys for Plaintiffs*
23 West 73rd Street, Suite 102
New York, NY 10023
Tel: (212) 706-1007
Fax: (646) 849-0033
cali@veridianlegal.com