*** Filed ***
09:31 PM, 08 May, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEVEN SANON and SIMRAN HOTCHANDANI, | Case No.: 26-CV-00580-AMD-VMS |
| Plaintiffs, | |
| v. | **AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| SRIJANI CHATTERJEE, JOHN DOES 1-10, and JANE DOES 1-10, | |
| Defendants. | |

I, Mordechai Pelta aka Marc Pelta, being duly sworn, hereby depose and say as follows:

1. I am the founder of Pelta Law where I practice law.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the two attached Certificates of Standing annexed hereto, I am a member in good standing of the bar of the State of California and of the Supreme Court of the United States.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. My California State Bar license number is 253315.

8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and

AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE
- 1-

advocate *pro hac vice* in this case, i.e. case 26-CV-00580, as counsel for SRIJANI

CHATTERJEE, Defendant

DATED: May 3, 2026

Signature of Movant
Marc D. Pelta
Firm Name: Pelta Law
Address: 1390 Market Street, Suite 200
San Francisco, CA 94102
Email: marc@peltalaw.com
Phone: 415-963-1152

NOTARIZED:

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California , County of San Francisco
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

On 05/04/2026 before me,  Muey Encarnacion (Notary Public)
personally appeared Mordechai D. Pelta
who proved to me on the basis of satisfactory evidence to be the
person(s) whose name(s) is/are subscribed to the within instrument
and who acknowledged to me that he/she/they executed the same in
their authorized capacity(ies), and by his/her/their signature(s) on the
instrument the person(s), or entity upon behalf of which the person(s)
acted, executed the instrument.

I certify under PENALTY of PERJURY under the laws of the state of California
that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

MUEY ENCARNACIÓN
COMMISSION # 2519666
Notary Public - California
San Francisco County
Exp. JUNE 02, 2029

AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

- 2-

Marc D. Pelta, SBN 253315
PELTA LAW
1390 Market St, Ste 200
San Francisco, CA 94102-5404
Phone: 415-963-1152
Email: marc@peltalaw.com

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEVEN SANON and SIMRAN HOTCHANDANI, <br><br> Plaintiffs, <br><br> v. <br><br> SRIJANI CHATTERJEE, JOHN DOES 1-10, and JANE DOES 1-10, <br><br> Defendants. | Case No.: 26-CV-00580-AMD-VMS <br><br> **NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

TO: Opposing Counsel,

Kaivalya H. Rawal
1901 N. Roselle Road, Suite 800
Schaumburg, IL 60195
e-mail : khr@krlaw.com
Phone : 309-872-6863

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the two Certificates of Standing annexed thereto, I, Mordechai David Pelta aka Marc David Pelta, will move this Honorable pursuant to Joint Rule 1.3(c) of the Local Rules of the United States District Courts for the Eastern and Southern Districts of New York for an order allowing the admission of movant who is in good standing of the bars of the State of California,

NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

- 1-

in addition to the Supreme Court of the United States (in addition to others not attached hereto), as attorney pro hac vice to argue or try this case in whole or in part as counsel for SRIJANI CHATTERJEE.  There are no pending disciplinary proceedings against me in any State or Federal Court.

DATED: May 3, 2026                                         Respectfully submitted,

                                                                    _____
                                                                    Signature of Movant

NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

- 2-

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DEVEN SANON and SIMRAN HOTCHANDANI, <br><br> Plaintiffs, <br><br> v. <br><br> SRIJANI CHATTERJEE, JOHN DOES 1-10, and JANE DOES 1-10, <br><br> Defendants. | Case No.: 26-CV-00580-AMD-VMS <br><br> **ORDER TO ADMIT COUNSEL *PRO HAC VICE*** |

The motion of Mordechai David Pelta aka Marc David Pelta pursuant to Local Civil Rule 1.3 for admission to practice *pro hac vice* in the above captioned action is granted. Applicant has declared that he is a member in good standing of the Bars of California and the Supreme Court of the United States; and that his contact information is as follows:

Mordechai David Pelta aka Marc David Pelta
Firm Name: Pelta Law
Address: 1390 Market Street, Suite 200
San Francisco, CA 94102
Email: marc@peltalaw.com
Phone: 415-963-1152


Applicant has moved for admission pro hac vice to appear for all purposes as counsel for defendant **SRIJANI CHATTERJEE** in the above-entitled action. **IT IS HEREBY ORDERED** that said Applicant is admitted to practice and appear *pro hac vice* in the above-captioned case in this Court on behalf of Defendant. Applicant appearing before this Court and admitted *pro hac vice* is subject to the Joint Local Rules of this Court, including the Rules governing discipline of attorneys. SO ORDERED.


_____

HON.

Dated: _____, 2026



ORDER TO ADMIT COUNSEL PRO HAC VICE

# Supreme Court of the United States
## OFFICE OF THE CLERK
### WASHINGTON, D.C. 20543



# MORDECHAI DAVID PELTA
# OF SAN FRANCISCO, CA

was duly admitted and qualified as an Attorney and Counselor for the Supreme Court of the United States on the thirty-first day of October, in the year two thousand and twenty-two, and is now a member of the Bar of this Court in good standing.



In testimony, whereof, as Clerk of said Court, I have hereunto set my hand and affixed the seal of said Court, at the City of Washington, this twenty-second day of April 2026.

*Scott S. Harris*
*Clerk of the Supreme Court*
*of the United States*

By

Assistant Admissions Officer

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 5/3/2026

**LICENSEE NAME:** Mordechai David Pelta

**LICENSEE BAR NUMBER:** 253315

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/4/2007

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Mordechai David Pelta's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)