Marc D. Pelta, SBN 253315
PELTA LAW
1390 Market St, Ste 200
San Francisco, CA 94102-5404
Phone: 415-963-1152
Email: marc@peltalaw.com

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

DEVEN SANON and SIMRAN HOTCHANDANI,

Plaintiffs,

v.

SRIJANI CHATTERJEE, JOHN DOES 1-10, and JANE DOES 1-10,

Defendants.

Case No.: 26-CV-00580-AMD-VMS

**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

TO: Opposing Counsel,

Kaivalya H. Rawal
1901 N. Roselle Road, Suite 800
Schaumburg, IL 60195
e-mail : khr@krlaw.com
Phone : 309-872-6863

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the two Certificates of Standing annexed thereto, I, Mordechai David Pelta aka Marc David Pelta, will move this Honorable pursuant to Joint Rule 1.3(c) of the Local Rules of the United States District Courts for the Eastern and Southern Districts of New York for an order allowing the admission of movant who is in good standing of the bars of the State of California,

NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

- 1-

in addition to the Supreme Court of the United States (in addition to others not attached hereto), as attorney pro hac vice to argue or try this case in whole or in part as counsel for SRIJANI CHATTERJEE.  There are no pending disciplinary proceedings against me in any State or Federal Court.

DATED: May 3, 2026                              Respectfully submitted,

                                                Signature of Movant