**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEVEN SANON and SIMRAN HOTCHANDANI, | Case No.: 26-CV-00580-AMD-VMS |
| Plaintiffs, | |
| v. | **AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| SRIJANI CHATTERJEE, JOHN DOES 1-10, and JANE DOES 1-10, | |
| Defendants. | |

I, Mordechai Pelta aka Marc Pelta, being duly sworn, hereby depose and say as follows:

1.  I am the founder of Pelta Law where I practice law.

2.  I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the two attached Certificates of Standing annexed hereto, I am a member in good standing of the bar of the State of California and of the Supreme Court of the United States.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. My California State Bar license number is 253315.

8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and

AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE
- 1-

advocate *pro hac vice* in this case, i.e. case 26-CV-00580, as counsel for SRIJANI

CHATTERJEE, Defendant

DATED: May 3, 2026

Signature of Movant
Marc D. Pelta
Firm Name: Pelta Law
Address: 1390 Market Street, Suite 200
San Francisco, CA 94102
Email: marc@peltalaw.com
Phone: 415-963-1152

NOTARIZED:

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California , County of San Francisco
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

On 05/04/2026 before me, Muey Encarnacion (Notary Public)
personally appeared Mordechai D. Pelta
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and who acknowledged to me that he/she/they executed the same in their authorized capacity(ies), and by his/her/their signature(s) on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY of PERJURY under the laws of the state of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

MUEY ENCARNACION
COMMISSION # 2519666
Notary Public - California
San Francisco County
Exp. JUNE 02, 2029

AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

- 2-