# Supreme Court of the United States
## OFFICE OF THE CLERK
## WASHINGTON, D.C. 20543



# MORDECHAI DAVID PELTA
# OF SAN FRANCISCO, CA

was duly admitted and qualified as an Attorney and Counselor for the Supreme Court of the United States on the thirty-first day of October, in the year two thousand and twenty-two, and is now a member of the Bar of this Court in good standing.



In testimony, whereof, as Clerk of said Court, I have hereunto set my hand and affixed the seal of said Court, at the City of Washington, this twenty-second day of April 2026.

**Scott S. Harris**
*Clerk of the Supreme Court
of the United States*

By

Assistant Admissions Officer

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 5/3/2026

**LICENSEE NAME:** Mordechai David Pelta

**LICENSEE BAR NUMBER:** 253315

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/4/2007

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Mordechai David Pelta's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)