**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEVEN SANON and SIMRAN HOTCHANDANI, | Case No.: 26-CV-00580-AMD-VMS |
| Plaintiffs, | **ORDER TO ADMIT COUNSEL *PRO HAC VICE*** |
| v. | |
| SRIJANI CHATTERJEE, JOHN DOES 1-10, and JANE DOES 1-10, | |
| Defendants. | |

The motion of Mordechai David Pelta aka Marc David Pelta pursuant to Local Civil Rule 1.3 for admission to practice *pro hac vice* in the above captioned action is granted.  Applicant has declared that he is a member in good standing of the Bars of California and the Supreme Court of the United States; and that his contact information is as follows:

Mordechai David Pelta aka Marc David Pelta
Firm Name: Pelta Law
Address: 1390 Market Street, Suite 200
San Francisco, CA 94102
Email: marc@peltalaw.com
Phone: 415-963-1152

Applicant has moved for admission pro hac vice to appear for all purposes as counsel for defendant SRIJANI CHATTERJEE in the above-entitled action.  **IT IS HEREBY ORDERED** that said Applicant is admitted to practice and appear *pro hac vice* in the above-captioned case in this Court on behalf of Defendant.  Applicant appearing before this Court and admitted *pro hac vice* is subject to the Joint Local Rules of this Court, including the Rules governing discipline of attorneys. SO ORDERED.

_____

HON.

Dated: _____, 2026