AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

DEVEN SANON and SIMRAN HOTCHANDANI,      )
<br>*Plaintiff*      )
<br>v.      )    Case No.  26-CV-00580-AMD-VMS
<br>SRIJANI CHATTERJEE, ET AL.      )
<br>*Defendant*      )

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Srijani Chatterjee

Date:     05/27/2026

_____
<br>*Attorney's signature*

Marc David Pelta, #253315
<br>*Printed name and bar number*
<br>Marc David Pelta, Attorney-at-Law
<br>Pelta Law
<br>1390 Market Street, Suite 200
<br>San Francisco, CA 94102
<br>*Address*

marc@peltalaw.com
<br>*E-mail address*

(415) 963-1152
<br>*Telephone number*

_____
<br>*FAX number*