# VERIDIAN LEGAL

23 West 73rd Street        T: (212) 706-1007
Suite 102                  F: (646) 849-0033
New York, NY 10023         www.veridianlegal.com

June 1, 2026

**Via ECF**
Hon. Ann M. Donnelly
United States District Court Eastern District of New York

*Re:*    ***Sanon et ano v. Chatterjee et al.,***
***Docket No.: 26-cv-00580***

Dear Judge Donnelly,

We represent Plaintiffs Deven Sanon and Simran Hotchandani ("Plaintiffs") in the above-captioned matter. Pursuant to Your Honor's Individual Rules § 2(E), Plaintiffs respectfully request an adjournment of their deadline to oppose Defendant's Motion to Dismiss. Plaintiffs' current deadline to respond is June 8, 2026. This is Plaintiffs' second request for an extension, and the prior request was granted.

On April 28, 2026, Plaintiffs filed a letter motion seeking an extension of time to respond to Defendant's Motion to Dismiss. Dkt. No. 49. The discovery-related motions referenced in that application remain pending, and Defendant has not produced any additional discovery since that time.

In addition, on May 29, 2026, Plaintiffs filed a motion seeking leave to file a First Amended Complaint. If granted, the proposed amendment would likely moot or substantially alter many of the issues raised in Defendant's Motion to Dismiss, including Defendant's jurisdictional arguments. Requiring Plaintiffs to brief the pending motion before resolution of the motion to amend may therefore result in unnecessary expenditure of both party and judicial resources.

On May 29, 2026, undersigned counsel requested Defendant's consent to this adjournment. This morning, Defendant's counsel advised that Defendant does not consent.

Accordingly, Plaintiffs respectfully request that the Court adjourn Plaintiffs' deadline to oppose the Motion to Dismiss until after the Court has ruled on the pending motion for leave to amend, or, alternatively, set a new briefing schedule following resolution of that motion.

We thank the Court for its time and consideration.

Respectfully submitted,

VERIDIAN LEGAL P.C.
/s/*Daniel Szalkiewicz*
By: Daniel S. Szalkiewicz, Esq.

Veridian Legal P.C.