*Ubi Iustitia, ibi Victoria*

*The Kaivalya H. Rawal Law Firm, LLC.*

**KAIVALYA H. RAWAL, Esq.**
**Attorney at Law**

June 23, 2026

**VIA ECF**

Hon. Ann M. Donnelly
United States District Judge
Eastern District of New York

**Re:** Sanon et al. v. Chatterjee et al. | **Case No.** 1:26-cv-00580-AMD-VMS

Dear Judge Donnelly:

I respectfully submit the attached determination issued by the Minnesota Office of Lawyers Professional Responsibility ("OLPR"), the attorney-disciplinary authority of the State of Minnesota, solely for the Court's information and without seeking any relief.

As reflected in ECF No. 76, Defendant submitted a grievance concerning my participation in this matter as Plaintiffs' pro hac vice counsel. Defendant also submitted substantially similar allegations to the OLPR.

On June 15, 2026, the OLPR issued the attached determination declining to investigate the complaint.

Inasmuch as the allegations were placed before the Court and thereby entered upon the public record through ECF No. 76, I submit that, in the interests of completeness of the record and full disclosure, fairness favours the Court likewise being apprised of the disposition subsequently reached by the OLPR concerning substantially the same matters.

I therefore place the attached determination before the Court solely so that the record may reflect both, the allegation and the disposition subsequently reached in respect thereof.

Respectfully submitted,

Kaivalya H. Rawal, Esq.
Pro Hac Vice Counsel for Plaintiffs

1901 N. Roselle Road, Suite 800. Schaumburg, IL 60195
Phone: +1(309)US-BOUND (872-6863) · Fax: +1(888) 630-3241 · E-mail: khr@krlaw.law · www.krlaw.law

Page **1** of **1**