August 5, 2026

**Via ECF**
Hon. Orelia E. Merchant, United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Sanon et al. v. Chatterjee*, No. 1:26-cv-00580 (OEM)(MMH)
        Letter Confirming Service of Defendant's Motion to Dismiss the First Amended
        Complaint and all Related Documents for the Bundled Filing

To: The Honorable United States District Court Judge Merchant:

I represent Defendant Srijani Chatterjee in the above-referenced action. Pursuant to the Court's Order of July 6, 2026 and Section III.G of Your Honor's Individual Practices and Rules. I confirm that on August 5, 2026, Defendant served the following moving papers on all counsel of record by electronic mail: the Notice of Defendant's Motion to Dismiss the First Amended Complaint; the Memorandum of Law in Support of Defendant's Motion to Dismiss the First Amended Complaint; the Declaration of Attorney Marc Pelta in Support of Defendant's Motion to Dismiss the First Amended Complaint, Exhibits A through F annexed thereto; the Index of Exhibits; the Certificate of Compliance; the proposed Order; and the Certificate of Service.

Consistent with the Court's Order and the bundling rule, the moving papers are not being filed at this time. In accordance with the schedule set by the Court, Plaintiffs shall serve their opposition by September 4, 2026, and Defendant shall serve any reply and file the fully briefed motion on the docket by September 18, 2026.

Respectfully submitted,

/s/ Marc David Pelta
Pelta | Law
1390 Market Street, Suite 200
San Francisco, CA 94102
Tel. (415) 963-1152 | e-mail: marc@peltalaw.com
*Counsel for Defendant Srijani Chatterjee*
*(admitted pro hac vice)*


cc:     All counsel of record (via email)