**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
DEVEN SANON and SIMRAN HOTCHANDANI,
                 Plaintiffs,
      -against-                           No. 1:26-cv-00580 (OEM)(MMH)
SRIJANI CHATTERJEE, JOHN DOES 1–10,
and JANE DOES 1–10,
                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X


**CERTIFICATE OF SERVICE**


I hereby certify that on August 5, 2026, pursuant to the Court's Order of July 6, 2026 and Section III.G of the Individual Practices and Rules of the Honorable United States District Court Judge Orelia E. Merchant, I caused a true and correct copy of the following papers to be served by electronic mail upon all counsel of record identified below: the Cover Letter Confirming Service, the Notice of Defendant's Motion to Dismiss the First Amended Complaint; the Memorandum of Law in Support of Defendant's Motion to Dismiss; the Declaration of Attorney Marc David Pelta in Support of Defendant's Motion to Dismiss the First Amended Complaint, Exhibits A through F annexed thereto; the Index of Exhibits; the Certificate of Compliance; the proposed Order; and the Certificate of Service.

      Daniel S. Szalkiewicz, Esq.
      Cali P. Madia, Esq.
      Veridian Legal P.C.
      23 West 73rd Street, Suite 102
      New York, New York 10023
      daniel@veridianlegal.com | cali@veridianlegal.com


      Kaivalya H. Rawal, Esq. (admitted pro hac vice)
      The Kaivalya H. Rawal Law Firm, LLC
      1901 N. Roselle Road, Suite 800
      Schaumburg, Illinois 60195
      khr@krlaw.law

In accordance with the Court's Order, the moving papers are served but not filed at this time; the fully briefed motion will be filed on the docket by September 18, 2026.

Respectfully submitted,

Marc Pelta
Pelta | law
1390 Market Street, Suite 200
San Francisco, CA 94102
(415) 963-1152 | marc@peltalaw.com
*Counsel for Defendant Srijani Chatterjee*
*(admitted pro hac vice)*