# EXHIBIT A

Verified Petition, Supreme Court, Bronx County,
Index No. 818359/2025E (Aug. 28, 2025)

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF BRONX**

| | |
|---|---|
| Deven Sanon and Simran Hotchandani,<br><br>Petitioners,<br><br>against -<br><br>Meta Platforms, Inc., Namecheap, Inc., and Change.org, PBC,<br><br>Respondents. | **VERIFIED PETITION**<br><br>Index No.: |

Petitioners DEVEN SANON and SIMRAN HOTCHANDANI ("Petitioners") by and through their attorneys, VERIDIAN LEGAL P.C., as and for their Verified Petition (the "Petition") in this proceeding seeking pre-action disclosure pursuant to Civil Practice Law and Rules ("C.P.L.R.") § 3102(c) hereby alleges as follows:

1. Petitioners are two private individuals - a married couple - and at all times relevant, residents of the State of New York.

2. Venue is brought pursuant to C.P.L.R §308 and the parties' transaction of business in Bronx County, New York.

3. Starting in 2023, Petitioners and their family became the victims of a calculated campaign of harassment designed to defame them and inflict severe emotional distress. More specifically, an anonymous user (the "Anonymous User") has created over 500 Facebook posts accusing Petitioners of committing numerous crimes, including, but not limited to IRS Tax Evasion and Tax Fraud; USCIS Immigration Fraud; IRCC Immigration Fraud; USA Customs Fraud; Canada Customs Fraud; Belize Customs Fraud; and Embezzlement. The posts refer to

## VERIFICATION

**Deven Sanon,** being duly sworn, deposes and says:

That deponent is the Petitioner in the within action: that she has read the foregoing Verified Petitioner and knows the contents thereof; that the same is true to deponent's own knowledge except those matters therein stated to be alleged upon information and belief, and that as to those matters, she believes them to be true.

I affim1 this 28th day of August, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Signed by:
Deven Sanon
98FEC0C1791F482

**Deven Sanon**

**Simran HotchandanL** being duly sworn, deposes and says:

That deponent is the Petitioner in the within action; that she has read the foregoing Verified Petitioner and knows the contents thereof; that the same is true to deponent's own knowledge except those matters therein stated to be alleged upon information and belief, and that as to those matters, she believes them to be true.

I affirm this 28th day of August, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

DocuSigned by:

**Simran Hotchandani**