# EXHIBIT B

Verified Amended Petition, Supreme Court, Bronx County,
Index No. 818359/2025E (Oct. 14, 2025)

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF BRONX**

| | |
|---|---|
| Deven Sanon and Sirman Hotchandani,<br><br>Petitioners,<br><br>against -<br><br>Meta Platforms, Inc., Namecheap, Inc., and Change.erg, PBC,<br><br>Respondents. | **VERIFIED AMENDED PETITION**<br><br>Index No.: 818359/2025E |

Petitioners DEVEN SANON and SIMRAN HOTCHANDANI ("Petitioners") by and through their attorneys, VERIDIAN LEGAL P.C., as and for their Verified Petition (the "Petition") in this proceeding seeking pre-action disclosure pursuant to Civil Practice Law and Rules ("C.P.L.R.") § 3102(c) hereby alleges as follows.

1. Petitioners bring this Verified Petition pursuant to CPLR 3102(c). Courts have recognized that pre-action disclosure is appropriate where, as here, the identity of an anonymous tortfeasor is unknown but necessary to frame a complaint. *See Cahill v. Doe,* 879 N.E.2d 425 (N.Y. 2007) (recognizing the right to unmask anonymous defendants when a prima facie case of defamation exists).

2. Petitioners are two private individuals - a married couple - and at all times relevant, residents of the State of New York.

3. Venue is proper in Bronx County pursuant to C.P.L.R §308, as Petitioners reside here and substantial injury from the defamatory conduct occurred in in this County.

4. Starting in 2023, Petitioners and their family became the victims of a calculated campaign of harassment designed to defame them and inflict severe emotional distress. More

accurate registration information pursuant to the Internet Corporation for Assigned Names and Numbers (ICANN)'s rules and regulations.

Together with such other and further relief as this Court may deem just and proper.

Dated: October 3, 2025
New York, New York

Signed by:
Deven Sanon
98FFC0C1791F482
Deven Sanon
DocuSigned by:

Simran Hotchandani
4F8148B90579442...
Daniel S. Szalkiewicz, Esq.

Of Counsel:
Kaivalya Harsukh Rawal, Esq.
(Admitted in Minnesota and Illinois)

**Table of Contents**

Table of Authorities ..... 3

PRELIMINARY STATEMENT ..... 4

ARGUMENT ..... 6

STANDARD FOR PRE-ACTION DISCOVERY PURSUANT TO CPLR §3102 ..... 6

POINT I
PETITIONERS HAVE A MERITORIOUS CAUSE OF ACTION ..... 7

A. DEFAMATION ..... 7

a) The Statements Are False and Tend to Expose Petitioners to Public Contempt, Hatred, Ridicule, Aversion, or Disgrace ..... 8

b) The Statements *Are* Published Without Privilege to a Third Party ..... 9

c) The Statements Are Published with Actual Malice ..... 10

d) The Statements Are Defamatory Per Se ..... 11

B. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS ..... 12

C. CIVIL RIGHTS LAW §72-n ..... 13

POINT II
THE INFORMATION SOUGHT IS MATERIAL AND NECESSARY ..... 14