# EXHIBIT C

Communications Produced in the Bronx County Proceeding
Reflecting a Montréal, Canada Residential Address




Text message reflecting Montreal residential address: 1020 Rue de Bleury, Montreal, QC, Canada H2Z 0B9 (Aug. 23, 2021)




WhatsApp communication ("Keeping up w/ the Sanons") re immigration from Canada


Keeping up w/ the Sanons
You

Simran Hotchandani
> Ronnie Sanon
> Or at least today I don't have a clear line of sight to be able to say for sure we can make that work

That's fair I get that! 05:10

Simran Hotchandani
> You
> Yeah doesn't work with needing to be at the office, any other weekend game?

Let me check the schedule to see when's the next home game 05:10

Simran Hotchandani
> You
> @Simran Hotchandani how are you on immigration coming in from Canada now? Easier or still the same sitch?

Yep! Better now for sure - They're opening land borders next month so will be way easier to drive across for us now too 05:10

WhatsApp communication (continued) re land borders / driving across




WhatsApp communication re Montreal residence ("Where you live?")