# EXHIBIT D

Order of the Family Court, County of Monroe, Dismissing With Prejudice, Docket No. O-09381-23 (Oct. 30, 2024)

At a term of the Family Court of the State of New York, held in and for the County of Monroe at Monroe County Family Comt, Hall of Justice, 99 Exchange Blvd, Rochester, NY 14614-2187, on October 30,2024

**PRESENT:** Darius K. Lind, Court Attorney Referee

In the Matter of **an Article 8 Family Offense** Proceeding

**Madhu Suri** (Petitioner)

[redacted](Respondent)

**File#:** 129846
**Docket#:** 0-09381-23 (Motion 1)

**ORDER ON MOTION**

A motion was filed with this Court by Lawrence J. Krieger on March 21, 2024, requesting an order on a Motion to Dismiss.

[redacted]did not appear.

Madhu Suri did not appear.

After examining the motion papers and supporting affidavit(s), the court finds that there is no longer subject matter jurisdiction.

**NOW,** therefore, it is hereby:

**ORDERED** that the motion of Lawrence **J.** Krieger is granted in the following respects(s): Petitions are dismissed with prejudice.

**IT IS FURTHER ORDERED** that any temporary order of protection issued under Docket #0-09381-23 is vacated.

20241030112539DLIND0342368BE4DA4BB9AD2806EF4F4F2549

Dated: **October 30, 2024**

**Darius K. Lind**

**Check applicable box:**
o Order mailed on 10/30/24 to parties. RK
o Order received in court on [specify date(s) and to whom given]: ______

CC: Charu Narang, Attorney
Lawrence J. Krieger, Attorney
Madhu Suri
[redacted]