# EXHIBIT E

Order of the Supreme Court, Bronx County, Staying Discovery in the Parallel Proceeding (Feb. 2, 2026)

SUPREME COURTOF THESTATE OF NEW YORK COUNTY OF BRONX,
PART: iAS.:22 1

--------------------------------------------------------------X;

DEVEN SANON ef at — Index No. al 8359/2025E

Plalntiff(s)/Petitioner(s),

-against-

METAPLAtFORMS, INC-. etol, — Hon. MAImAD Q

Justice Supreme CoLJrt

Defendant(s) /Respond$nt(s).

--------------------------------------------------------------x.

The following papers NYSCEF Doc; No, 33. Read ori ttj is mo1ion; (Seq No._)

Noticed on - and duly submittJ d asNYSCEi=Doc No >

| -Papers | NYSCEF D0.c. No. |
|---|---|
| Notice of Motion- Order to Show Cause - Exhibits arjd Affidavits Annexed | 3.3-34 |
| Answering Affidavit.and Exhi_bits | |
| Replying Affidav!fand_Exhibits | |
| Other: Stipulation/Letter | |

A hybrid oral argument washeld onFebruary 2; 2026lat 9:30 AM. Appearances were made by Petitioners, Responc;::lents META PLATFORMS, INC, GOOGLE LLC., STARRY, INC., and Non-Party JANE DOE. It is hereby

.**ORDERED** that the instant matter is stqy.eq untilFebruary 18.2026; and i_t is further

**PRDEREP** :thc;it the pqrties-are toJile a stipulation ofdi continuance in accordonce·with the Court's direc.tive_s: and it is further

**ORDERED** that the hybrid ordl argument is adjourned to February 18, 2026 Qt 9:30 AM EST/ 5:·30 PM AST; eitheriri Cou_rlroom.709 or via M icros oft T eams ; and it is furthet

**ORDERD** t_hat if the stipulqtion of discontinuance is st,Jbmitted prior to theadjourned .conferenc_e, then no appearance is necessary; and it is further

**OR0EREQ.th dt** Respondent META PLATFORMS. INC .. GbOGLE LLC, and ST.ARRY. INC.dr, to his Order, and th1_: Microsoft Teams lihk for the hybrid hElar111g on. JANEDOE v-· JANE DOE s e.mail addresses- including the email address(es) vse o serve espon e FORMS, INC.. GOOGLE LLC. and STARRY. INC. the Motion to·Squash Pre:.Actfoo Discovery; and]t is further

**ORDERED** that a copy of this Orderbe served on JANi:_DOEWithin fwo (2) days hereof.

This constitutes the orde"r of the Court.

Dated: 2/2/2026

Hon. ______________________
MARISSA SOTO, J.S.C.

Motion is Respectfully Referred to Justice: ______
Dated: ______

I.CHECK ONE ............................_. — ci CASE DISPOSED IN ITS ENTIREfY — o CASE STILL ACTIVE

2.MOTION -1_S.. ...-. ..................-.. ..... — □ GRANTED — DENIED — □.GRANTED IN PART — □ OTHER

3.CHECK IFAPPROPRIATE.,...,..... — O SETTLE ORDER — o SUBMIT ORDER — o SCHEDULE APPEARANCE

o RDUCIARY APPOINTMENT — □REFEREE APPOINTMENT

p NEXT APPEARANCE DATE: ______________________