# EXHIBIT F

Order of the Supreme Court, Bronx County, Designating Defendant as "Jane Doe" (Jan. 15, 2026)

cSUPREME COURT OF THE STATE OF NEW YORK COIJNTY OF BRONX,
PART: IAS□22-

C

-------------------- -·-------------- X,

SANON, DEVEN et Ol,

Index No. 8J83 59120 2 5E

Plointiff(s)/Petitioner(s).

-agqlnst-

META PLATFORMS. INC. et al.

Hon. MARISSA SOTO
Justice Supreme court

Defendant(s} /Respondent(s).

-------------------------

The following papers NYSCEF Doc. No, 33. Read on this motlon, {Seq No ....J
Noticed·on and duly submitted Os NYSCEF Doc No >·

| Papers | N.YSCEF Doc. No. |
|---|---|
| Notice of Motion - Order to Show Cquse - Exhibits and Affidavits An_nexed | G3-34 |
| Answering Affidavit and Exhibits | |
| Replying·Affidavit and Exhjbits | |
| .Other: Stipulatiqn/Letjer | |

A virtuc;il compliance-conferencewas held on January 1_4□ 2026 at 10:00 AM. Appearonces.were maqe. by Petitioners, Responde_nts META PLATFORMS. INC., GOOGLE LIC, and STARRY, JNC. Uponreview of the do.ck.et, the Court notes.that a P es - e·nt roceeding pseudonymou NED ·intervened by filing a Motion to Quash Pre-Action Discovery Subpoenas (N oc, No.33:& 34). It is also noted by-the Court thtit.. at the timebf the conference, NYSCE.FDoc. No□ 33 &.34 hove not b.een given a·tootioh·sequence on NYSCEF. It is.h¢ret:ly

**ORDERED** that P.etitipners, Respond□n_tsMETA.P□ATFORMs, INC., GQOGLI: I_LC. and STARRY. INC. are to fiJe fhe[r opposition to NYSCEF Doc. No. 3.3 & 34 by January 23, 2026; dnd it.is further

**ORDERED** that JANE DOE *is* to.file their reply to any opposition-by January 30; 2026; and it is further

**ORDERED** that o hybridhearing is scheduled for February 2, 2026.at 9.:30 AM EST/ 5:30 PM A$T, either in C<w'rtroorri 709 or via Microsqft Tea"ms; and it is further

**ORDERED** that Respondents META PLATFORMS, INC.. GOOGLE LIC, and STARRY, INC. are to serve their opposition, a copy of this.Order. and_the Microsoft:Te_□ms linkfor the hybrid h□adng.on JANE DOEvjb·oll of JANE DOE's email aqdresses inclqding the email. MS, INC., GOOGLE LLC. an . the Motion to Sguo□h Pre.-Action Dis<::overy;_a.nd it is further

**ORDERED** thara copy of this Order be served on.JANEDOE within 1wo (2):ddys hereof:

This-constitutes the order of the Court.

**Dated:** 1/15/2026

**Hon.** ______________
**MARISSA SOTO, J.S.C.**

Motion is Respectfully Referred to Justice: ______
Dated: ______

1.CHECK ONE.....-.....,...........,.,..-.....
□ CASE 0ISP.OSEDIN ITS.ENTIRETY k(CASESTILL ACTIVE

2. MOTION IS.......................-...........
□ GRANTED o DENIED □·GRANTED1N PART □ OTHER

3. CHECK IFAPPROPRIATE..........
o SETTLE ORDER o SUBMIT ORD□R oSCHEDULE APPEARANCE
o FIDUCfARY APPOINTMENT □ REFEREE APPOINTMENT
□ NEX1 APPEARANCE DATE: ______________