**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DEVEN SANON and SIMRAN HOTCHANDANI,

Plaintiffs,

-against- No. 1:26-cv-00580 (OEM)(MMH)

SRIJANI CHATTERJEE, JOHN DOES 1–10, and JANE DOES 1–10,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## INDEX OF EXHIBITS

**to the Declaration of Marc Pelta in Support of Defendant's Motion to Dismiss the First Amended Complaint**

| Ex. | Description | Filing Method |
|---|---|---|
| A | Verified Petition, Plaintiffs' counsel (Veridian Legal P.C.), Supreme Court, Bronx County, Index No. 818359/2025E, dated August 28, 2025. | Filed on ECF as an attachment to the Pelta Declaration. |
| B | Verified Amended Petition, same Bronx County proceeding, Index No. 818359/2025E, dated October 14, 2025. | Filed on ECF as an attachment to the Pelta Declaration. |
| C | Communications produced in the Bronx County proceeding reflecting a Montréal, Canada residential address for Plaintiff Simran Hotchandani. | Filed on ECF as an attachment to the Pelta Declaration. |
| D | Order of the Family Court, County of Monroe, dismissing with prejudice the Family Offense proceeding, Docket No. O-09381-23, dated October 30, 2024. | Filed on ECF as an attachment to the Pelta Declaration. |
| E | Order of the Supreme Court, Bronx County, staying discovery in the parallel proceeding, dated February 2, 2026. | Filed on ECF as an attachment to the Pelta Declaration. |
| F | Order of the Supreme Court, Bronx County (Soto, J.), scheduling briefing and a hearing on the motion to quash pre-action discovery subpoenas and directing service on Defendant as "Jane Doe," Index No. 818359/2025E, dated January 15, 2026. | Filed on ECF as an attachment to the Pelta Declaration. |

August 5, 2026

/s/Marc Pelta
Pelta | law
1390 Market Street, Suite 200
San Francisco, CA 94102
marc@peltalaw.com | (415) 963-1152

*Counsel for Defendant Srijani Chatterjee*
*(admitted pro hac vice)*