**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
DEVEN SANON and SIMRAN HOTCHANDANI,
Plaintiffs,
-against-
SRIJANI CHATTERJEE, JOHN DOES 1–10,
and JANE DOES 1–10,
Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 1:26-cv-00580 (OEM)(MMH)

**NOTICE OF DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the First Amended Complaint, the Declaration of Attorney Marc David Pelta in Support of the Motion to Dismiss Defendant's First Amended Complaint and the exhibits annexed thereto, and all prior pleadings and proceedings herein, Defendant Srijani Chatterjee will move this Court, before the Honorable Orelia E. Merchant, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be ordered by the Court, for an order dismissing the First Amended Complaint in its entirety with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that the grounds for this motion are as follows:

1. The Ninth Cause of Action fails to state a claim under Rule 12(b)(6). It does not plead an enterprise distinct from Defendant, a pattern of racketeering activity, injury to business or property, an adequate predicate act, domestic injury, or proximate cause.

2. Dismissal of the sole federal claim leaves no basis for continuing federal jurisdiction. RICO is the only claim arising under federal law; once it is dismissed, the state-law claims should be dismissed on the merits or, in the alternative, the Court should decline supplemental jurisdiction under 28 U.S.C. § 1367(c)(3).

3. Diversity jurisdiction under 28 U.S.C. § 1332(a) is not met because aliens of the United Kingdom and Belize are opposing parties in the case: Plaintiff Hotchandani is pleaded as a citizen of Belize, and Defendant is not a citizen of the United States. This defect is properly raised under Federal Rules of Civil Procedure 12(b)(1).

4. The Court lacks personal jurisdiction over Defendant under Federal Rules of Civil Procedure 12(b)(2). Plaintiffs' First Amended Complaint pleads no basis for jurisdiction under New York C.P.L.R. § 302(a) and is not consistent with due process.

5. The First Amended Complaint fails to state a claim under Federal Rules of Civil Procedure 12(b)(6) on additional independent grounds, including that: (a) it fails to plausibly plead that Defendant authored or controlled the challenged content, and is structurally defective under Federal Rules of Civil Procedure 8 and 10; (b) the Communications Decency Act, 47 U.S.C. § 230(c)(1), bars treating Defendant as the publisher of content the First Amended Complaint attributes to third parties; (c) the defamation and related state-law claims are untimely, insufficiently pleaded, and otherwise fail on the merits; (d) the speech-based claims are protected expression and subject to New York's anti-SLAPP statute; and (e) the Seventh Cause of Action under New York Civil Rights Law § 79-n fails as a matter of law.

6. Defendant preserves all defenses under Federal Rules of Civil Procedure 12(b)(3) and 12(b)(5) as to venue and the sufficiency of service of process, and preserves all preclusion defenses arising from the parties' prior proceedings, but does not ask the Court to resolve those defenses on this motion.

The grounds for the motion are set forth more fully in the accompanying Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order of July 6, 2026 and Section III.G of the Court's Individual Practices and Rules, Plaintiffs shall serve any opposition by September 4, 2026, and Defendant shall serve any reply and file the fully briefed motion on the docket by September 18, 2026.

Dated: August 5, 2026
San Francisco, California

Respectfully submitted,

/s/Marc David Pelta
Pelta | Law
1390 Market Street, Suite 200
San Francisco, CA 94102
Tel. (415) 963-1152 | e-mail: marc@peltalaw.com
*Counsel for Defendant Srijani Chatterjee*
*(admitted pro hac vice)*