**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DEVEN SANON and SIMRAN HOTCHANDANI,
Plaintiffs,

-against-

No. 1:26-cv-00580 (OEM)(MMH)

SRIJANI CHATTERJEE, JOHN DOES 1–10,
and JANE DOES 1–10,
Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**DECLARATION OF ATTORNEY MARC DAVID PELTA IN SUPPORT OF DEFENDANT'S**
**MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

I, Marc David Pelta, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am a member of the State Bar of California with license number 253315, admitted *pro hac vice* in this action before this Honorable Court, as counsel for Defendant Srijani Chatterjee. I submit this declaration in support of Defendant's motion to dismiss the First Amended Complaint.

2. The documents attached as exhibits are offered in support of the Rule 12(b)(1) challenge to subject-matter jurisdiction and as records of which the Court may take judicial notice. They are not offered to convert any portion of the motion into one for summary judgment; and Defendant does not rely on extrinsic evidence in support of the Rule 12(b)(6) arguments addressed to the face of the pleading.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Verified Petition filed by Plaintiffs' counsel (Veridian Legal P.C.) in the Supreme Court of the State of New York, Bronx County, Index No. 818359/2025E, dated August 28, 2025.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Verified Amended Petition filed by Plaintiffs' counsel in the same Bronx County proceeding, Index No. 818359/2025E, dated October 14, 2025.

5. Attached hereto as **Exhibit C** is a true and correct copy of communications produced in the Bronx County proceeding reflecting a Montréal, Canada residential address for Plaintiff Simran Hotchandani.

6. Attached hereto as **Exhibit D** is a true and correct copy of the order of the Family Court of the State of New York, County of Monroe, dismissing with prejudice the Family Offense proceeding under Docket No. O-09381-23, dated October 30, 2024.

7. Attached hereto as **Exhibit E** is a true and correct copy of the order of the Supreme Court, Bronx County, staying discovery in the parallel proceeding, dated February 2, 2026.

8. Attached hereto as **Exhibit F** is a true and correct copy of the order of the Supreme Court, Bronx County (Soto, J.), in Index No. 818359/2025E, scheduling briefing and a hearing on the motion to quash pre-action discovery subpoenas and directing service on Defendant as "Jane Doe," dated January 15, 2026.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 5, 2026, at San Francisco, California.

/s/Marc Pelta
Pelta | law
1390 Market Street, Suite 200
San Francisco, CA 94102
e-mail: marc@peltalaw.com | (415) 963-1152
*Counsel for Defendant Srijani Chatterjee*
*(admitted pro hac vice)*