**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DEVEN SANON and SIMRAN HOTCHANDANI,
Plaintiffs,
-against-
SRIJANI CHATTERJEE, JOHN DOES 1–10, and JANE DOES 1–10,
Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 1:26-cv-00580 (OEM)(MMH)

**CERTIFICATE OF COMPLIANCE**

Memorandum of Law in Support of Defendant's Motion to Dismiss the First Amended Complaint

I, Marc Pelta, counsel for Defendant Srijani Chatterjee, hereby certify as follows:

1. This document complies with the word-count limitation of Local Civil Rule 7.1(c). As Rule 7.1(c) permits, I have relied on the word count of the word-processing program used to prepare the document.

2. The accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the First Amended Complaint contains 8,283 words.

3. In accordance with Local Civil Rule 7.1(c), the foregoing count excludes the caption, any index, the table of contents, the table of authorities, the signature block, and any required certificates, and includes any material contained in footnotes or endnotes. The Memorandum is therefore within the 8,750-word limit for briefs in support of a motion.

4. The Memorandum also complies with Section III.F of the Individual Practices and Rules of the Honorable Orelia E. Merchant: it does not exceed 25 double-spaced pages exclusive of the tables of contents and authorities, is prepared in Times New Roman 12-point font with one-inch margins, and contains a table of contents and a table of authorities

Dated: August 5, 2026

San Francisco, California

/s/Marc D. Pelta
Pelta | Law
1390 Market Street, Suite 200
San Francisco, CA 94102
e-mail: marc@peltalaw.com
Tel. (415) 963-1152
*Counsel for Defendant Srijani Chatterjee*
*(admitted pro hac vice)*