**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
DEVEN SANON and SIMRAN HOTCHANDANI,
Plaintiffs,
-against-
SRIJANI CHATTERJEE, JOHN DOES 1–10, and JANE DOES 1–10,
Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 1:26-cv-00580 (OEM)(MMH)

**[PROPOSED] ORDER**

WHEREAS Defendant Srijani Chatterjee moved, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6) to dismiss the First Amended Complaint (ECF No. 83); and

WHEREAS Plaintiffs Deven Sanon and Simran Hotchandani having had an opportunity to respond, and the Court having considered the parties' submissions and the applicable law;

NOW, THEREFORE, it is hereby ORDERED that:

1. Defendant's motion to dismiss the First Amended Complaint is GRANTED;

2. The Ninth Cause of Action under 18 U.S.C. § 1962(c) is DISMISSED WITH PREJUDICE for failure to state a claim under Rule 12(b)(6), further amendment being futile;

3. Diversity jurisdiction under 28 U.S.C. § 1332(a) is unavailable because the action is between aliens;

4. With no claim arising under federal law remaining, the remaining state-law claims are DISMISSED on the merits or, in the alternative, the Court declines to exercise supplemental jurisdiction over them pursuant to 28 U.S.C. § 1367(c)(3) and those claims are DISMISSED; and

5. The First Amended Complaint is DISMISSED in its entirety WITH PREJUDICE, and the Clerk of Court is respectfully directed to enter judgment accordingly and to close the case.

SO ORDERED.

Dated: Brooklyn, New York
_____________, 2026

______________________________
Hon. Orelia E. Merchant,
United States District Judge