**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
DEVEN SANON and SIMRAN HOTCHANDANI,
Plaintiffs,
-against-
SRIJANI CHATTERJEE, JOHN DOES 1–10, and JANE DOES 1–10,
Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 1:26-cv-00580 (OEM)(MMH)

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2026, pursuant to the Court's Order of July 6, 2026 and Section III.G of the Individual Practices and Rules of the Honorable United States District Court Judge Orelia E. Merchant, I caused a true and correct copy of the following papers to be served upon all counsel of record by filing the same with the Clerk of the Court using the Court's CM/ECF system, for the following filed documents: Certificate of Compliance for the Reply Memorandum of Law in Further Support of Defendant's Motion to Dismiss the First Amended Complaint; Certificate of Compliance for the Notice of Defendant's Motion to Dismiss the First Amended Complaint; the Memorandum of Law in Support of Defendant's Motion to Dismiss; the Declaration of Attorney Marc David Pelta in Support of Defendant's Motion to Dismiss the First Amended Complaint, Exhibits A through F annexed thereto; the Index of Exhibits; and the proposed Order, and the Court's CM/ECF system will send notification of such filing to the following counsel of record:

Daniel S. Szalkiewicz, Esq.
Cali P. Madia, Esq.
Veridian Legal P.C.
23 West 73rd Street, Suite 102
New York, New York 10023
daniel@veridianlegal.com | cali@veridianlegal.com

Kaivalya H. Rawal, Esq. (admitted pro hac vice)
The Kaivalya H. Rawal Law Firm, LLC
1901 N. Roselle Road, Suite 800

Schaumburg, Illinois 60195
khr@krlaw.law

In accordance with the Court's Order, the moving papers are served but not filed at this time; the fully briefed motion will be filed on the docket by September 18, 2026.

Respectfully submitted,

Marc Pelta
Pelta | Law
1390 Market Street, Suite 200
San Francisco, CA 94102
Tel. (415) 963-1152 | e-mail: marc@peltalaw.com
*Counsel for Defendant Srijani Chatterjee*
*(admitted pro hac vice)*