**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DEVEN SANON and SIMRAN HOTCHANDANI,

Plaintiffs,

-against- No. 1:26-cv-00580 (OEM)(MMH)

SRIJANI CHATTERJEE, JOHN DOES 1–10,

and JANE DOES 1–10,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, I caused a true and correct copy of the foregoing MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT SRIJANI CHATTERJEE'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT, i.e. Document #91 on the Court's Civil Docket to be served upon all Counsel of record by filing the same with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following Counsel of record:

Daniel S. Szalkiewicz, Esq.

Cali P. Madia, Esq.

1) Veridian Legal P.C.

23 West 73rd Street, Suite 102

New York, New York 10023

e-mails: daniel@veridianlegal.com | cali@veridianlegal.com

2) Kaivalya H. Rawal, Esq. (admitted pro hac vice)

The Kaivalya H. Rawal Law Firm, LLC

1901 N. Roselle Road, Suite 800

Schaumburg, Illinois 60195

e-mail: khr@krlaw.law

Respectfully submitted,

/s/Marc D. Pelta

Counsel for Defendant Srijani Chatterjee (admitted pro hac vice)

Pelta | Law

1390 Market Street, Suite 200

San Francisco, CA 94102

e-mail: marc@peltalaw.com