VERIDIAN LEGAL

23 West 73rd Street
Suite 102
New York, NY 10023

T: (212) 706-1007
F: (646) 849-0033
www.veridianlegal.com

October 16, 2026

**Via ECF**
Magistrate Judge Marcia M. Henry
U.S. District Court, Eastern District of New York
225 Cadman Plaza East, Courtroom 13C South
Brooklyn, New York 11201

***Re: Sanon et ano v. Chatterjee et al., Docket No.: 26-cv-00580***
***Plaintiffs' Letter Pursuant to Order dated October 7, 2026***

Dear Judge Henry,

Please accept this letter sent on behalf of Plaintiffs in the above-captioned action in response to the Court's October 7, 2026 directive.

Earlier this week, we met and conferred with Marc Pelta, counsel for defendant Srijani Chatterjee ("**Defendant**"). Counsel advised that Defendant is not willing to withdraw any of the enumerated filings delineated in Your Honor's order dated September 25, 2026. Accordingly, Plaintiffs decline to withdraw Plaintiffs' Rule 11 motion (ECF No. 55). Plaintiffs withdraw ECF No. 35 to the extent that it sought guidance on how to proceed as to ECF 33 and 34 as Plaintiffs responded to Defendant's filings in ECF 46 pursuant to Judge Scanlon's April 16, 2026 order.

We thank the Court for its attention to this matter.

Respectfully submitted,
VERIDIAN LEGAL P.C.

Cali Madia

By: Cali P. Madia, Esq.

cc: Marc Pelta (*via ECF)*